## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California  
County of San Diego
} ss.

07mc 554

I, **Dean-Allen: Steeves**, hereby swear (or affirm) that the attached reproduction  
   *Name of Custodian of Original Document*  
of **Oath of Allegiance** is a true, correct, and complete  
   *Description of Original Document*  
photocopy of a document in my possession.

*Dean-allen: Steeves*  
Signature of Custodian of Original Document

c/o 4153 Bryan St.  
Address

Subscribed and sworn to (or affirmed) before me on this **25th** day of **October**, **2007**, by  
   Date         Month  
**Dean-Allen: Steeves**,  
   Name of Custodian of Original Document  
☒ personally known to me  
☐ proved to me on the basis of satisfactory evidence  
to be one of the People who appeared before me.

_____  
Signature of Notary Public

RICHARD W. FRY  
Commission # 1551972  
Notary Public - California  
San Diego County  
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

—————————————— **OPTIONAL** ——————————————

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document Copy**  
Title or Type of Document: _____

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager  
☐ Corporate Officer - Title: _____  
☐ University or School Officer - Title: _____  
☐ Governmental Officer or Agent - Title: _____  
☒ One of the People (Sovereign, sentient being)  
Custodian Is Representing: _____

Right Thumbprint  
Of Custodian  

Top of thumb here

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

## Oath of Allegiance

I, Dean-Allen:, of the Steeves family (hereinafter Dean-Allen: Steeves,) a Sovereign man upon the soil, one of the People of the California Republic, hereby make a Declaration of Allegiance to the California Republic. I will defend and protect the 1849 Constitution for California, as lawfully amended, from all enemies, both foreign and domestic. This Declaration supersedes and makes null and void all previous Declarations that I may have made to any foreign state or foreign corporation(s).

*Dean-Allen: Steeves* (signature)

Dean-Allen: Steeves
One of the People of the California Republic

San Diego county, California Republic

### *Notice*

*Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.*

## JURAT

_____    October 25, 2007
Signer                                                   Date

State of California        )
                           ) ss.    **OATH OF ALLEGIANCE**
County of San Diego        )

Subscribed and sworn to before me, on this 13th day of September, 2007, by Dean-Allen: Steeves, personally known to me to be the Sovereign who appeared before me.

_____
Richard W. Fry, Notary Public

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

## Oath of Allegiance

I, Dean-Allen:, of the Steeves family (hereinafter Dean-Allen: Steeves,) a Sovereign man upon the soil, one of the People of the California Republic, hereby make a Declaration of Allegiance to the California Republic. I will defend and protect the 1849 Constitution for California, as lawfully amended, from all enemies, both foreign and domestic. This Declaration supersedes and makes null and void all previous Declarations that I may have made to any foreign state or foreign corporation(s).

*[signature: Dean-Allen: Steeves]*

Dean-Allen: Steeves
One of the People of the California Republic

San Diego county, California Republic

### *Notice*

*Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.*

## JURAT

*[signature: Dean-Allen: Steeves]*      October 25, 2007
Signer      Date

State of California      )
     ) ss.      **OATH OF ALLEGIANCE**
County of San Diego      )

Subscribed and sworn to before me, on this 13th day of September, 2007, by Dean-Allen: Steeves, personally known to me to be the Sovereign who appeared before me.

*[signature: Richard W. Fry, Notary Public]*

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

# DUE PRESENTMENT UNDER NOTARY SEAL
# DEMAND FOR PAYMENT

**Richard W. Fry, NOTARY PUBLIC**
c/o 4153 Bryan Street
Oceanside California state

THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA 92101-8900

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Re: **DUE PRESENTMENT UNDER NOTARY SEAL**

Dear CLERK OF THE COURT:

Under authority of N.Y. Exec Law §135, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ 8205[1], 8208, 8209;

at the request of Dean-Allen: Steeves, reportedly an intervening party in this matter, **due presentment** under notary seal is hereby made of the following:

    01.    Oath of Allegiance dated October 25, 2007

        a. One Original document so noted

        b. One attached to a Copy Certification by Document Custodian form

    02.    Copy Certification by Document Custodian dated October 25, 2007

    03.    Copy of Notary Certificate of Service (signed Original of file)

    04.    DUE PRESENTMENT UNDER NOTARY SEAL

with the maker's request to **Create** (open) a *Miscellaneous File,* for evidentiary purposes, within three (3) days of presentment, and return to the maker, through me, the Original document bearing the USDC file number so it is received by the undersigned notary public at the mail location noted above no later than ten (10) days beyond the postmark of this presentment. Non-performance will be certified in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

**RISK MANAGEMENT.** I have also been requested to secure, **under notary seal**, that you provide all necessary contact and policy information on your risk

---

[1] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, **government**, or country, may be performed by notaries.

management carrier through me so it is received no later than November 5, 2007, without charge.

Failure to fulfill each of these requests within the respective deadlines will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

_____
Richard W. Fry, NOTARY PUBLIC

October 25, 2007
Date

(Seal)

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

# REQUEST FOR DUE PRESENTMENT
## REQUEST TO DEMAND CREATION OF MISCELLANEOUS FILE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside California Republic
united States of America

Re. UNITED STATES DISTRICT COURT FILING

Dear Richard W. Fry,

**this is a PRIVATE COMMUNICATION. please FOLLOW ALL REQUESTS CAREFULLY IN THE FOLLOWING ORDER:**

**PLEASE...**

**MAILING 1. DUE PRESENTMENT ON Thursday, October 25, 2007**

___ Sign the notice of **Due Presentment / Demand for Filing** which is stapled to the front of the presentment packet.

___ Make a photocopy of the notice and retain one for your records. It is not necessary to copy the attachments.

___ **Do not REMOVE THE CLIP OR disassemble** the presentment packet for any reason (we'll email the file FYI).

___ Please make due presentment to Respondent (THE CLERK OF THE COURT) on 10/25/2007 by **Certified Mail**.

___ All mailing slips must bear the mark of the Postal Service before they are returned to me.

___ Please retain this letter for your records.

**Please call me immediately if YOU ARE CONTACTED BY respondent.**

With kind appreciation for your assistance,

Very truly yours,
All rights reserved.

Dean-Allen: Steeves        Date 10·25·07
Secured Creditor to legal fiction
DEAN ALLEN STEEVES

Page 1 of 1

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

       # 143823    - KD
       * * C O P Y * *
        October 29, 2007
            16:03:49


              Misc. Case
USAO #.: MISC CASE
Amount.:                    $39.00 MO
Check#.: 11570961734



   Total->   $39.00



FROM: MISC CASE FILING FEE
```

'07 MC 0554

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on October 25, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

**CLERK OF THE COURT** DEPUTY
**UNITED STATES DISTRICT COURT**
**880 FRONT STREET, STE. 4290**
**SAN DIEGO, CA 92101-8900**

FILED
OCT 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01. Oath of Allegiance
    a. One Original document (so noted)
    b. One attached to a Copy Certification by Document Custodian form
02. Copy Certification by Document Custodian
03. Copy of Notary Certificate of Service (signed original on file)
04. Postal Money Order #11570961734 in the amount of $39.00
05. **DUE PRESENTMENT UNDER NOTARY SEAL**
06. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7006 0100 0000 1829 8644 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          October 25, 2007
Richard W. Fry, Notary Public                   DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state