## DUE PRESENTMENT UNDER NOTARY SEAL
## DEMAND FOR PERFORMANCE

FILED

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

07 NOV 26  PM 2: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**From:**        Richard W. Fry, Notary Public
               c/o 4153 Bryan Street
               Oceanside [92056] California

**Respondent:**  CLERK OF COURT, UNITED STATES DISTRICT COURT
               880 FRONT STREET, STE 4290                    DEPUTY
               SAN DIEGO, CA 92101-8900

**Re.**         Addition of documents to Miscellaneous File **07 MC 554**

**Service:**    Registered Mail No. RA 445 488 355 US; RRR
               Notary's Certificate of Service

Dear Court Clerk,

At the request of the attached maker, and under authority of N.Y.Exec. § 135, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505 and 1307, California Government Code §§ 8205, 8208, and 8209, **due presentment <u>under notary seal</u>** is hereby made of:

01.  1 copy of Private Discharging and Indemnity Bond packet which includes Private Discharging and Indemnity Bond, Certified Deposit Order, Judgment, Form 1040V and Evidence of Service all **with California Copy Certification by Document Custodian.**

02.  1 copy of Private Discharging and Indemnity Bond packet which includes Private Discharging and Indemnity Bond, Certified Deposit Order, Judgment, Form 1040V and Evidence of Service.

03.  1 copy of Private Offset Bond packet which includes Private Offset Bond, Bonded Promissory w/Fiduciary Instructions, Judgment and Evidence of Service all **with California Copy Certification by Document Custodian.**

04.  1 copy of Private Offset Bond packet which includes Private Offset Bond, Bonded Promissory w/Fiduciary Instructions, Judgment and Evidence of Service.

05.  1 copy of Due Presentment Under Notary Seal packet which includes Due Presentment Under Notary Seal, Bonded Promissory Note w/Fiduciary Instructions, Form 1040V, Notary's Certificate of Service, Judgment and Evidence of Service all **with California Copy Certification by Document Custodian.**

06.  1 copy of Due Presentment Under Notary Seal packet which includes Due Presentment Under Notary Seal, Bonded Promissory Note w/Fiduciary Instructions, Form 1040V, Notary's Certificate of Service, Judgment and Evidence of Service.

07.  1 copy of Private Correspondence packet which includes Private Correspondence:  Declaration of Intent and Method of Authentication, Bonded

Promissory Note, Form 1040V, Judgment, Notary's Certificate of Service and Evidence of Service all **with California Copy Certification by Document Custodian**.

08. 1 copy of Private Correspondence packet which includes Private Correspondence: Declaration of Intent and Method of Authentication, Bonded Promissory Note, Form 1040V, Judgment, Notary's Certificate of Service and Evidence of Service.

09. 1 copy of Certificate of Non-Performance/Dishonor packet which includes Certificate of Non-Performance/Dishonor, Bonded Promissory Note and Evidence of Service all **with California Copy Certification by Document Custodian**.

10. 1 copy of Certificate of Non-Performance/Dishonor packet which includes Certificate of Non-Performance/Dishonor, Bonded Promissory Note and Evidence of Service.

11. 1 copy of Letter to Clerk of the Court packet dated June 8, 2007 which includes Letter, Order dated 6/1/07, Notary's Certificate of Service and Evidence of Service all **with California Copy Certification by Document Custodian**.

12. 1 copy of Letter to Clerk of the Court packet dated June 8, 2007 which includes Letter, Order dated 6/1/07, Notary's Certificate of Service and Evidence of Service.

13. 1 copy of NOTICE OF LIABILITY packet which includes NOTICE OF LIABILITY, draft of Suspicious Activity Report, Notary's Certificate of Service, International Bill of Exchange with 28 pages of backing documents all **with California Copy Certification by Document Custodian**.

14. 1 copy of NOTICE OF LIABILITY packet which includes NOTICE OF LIABILITY, draft of Suspicious Activity Report, Notary's Certificate of Service, International Bill of Exchange with 28 pages of backing documents.

15. 1 copy of Letter to Magistrate Judge Kaplan dated 8/1/07 **with California Copy Certification by Document Custodian.**

16. 1 copy of Letter to Magistrate Judge Kaplan dated 8/1/07.

17. 1 copy of ORDER OF CONTEMPT dated 9/20/07 **with California Copy Certification by Document Custodian.**

18. 1 copy of ORDER OF CONTEMPT dated 9/20/07.

19. 1 copy of NOTICE OF LIABILITY sent to U.S. Marshal Randy Paul Ely and U.S. Marshal Steven C. Stafford (Acting) dated 11/02/07 **with California Copy Certification by Document Custodian.**

20. 1 copy of NOTICE OF LIABILITY sent to U.S. Marshal Randy Paul Ely and U.S. Marshal Steven C. Stafford (Acting) dated 11/02/07.

21. 1 copy of NOTICE OF LIABILITY sent to Karen Mitchell, Clerk of the Court, dated 11/08/07 **with California Copy Certification by Document Custodian.**

22. 1 copy of NOTICE OF LIABILITY sent to Karen Mitchell, Clerk of the Court, dated 11/08/07.

23. 1 copy of UCC Financing Statement filed 3/10/06 **with California Copy Certification by Document Custodian.**

24. 1 copy of UCC Financing Statement filed 3/10/06.

25. 1 copy of UCC Search Response dated 5/16/07 **with California Copy Certification by Document Custodian.**

26. 1 copy of UCC Search Response dated 5/16/07.

27. 1 copy of UCC Certified Copy Certification **with California Copy Certification by Document Custodian.**

28. 1 copy of UCC Certified Copy Certification.

29. 1 copy of LEIN – Commercial Security Agreement **with California Copy Certification by Document Custodian.**

30. 1 copy of LEIN – Commercial Security Agreement

31. Self-addressed, stamped envelope.

32. **DUE PRESENTMENT <u>UNDER NOTARY SEAL</u>**

33. Reference copy **Notary's Certificate of Service** (signed original on file)

The maker has asked me to **<u>request under notary seal</u>** that the documents annexed hereto and listed on the attached Certificate of Service be filed into the requested Miscellaneous File **07 MC 554**.

You may honor the presentment by demonstrating your acceptance thereof by confirming the requested filing of documents into the above-noted case under notary seal so it is received by the maker no later than 5 P.M. EST ten days after the postmark of this presentment in care of the undersigned notary public at the address noted above. Non-performance will be certified in accord with C.A.U.C.C. §§ 1307, 3508, 3509, pursuant to the maker's express disclosure in the presentment that failure to honor the presentment or provide point-by-point rebuttal for cause will comprise your confession of certain criminal activity noted in therein.

Thank you kindly for your attention. WITNESS my hand and official seal.

_____          <u>Friday, November 23, 2007</u>
Richard W. Fry, NOTARY PUBLIC                         DATE

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on November 23, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> **CLERK OF THE COURT**
> **UNITED STATES DISTRICT COURT**
> **880 FRONT STREET, STE. 4290**
> **SAN DIEGO, CA 92101-8900**

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean Allen Steeves unless indicated otherwise and herein identified as follows:

01.   1 copy of Private Discharging and Indemnity Bond packet which includes Private Discharging and Indemnity Bond, Certified Deposit Order, Judgment, Form 1040V and Evidence of Service all **with California Copy Certification by Document Custodian**.

02.   1 copy of Private Discharging and Indemnity Bond packet which includes Private Discharging and Indemnity Bond, Certified Deposit Order, Judgment, Form 1040V and Evidence of Service.

03.   1 copy of Private Offset Bond packet which includes Private Offset Bond, Bonded Promissory w/Fiduciary Instructions, Judgment and Evidence of Service all **with California Copy Certification by Document Custodian**.

04.   1 copy of Private Offset Bond packet which includes Private Offset Bond, Bonded Promissory w/Fiduciary Instructions, Judgment and Evidence of Service.

05.   1 copy of Due Presentment Under Notary Seal packet which includes Due Presentment Under Notary Seal, Bonded Promissory Note w/Fiduciary Instructions, Form 1040V, Notary's Certificate of Service, Judgment and Evidence of Service all **with California Copy Certification by Document Custodian**.

06.   1 copy of Due Presentment Under Notary Seal packet which includes Due Presentment Under Notary Seal, Bonded Promissory Note w/Fiduciary Instructions, Form 1040V, Notary's Certificate of Service, Judgment and Evidence of Service.

07.   1 copy of Private Correspondence packet which includes Private Correspondence: Declaration of Intent and Method of Authentication, Bonded Promissory Note, Form 1040V, Judgment, Notary's Certificate of Service and Evidence of Service all **with California Copy Certification by Document Custodian**.

08.   1 copy of Private Correspondence packet which includes Private Correspondence: Declaration of Intent and Method of Authentication,

Bonded Promissory Note, Form 1040V, Judgment, Notary's Certificate of Service and Evidence of Service.

09.  1 copy of Certificate of Non-Performance/Dishonor packet which includes Certificate of Non-Performance/Dishonor, Bonded Promissory Note and Evidence of Service all **with California Copy Certification by Document Custodian**.

10.  1 copy of Certificate of Non-Performance/Dishonor packet which includes Certificate of Non-Performance/Dishonor, Bonded Promissory Note and Evidence of Service.

11.  1 copy of Letter to Clerk of the Court packet dated June 8, 2007 which includes Letter, Order dated 6/1/07, Notary's Certificate of Service and Evidence of Service all **with California Copy Certification by Document Custodian**.

12.  1 copy of Letter to Clerk of the Court packet dated June 8, 2007 which includes Letter, Order dated 6/1/07, Notary's Certificate of Service and Evidence of Service.

13.  1 copy of NOTICE OF LIABILITY packet which includes NOTICE OF LIABILITY, draft of Suspicious Activity Report, Notary's Certificate of Service, International Bill of Exchange with 28 pages of backing documents all **with California Copy Certification by Document Custodian**.

14.  1 copy of NOTICE OF LIABILITY packet which includes NOTICE OF LIABILITY, draft of Suspicious Activity Report, Notary's Certificate of Service, International Bill of Exchange with 28 pages of backing documents.

15.  1 copy of Letter to Magistrate Judge Kaplan dated 8/1/07 **with California Copy Certification by Document Custodian.**

16.  1 copy of Letter to Magistrate Judge Kaplan dated 8/1/07.

17.  1 copy of ORDER OF CONTEMPT dated 9/20/07 **with California Copy Certification by Document Custodian.**

18.  1 copy of ORDER OF CONTEMPT dated 9/20/07.

19.  1 copy of NOTICE OF LIABILITY sent to U.S. Marshal Randy Paul Ely and U.S. Marshal Steven C. Stafford (Acting) dated 11/02/07 **with California Copy Certification by Document Custodian.**

20.  1 copy of NOTICE OF LIABILITY sent to U.S. Marshal Randy Paul Ely and U.S. Marshal Steven C. Stafford (Acting) dated 11/02/07.

21.  1 copy of NOTICE OF LIABILITY sent to Karen Mitchell, Clerk of the Court, dated 11/08/07 **with California Copy Certification by Document Custodian.**

22.  1 copy of NOTICE OF LIABILITY sent to Karen Mitchell, Clerk of the Court, dated 11/08/07.

23.  1 copy of UCC Financing Statement filed 3/10/06 **with California Copy Certification by Document Custodian.**

24.     1 copy of UCC Financing Statement filed 3/10/06.

25.     1 copy of UCC Search Response dated 5/16/07 **with California Copy Certification by Document Custodian.**

26.     1 copy of UCC Search Response dated 5/16/07.

27.     1 copy of UCC Certified Copy Certification **with California Copy Certification by Document Custodian.**

28.     1 copy of UCC Certified Copy Certification.

29.     1 copy of LEIN – Commercial Security Agreement **with California Copy Certification by Document Custodian.**

30.     1 copy of LEIN – Commercial Security Agreement

31.     Self-addressed, stamped envelope.

32.     **DUE PRESENTMENT <u>UNDER NOTARY SEAL</u>**

33.     Reference copy **Notary's Certificate of Service** (signed original on file)

by Registered Mail # RA 445 488 355 US, Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of California.

_____                    <u>November 23, 2007</u>
Richard W. Fry, Notary Public                              DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside [92056] California state

# PRIVATE DISCHARGING AND INDEMNITY BOND
USPS REGISTERED MAIL TRACKING NO. RE 150 696 207 US

Face Value: **$ 300,000,000.00 Three Hundred Million U.S. DOLLARS**      Date of Issuance: May 17, 2007

Date of Expiration: May 09, 2037

To:   HENRY M. PAULSON, JR.                          hereinafter "FIDUCIARY"
SECRETARY OF THE U.S. TREASURY
UNITED STATES DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

| For: | |
|---|---|
| Dean Allen Steeves | Account Holder |
| DEAN ALLEN STEEVES//SS// [sic] | Account Holder |
| Sam A. Lindsay d/b/a United States District Judge, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Jeff Kaplan d/b/a United States Magistrate Judge, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Karen Mitchell d/b/a Clerk of the Court, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Natalie Butler d/b/a US District Clerk, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Vila Fisher d/b/a/ CRD to Magistrate Judge Kaplan, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| United States District Court for the Northern District of Texas, Dallas Division and all sub divisions thereof | Account Holder |
| United States, United States of America and all subdivisions and agents thereof | Account Holder |
| State of Texas and all subdivisions and agents thereof | Account Holder |
| Michael J. Quilling, d/b/a Receiver for SARDAUKAR HOLDINGS, IBC and BRADLEY C. STARK | Account Holder |
| Quilling Selander Cummiskey & Lownds, P.C., 2001 Bryan Street, Ste. 1800, Dallas, TX 75201-4240 | Account Holder |
| Brent Rodine, d/b/a Attorney, Quilling Selander Cummiskey & Lownds, P.C. | Account Holder |
| Thompson & Knight LLP, 1700 Pacific Avenue, Ste. 3300, Dallas, TX 75201-4693 | Account Holder |
| Stephen C. Schoettmer, Senior Partner, Thompson & Knight LLP | Account Holder |
| Sardaukar Holdings, IBC | Account Holder |
| Bradley C. Stark | Account Holder |
| Linda Singer d/b/a Attorney General, District of Columbia | Account Holder |
| United States Attorney's Office for District of Columbia | Account Holder |
| Debra Bowen d/b/a California Secretary of State | Account Holder |
| United States Department of State and all subdivisions and agents thereof | Account Holder |
| Internal Revenue Service and all subdivisions and agents thereof | Account Holder |
| United States District Court for the Northern District of Texas Dallas Division, Case 3:06-CV-0293-L | Account |
| 3-D MARKETING LLC, Tax I.D. 11-3398566 | Account |
| 3-D MARKETING LLC, Wells Fargo Bank N.A., Account 1010282059 | Account |
| Internal Revenue Service Account No. 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 | Account |
| Social Security No. 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 | Account |
| | each severally |

| By/On/Through: | | | |
|---|---|---|---|
| hereinafter "Creditors" | Dean Allen Steeves | Principal | Private Offset Account No. 530645277 |
| | Michael Wayne Mason | First Surety | Private Offset Account No. 545622444 |
| | Kenneth Scott Cousens | Second Surety | Private Offset Account No. 567969958 |

*Know All Men by these Presents,*  Whereas, only FIAT MONEY exists in circulation for the discharge of Debt:

Now, Therefore,, the undersigned Creditors being of sound Mind and Honorable Intentions, for the purposes of protecting Secured Interests, reserving Rights of Recourse, Remedy and Subrogation, and maintaining the Honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate Ourselves jointly and severally by this Instrument as voluntary Sureties for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, for any amount up to and including **Three Hundred Million UNITED STATES DOLLARS ($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of Contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby Honorably discharging and vacating Dollar for Dollar all such obligations until the sum or the term of this Bond is exhausted. The FIDUCIARY shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by CERTIFIED MAIL at the location below-noted. Failure to return will stipulate acceptance and Honor.

## BOND ORDER

1. The FIDUCIARY shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, Dollar for Dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

(see reverse side)

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations Dollar for Dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3. The FIDUCIARY shall have thirty (30) days from the Date of Delivery specified on UNITED STATES POSTAL SERVICE Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by UNITED STATES CERTIFIED MAIL at the mailing location identified hereunder. The FIDUCIARY'S failure to return the Bond as indicated will stipulate the FIDUCIARY'S acceptance and Honoring of this Instrument and all terms and provisions herein as an operation of Law.

4. All communication shall be sent by UNITED STATES CERTIFIED MAIL directly to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept POST at the said Postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the UNITED STATES DEPARTMENT of the TREASURY.

6. This Bond expires at 11:59:59 PM, May 09, 2037

Executed by the undersigned on this the Seventeenth day of the Fifth month in the Year of Two Thousand and Seven.



| | | |
|---|---|---|
| Michael Wayne Mason, First Surety (signed in red) | Kenneth Scott Cousens, Second Surety (signed in red) | Dean Allen Steeves, Principal (signed in red) |
| Private Offset Account No. 545622444 | Private Offset Account No. 567969958 | Private Offset Account No. 530645277 |
| c/o 11063 Sevenhills Drive | c/o 848 North Rainbow Blvd., Box 148 | c/o P.O. Box 45 |
| Tujunga, California state | Las Vegas, Nevada state | Rancho Santa Fe, California state |
| non-domestic without the United States | non-domestic without the United States | non-domestic without the United States |

We, the undersigned Witnesses, do hereby solemnly attest to the authenticity of the foregoing Signatures and Seals on this the Seventeenth day of the Fifth month in the Year of Two Thousand and Seven.

| Signature | Print | Location | |
|---|---|---|---|
| | CLEMENTINE ANITA ESTRADA | | Tujunga, California |
| | DOREEN CATHERINE ANGELUCCI | | Tujunga, California |

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** , hereby swear (or affirm) that the attached reproduction
<div style="font-size:smaller">Name of Custodian of Original Document</div>
of _Private Indemnity Bond (5823)_ is a true, correct, and complete
<div style="font-size:smaller">Description of Original Document</div>
photocopy of a document in my possession.

_Dean Allen Steeves_
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____ 2007, by
Date                          Month

**Dean Allen Steeves**
Name of Custodian of Original Document

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

Signature of Notary Public

Place Notary Seal Above

———— **OPTIONAL** ————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# CERTIFIED DEPOSIT ORDER
Pre-paid Exemption Account No. 530645277

HENRY M. PAULSON, JR.
U.S. TRUSTEE
c/o U.S. DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C. 20220

**Re. Authorized Setoff from Prepaid Exemption Account No. <u>530645277</u>**

| | |
|---|---|
| Transmitting Utility: | **DEAN ALLEN STEEVES//SS//** |
| Corresponding Indemnity Bond No. | **071845823** |
| Registered with Treasury on or about: | May 17, **Accepted and returned for value** |
| Registration No. | RE 150 696 207 US |

DEAR MR. PAULSON:

The following offer noted accepted for value by the undersigned drawee is hereby <u>returned for deposit to the U.S. TREASURY as noted thereon</u>:

SUMMARY JUDGMENT CASE # 3:06-CV-0293-L
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

This letter is the drawee's DEMAND ORDER to deposit to the U.S. TREASURY the sum certain of $5,000,000.00 (Five Million UNITED STATES DOLLARS) from pre-paid exemption account No. 530645277, and charge the same to:

**KAREN MITCHELL, CLERK of the COURT**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**1100 COMMERCE – RM. 1452**
**DALLAS, TX 75242**

The copy annexed hereto is certified to be a true and correct copy of the original OFFER. Please complete the enclosed voucher accordingly and settle all obligations which currently appear on the Account.

Thank you kindly for your service. I remain,

Very truly yours,

_Dean Allen Steeves_ (signed in red)  May 17, 2007
Dean Allen Steeves,  Drawee, a real party        Date
Pre-paid exemption account ID No. 530645277
Void where prohibited by law.
All property exempt from levy.
    c/o  Notary Public
       Vivian Del Nero
       4111 Iowa Street #3
       San Diego, CA  92104

Encl:  FORM 1040v VOUCHER
      Above-noted OFFER noted accepted for value for deposit to the U.S. TREASURY
      Indemnity Bond No. 071845823 Dean Allen Steeves, maker

RE 150 696 207 US

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__ _____, hereby swear (or affirm) that the attached reproduction
<span style="font-size:small">Name of Custodian of Original Document</span>

of _Certified Deposit Order (IB)_____ is a true, correct, and complete
<span style="font-size:small">Description of Original Document</span>

photocopy of a document in my possession.

_Dean Allen Steeves_ (signature)
<div align="center"><small>Signature of Custodian of Original Document</small></div>

PO Box 45, Rancho Santa Fe, California
<div align="center"><small>Address</small></div>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this __20__ day of __September__, 2007, by
<div align="right"><small>Date        Month</small></div>

**Dean Allen Steeves**,
<div align="center"><small>Name of Custodian of Original Document</small></div>

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

<div align="right"><small>Signature of Notary Public</small></div>

━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document Copy
Title or Type of Document:

Document Date: _____   Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

### Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER §
FOR SARDAUKER HOLDINGS, IBC and §
BRADLEY C. STARK, §
§
Plaintiff, §
§    Civil Action No. 3:06-CV-0293-L
v. §
§
3D MARKETING, LLC,* §
§
Defendant. §

## JUDGMENT

This judgment is issued pursuant to the court's memorandum opinion and order dated
February 28, 2007. Accordingly, IT IS ORDERED, ADJUDGED, and DECREED that judgment is

entered in favor of Michael J. Quilling as Receiver for Sardauker Holdings, IBC and Bradley C.

Stark against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust

is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the

Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002);

that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the

entry of this Judgment; that prejudgment interest on the principal amount of $150,000 shall be

allowed from the date or dates on which 3-D Marketing received the transfer(s) to the date of this

Judgment at the rate provided under applicable state law; and that postjudgment interest shall accrue

on this Judgment at the applicable federal rate from the date of its entry until paid in full.    It is

---

*Although in the caption of the case Defendant is listed as "3D Marketing, LLC," Defendant insists that its
proper name is "3-D Marketing, LLC." As Plaintiff has no objection, in this Judgment the court intends that "3D
Marketing, LLC" also includes "3-D Marketing, LLC."

Judgment - Page 1

further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is

**denied**; that all allowable and reasonable costs are taxed against 3-D Marketing, LLC; and that this

action is **dismissed with prejudice**. The Receiver is entitled to recover reasonable attorney's fees.

**Signed** this 8th day of March, 2007.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Accepted for value by drawee

*Dean Allen Steeves* (signed in red)       May 17, 2007
        Dean Allen Steeves                              Date
        Exemption ID. No. 530645277

This is an issue of currency for cause.
Deposit to the U.S. TREASURY and charge the same to:
CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Case # 3:06-CV-0293-L.
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277

**Judgment - Page 2**

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
Name of Custodian of Original Document

of __Summary Judgment_____ is a true, correct, and complete
Description of Original Document

photocopy of a document in my possession.

_Dean Allen Steeves_

Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
Date              Month

**Dean Allen Steeves**,
Name of Custodian of Original Document

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

Signature of Notary Public

Place Notary Seal Above

────────────── **OPTIONAL** ──────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# 2006 Form 1040-V



Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{100}$").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2006 tax return, payment, and Form 1040-V in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

---

▼ **Detach Here and Mail With Your Payment and Return** ▼

---

| Form **1040-V** | Payment Voucher | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service  (99) | ► **Do not staple or attach this voucher to your payment or return.** | | 2006 |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 530 : 64 : 5277 | : | | | |

| 4 Your first name and initial<br>**DEAN A.** | | Last name<br>**STEEVES** |
|---|---|---|
| If a joint return, spouse's first name and initial | | Last name |

| Home address (number and street)<br>**c/o NOTARY PUBLIC, VIVIAN DEL NERO, 4111 IOWA STREET #3** | Apt. no. |
|---|---|

City, town or post office, state, and ZIP code
**SAN DIEGO, CA  92104**

Cat. No. 20975C

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

}  ss.

I, ___**Dean Allen Steeves**_____, hereby swear (or affirm) that the attached reproduction
<sub>Name of Custodian of Original Document</sub>
of ___*form 1040v*_____ is a true, correct, and complete
<sub>Description of Original Document</sub>
photocopy of a document in my possession.

_____
<sub>Signature of Custodian of Original Document</sub>

PO Box 45, Rancho Santa Fe, California
<sub>Address</sub>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
<sub>Date</sub>                    <sub>Month</sub>
**Dean Allen Steeves**
<sub>Name of Custodian of Original Document</sub>
☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<sub>Signature of Notary Public</sub>

Place Notary Seal Above

───────────────── *OPTIONAL* ─────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy
Title or Type of Document: _____

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(c)(2)

# EVIDENCE OF SERVICE

True unaltered copy of receipt for   ☒ United States Certified Mail    ☒ Return Receipt Requested
      ☐ United States Express Mail    ☐ Postal Service receipt for currency

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. Milleton_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>**MAY 2 1 2007** |
| 1. Article Addressed to:<br><br>HENRY M. PAULSON, JR.<br>SECRETARY OF THE US TREASURY<br>US DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, DC 20220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RE 150 696 207 US |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

State of CALIFORNIA     )
                     ) ss.:         COPY CERTIFICATION
County of SAN DIEGO    )

On this _3rd_ day of _June_, 20 _07_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_Vivian Del Nero_      _6-3-07_    (Seal)
NOTARY PUBLIC          DATE

My commission expires: _October 11_, 20 _08_    (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008



PRIVATE OFFSET BOND
USPS CERTIFIED MAIL TRACKING NO. 7005 1820 0005 3378 6324

No. 3285481170

Face Value: $ 50,000,000.00 (Fifty Million UNITED STATES DOLLARS)

Date of Issuance: May 24, 2007
Date of Expiration: May 25, 2017

To: HENRY M. PAULSON, JR.,                    hereinafter "FIDUCIARY"
    SECRETARY of the U.S. TREASURY
    UNITED STATES DEPARTMENT of the TREASURY
    1500 PENNSYLVANIA AVENUE, NW
    WASHINGTON, DC 20220

For:   UNITED STATES DEPARTMENT of the TREASURY -   Fifty percent (50%) of face value
       Dean Allen Steeves                          Up to fifty percent (50%) of face value

For Offset Through:   Private Discharging & Indemnity Bond No. 071845823
                      on file with DEPARTMENT of the TREASURY - USPS REGISTERED MAIL
                      Tracking No. RE 150 696 207 US
                      Dean Allen Steeves, Creditor - Private Offset Account No. 530645277

  Know All Men by These Presents, Whereas, only FIAT MONEY exists in circulation for the discharge of Debt;

     Whereas the undersigned Creditor does hereby declare, bind, hold, and oblige through this Private Offset Bond that one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond shall be instantly ledgered by the FIDUCIARY to the benefit and use of the UNITED STATES DEPARTMENT of the TREASURY for a period of Ten (10) years through the Date of Expiration above-noted.

     Whereas the Creditor desiring to engage and maintain Honorable commercial transactions does hereby declare, bind, hold, and oblige through this Private Offset Bond that all obligations and Instruments of Debt including, but not limited to, debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, True Bills, taxes, obligations of Contract and/or performance, and all other obligations (jointly and severally "Liabilities") attributed to the Creditor, the Creditor's collateral, DEAN ALLEN STEEVES//SS// a/k/a Dean A. Steeves//SS// et al alphabetical derivatives ("Collateral") or any other party for whom the Creditor makes this Private Offset Bond available by his Signature or Seal, whether Instruments be express, implied, commercial, negotiable or non-negotiable, shall upon presentment to the FIDUCIARY or agent(s) thereof be (i) ledgered against this Private Offset Bond by the above-named FIDUCIARY when such Instruments of obligation are duly authorized by the Creditor through Signature, Seal or Contract, express or implied and this Private Offset Bond is referenced by the Creditor for such ledgering by name or number and (ii) duly lawfully and fully paid, satisfied, offset and discharged Dollar for Dollar through the Creditor's Private Offset Account Number 530645277 as authorized herein in any amount up to and including one-half (fifty percent) of the above-noted Face Value of this Bond.

     Now therefore, the Creditor for the purpose of lawful commerce does thereby necessarily issue this Private Offset Bond to HENRY M. PAULSON, JR. in his capacity as SECRETARY of the UNITED STATES TREASURY in the amount above-noted. The FIDUCIARY shall have thirty (30) days from presentment to dishonor the Bond by returning same to the Principal by CERTIFIED MAIL at the location below-noted. Failure to return will stipulate the FIDUCIARY'S acceptance and Honor.

BOND ORDER

1.  The FIDUCIARY shall instantly ledger the sum certain of one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond to the benefit and use of the UNITED STATES DEPARTMENT of the TREASURY for a period of Ten (10) years from the Date of Issuance through the Date of Expiration of this Bond.

2.  The FIDUCIARY shall ledger Dollar for Dollar against this Private Offset Bond by end of business on the day of presentment or the next business day if presentment is made on a non-business day, any and all liabilities whether attributed to, or on behalf of, the Creditor, the Creditor's Collateral or any other party for which Creditor makes this Private Offset Bond available by his Signature and/or Seal on the Instrument of obligation or otherwise gives notice to pay, satisfy or discharge the obligation regardless of the form of the Instrument of obligation, whether the Instrument of obligation is commercial, negotiable, non-negotiable, express or implied, through the Creditor's Private Offset Account, Pass-through Account 530645277, as authorized herein in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.

     Upon presentment of such Instrument of obligation, the FIDUCIARY shall pay, discharge and satisfy the obligation in full Dollar for Dollar through the Creditor's Private Offset Account, Pass-through Account 530645277 in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.

WARNING: THE RED 'PROTECTED' LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

4. The FIDUCIARY shall have thirty (30) days from the Date of Delivery specified on UNITED STATES POSTAL SERVICE Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by UNITED STATES CERTIFIED MAIL at the mailing location identified hereunder. The FIDUCIARY'S failure to return the Bond as indicated will stipulate the FIDUCIARY'S acceptance and Honoring of this Instrument and all terms and provisions herein as an operation of law.

5. All communication shall be sent by UNITED STATES CERTIFIED MAIL to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept POST at the said Postal location only.

6. This Bond shall be ledgered as an asset to the benefit of the UNITED STATES DEPARTMENT of the TREASURY.

7. This Bond expires at 11:59:59 PM, May 25, 2017.

Signed on this the Twenty-fourth day of the Fifth month in the Year Two Thousand and Seven.

*Dean Allen Steeves*

Dean Allen Steeves, Creditor (signed in red)
Private Offset Account, Pass-through Account 530645277
c/o P.O. Box 45, Rancho Santa Fe, California state non-
domestic without the United States

Seal

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__ , hereby swear (or affirm) that the attached reproduction
<br><span style="font-size:small">Name of Custodian of Original Document</span>
of __Private Offset Bond__ is a true, correct, and complete
<br><span style="font-size:small">Description of Original Document</span>
photocopy of a document in my possession.

_[signature]_
<br><span style="font-size:small">Signature of Custodian of Original Document</span>

PO Box 45, Rancho Santa Fe, California
<br><span style="font-size:small">Address</span>

**RICHARD W. FRY**
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this __20__ day of __September__ /2007, by
<br><span style="font-size:small">Date                Month</span>
**Dean Allen Steeves**
<br><span style="font-size:small">Name of Custodian of Original Document</span>

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_[signature]_
<br><span style="font-size:small">Signature of Notary Public</span>

───────── **OPTIONAL** ─────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# BONDED PROMISSORY NOTE

USPS CERTIFIED MAIL TRACKING NO. 7005 1820 0005 3378 6331

**$5,000,000**     No. 823071845

Five Million UNITED STATES DOLLARS

**To the Order of:**   HENRY M. PAULSON, JR. d/b/a SECRETARY of the UNITED STATES TREASURY MICHAEL J. QUILLING d/b/a RECEIVER for SARDAUKAR HOLDINGS, IBC, SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and KAREN MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and FIDUCIARY TRUSTEE on this *Bonded Promissory Note*

**In the Amount of:**   Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.)

**For Credit to:**   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, Case 3:06-CV-0293-L SUMMARY JUDGMENT to the benefit of DEAN ALLEN STEEVES, 530645277

**Routing Through:**   Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.
(Securitization Bond)   PAULSON, JR. (USPS CERTIFIED MAIL Tracking No.7005 1820 0005 3378 6324)

This negotiable instrument, tendered lawfully by Dean Allen Steeves ("Maker") in good faith shall evidence as a Debt to the Payee pursuant to the following terms:

This Note shall be posted in full Dollar for Dollar pursuant to the Credit order noted above and presented to the co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR., in the attached pre-addressed envelope by CERTIFIED MAIL/RR (certificates completed and supplied # 7006 2760 0000 4269 1824)

2. Payee shall, upon receipt of this Instrument, charge account for Case #: 3:06-CV-0293-L via Pass-Through Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to Case #3:06-CV-0293-L.

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of business on May 29, 2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven percent (7%) per annum; and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. 328548170* (USPS CERTIFIED MAIL Tracking Number 7005 1820 0005 3378 6324) held and secured by HENRY M. PAULSON, JR. SECRETARY of the UNITED STATES TREASURY.

__May 29, 2007__
Date

*Dean Allen Steeves*
Authorized Representative
(signed in red)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe, California state
non-domestic without US

MICHAEL J. QUILLING
QUILLING SELANDER
CUMMISKEY LOWNDS, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX. 75201

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave NW
Washington, DC 20220

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS, DALLAS DIVISION
1100 Commerce - Rm. 1452
Dallas, TX 75242

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce - Rm. 1452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

**PROTECTED**

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego
}  ss.

I,   **Dean Allen Steeves**  , hereby swear (or affirm) that the attached reproduction
Name of Custodian of Original Document
of  _Bonded Promissory Note_  is a true, correct, and complete
Description of Original Document
photocopy of a document in my possession.

_Dean Allen Steeves_
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

```
RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009
```

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ____September____, 2007, by
              Date                        Month
**Dean Allen Steeves**
Name of Custodian of Original Document
☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

Signature of Notary Public

──────────── **OPTIONAL** ────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

**To:**    KAREN MITCHELL
CLERK of the COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX  75242

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES
THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS,
INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY,
ALARM, DISTRESS OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED
PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF
ACHIEVING HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS
STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A
FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

**From:**    Dean Allen Steeves

## NOT FOR PUBLIC FILING

**Re:**    Case/Account No. 3:06-CV-0293-L
Appointment of FIDUCIARY Trustee for *Bonded Promissory Note No. 823071845*

**CC:**    HENRY M. PAULSON, JR.
SECRETARY of the TREASURY
UNITED STATES DEPARTMENT of the TREASURY

### --- FIDUCIARY INSTRUCTIONS ---

The attached demand-deposit Instrument, *Bonded Promissory Note No.823071845,* is hereby presented under notary seal by pre-arrangement with the DEPARTMENT of the TREASURY. TREASURY SECRETARY HENRY M. PAULSON, JR is a co-payee on the note and holder of the securitization bond referenced thereon.

Please credit the above-referenced account Dollar for Dollar for the *full value* of the note and present it to Mr. Paulson no later than five (5) days after the date you receive it from the notary. A pre-addressed CERTIFIED MAIL/RR envelope with certificates completed and attached has been provided for your convenience (#7006 2760 0000 4269 1824).

**The Court is hereby authorized to utilize the revenue windfall to its benefit until maturity.** In consideration, you are expected to issue a settlement statement, warrant or other confirmation of closure of Case No. 3:06-CV-0293-L reflecting the posted credit. You may also debit any customary fees and mailing costs. Please allow sixty (60) days for final reconciliation however customary banking practices via your Treasury account can shorten the duration.

Your copy of IRS FORM 1040v has been attached to ensure Treasury can track the transaction. The payment instrument has been marked 7005 1820 0005 3378 6331 and will be monitored in real time to protect Mr. Paulson's interest. It is essential that you post the credit and make presentment to the Secretary, or return the instrument for cause with evidence of a substantive legal defect within three (3) days of receipt. "Internal regulations" and "business as usual" do not qualify as substantive legal defects.

**NOTICE:** Failure to post the credit or identify a defect will be certified by the notary as your stipulation to the value and validity of the instrument and confession of a theft of public funds when you defaulted on the opportunity to rebut. A return of the instrument without cause will be certified as a conversion of liability under public policy and your agreement to act as the Defendant's surety commercially and corporeally as the situation may require. In either case, the notary's administrative judgment will certify your confession of having failed to deposit funds with Treasury in a pending judicial case.[1]

Any such confession will be recorded and annexed to a petition for a hearing where you can show cause under penalty of perjury why you should not be compelled to pay for all liabilities formerly attributed to the Defendant and remanded for criminal investigation. In the event the petition is dishonored, the confession will be annexed to a criminal complaint to be presented to U.S. Attorney General's Office, and if necessary, directly to the grand jury pursuant to the Defendant's misprision of felony mandate. Interference with such prosecution would of course comprise tampering, concealing and influencing a court officer. The Criminal Investigation Division of IRS and the Solicitor General will be enlisted to seize the full amount of the funds from your bond on behalf of Treasury, the Alien Property Custodian, and the Office of Foreign Assets Control, and investigate whether the gain is being properly reported as personal property. The commercial process will be audited by Paul McNulty of the President's Corporate Fraud Task Force.

**IT IS IMPERATIVE THAT YOUR RECORDS ARE NOT ALTERED OR DESTROYED INCLUDING OFF-BALANCE SHEET ACCOUNTING REGARDLESS OF ORDERS FROM SUPERIORS WHO MAY NOT SHARE YOUR LIABILITY AND WANT OF IMMUNITY.** A subpoena will be issued for a certified accounting and you will be afforded the

---

[1] [For your ref. only: 28 U.S.C. 2041]

CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

opportunity under penalty of perjury to disqualify the setoff, identify the surety, and rebut the public record of personal liability and confession to high crimes. As I imagine you would welcome the opportunity to qualify your actions, a demand for a bill of particulars will be annexed to a complaint as a further courtesy. You may wish to consult private counsel before dishonoring the attached tender of payment.

As an alternative, you may confess to full compliance with Public Policy by forwarding an adjusted settlement statement reflecting the credit and an order terminating Case No. 3:06-CV-0293-L so it is received no later than ten (10) days from this postmark to:

<div align="center">

Dean Allen Steeves
in care of: Vivian Del Nero, Notary Public
4111 Iowa Street, #3
San Diego, CA 92104

</div>

Communication sent in any other manner will be defective on its face and ensure that the notary certifies the conversion.

This FIDUCIARY appointment is effective immediately and will continue through the term of the Note.

Thank you in advance for your kind cooperation.

May 29, 2007
Date

Dean Allen Steeves, Maker, Creditor (signed in red)
Void where prohibited by law.

cc.
HENRY M. PAULSON, JR., U.S. TRUSTEE
c/o U.S. DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20220

CERTIFIED MAIL/RR #7005 1820 0005 3378 6324

PAUL J. MC NULTY
DEPUTY ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL/RR #7007 0220 0004 0200 2866

PAUL D. CLEMENT
SOLICITOR GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL/RR#7007 0220 0004 0200 2859

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL /RR#7007 0220 0004 0200 2842

CHIEF COUNSEL or NOMINEE
OFFICE of FOREIGN ASSETS CONTROL
U.S. DEPARTMENT of the TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

CERTIFIED MAIL/RR#7007 0220 0004 0200 2835

CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER §
FOR SARDAUKER HOLDINGS, IBC and §
BRADLEY C. STARK, §
§
§
Plaintiff, §
§    Civil Action No. 3:06-CV-0293-L
v. §
§
3D MARKETING, LLC,* §
§
Defendant §

JUDGMENT

This Judgment is issued pursuant to the court's memorandum opinion and order dated

February 28, 2007. Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is

entered in favor of Michael J. Quilling as Receiver for Sardauker Holdings, IBC and Bradley C.

Stark against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust

is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the

Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002);

that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the

entry of this Judgment; that prejudgment interest on the principal amount of $150,000 shall be

allowed from the date or dates on which 3-D Marketing received the transfer(s) to the date of this

Judgment at the rate provided under applicable state law; and that postjudgment interest shall accrue

on this Judgment at the applicable federal rate from the date of its entry until paid in full.    It is

_____

*Although in the caption of the case Defendant is listed as "3D Marketing, LLC," Defendant insists that its
proper name is "3-D Marketing, LLC." As Plaintiff has no objection, in this Judgment the court intends that "3D
Marketing, LLC" also includes "3-D Marketing, LLC."

Judgment - Page 1

further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is denied; that all allowable and reasonable costs are taxed against 3-D Marketing, LLC; and that this action is **dismissed with prejudice**. The Receiver is entitled to recover reasonable attorney's fees.

**Signed** this 8th day of March, 2007.

*Sam A. Lindsay*

Sam A. Lindsay
United States District Judge

Accepted For Value
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277

Date May 29, 2007

Authorized By *Dean Allen Steeves*
Dean Allen Steeves, Creditor

Judgment - Page 2

# EVIDENCE OF SERVICE

True unaltered copy of receipt for
- [X] United States Certified Mail
- [ ] United States Express Mail
- [X] Return Receipt Requested
- [ ] Postal Service receipt for currency

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *M. Middleton*
- [ ] Agent
- [ ] Addressee

B. Received by (Printed Name)    MAY 8 2007    C. Date of Delivery

1. Article Addressed to:

HENRY M. PAULSON JR.
SECRETARY OF THE TREASURY
US DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC   20220

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:  [ ] No

3. Service Type
- [X] Certified Mail
- [ ] Registered
- [ ] Insured Mail
- [ ] Express Mail
- [X] Return Receipt for Merchandise
- [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)  [ ] Yes

2. Article Number
(Transfer from service label)    7005 1820 0005 3378 6324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Doreen Angelucci_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA          )
                             ) ss.:
County of SAN DIEGO          )

Subscribed and sworn to (or affirmed) before me this _13th_ day of _June_ 20 _07_.

_____
Signature of Notary Public

My commission expires: _October 11_, 20___

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

## DUE PRESENTMENT UNDER NOTARY SEAL
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**From:**        Vivian Del Nero, Notary Public
                 4111 Iowa Street, #3
                 San Diego, CA  92104

**To:**          KAREN MITCHELL, CLERK of the COURT
                 UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
                 DALLAS DIVISION
                 1100 COMMERCE – ROOM 1452
                 DALLAS, TX  75242-1495

**Re.**          Case No. 3:06-CV-0293-L

**Service:**     CERTIFIED MAIL No. 7005 1820 0005 3378 6331 / RR; Notary's Certificate of Service

Dear CLERK of the COURT MITCHELL,

Pursuant to Uniform Commercial Code 2005, section 3-501 and in harmony with applicable commercial practices in Texas and California, **due presentment** is hereby made of:

### Tendered Settlement of Case #3:06-CV-0293-L
### Bonded Promissory Note #823071845

• Fiduciary Instructions for the above;

• a copy of IRS FORM 1040v;

• SUMMARY JUDGMENT originating with Recipient or agents thereof noted accepted for value by
   Dean Allen Steeves;

• preaddressed envelope and CERTIFIED MAIL Forms 3800 and 3811 to HENRY M. PAULSON
   JR., SECRETARY of the TREASURY, U.S.P.S. No. 7006 2760 0000 4269 1824

with the maker's request to credit the full value of the note, forward it to payee HENRY PAULSON, JR., SECRETARY of the TREASURY within five (5) days of presentment, and exhibit to the maker an order or comparable Statement of Account reflecting the credit indicating posting of the asset so it is received by the undersigned notary public at the address noted above no later than ten (10) days beyond the postmark of this presentment.    Non-performance will be certified in accord with Uniform Commercial Code 2005, Section 3-501 to 3-505 and other Debt relief provisions.

Thank you kindly for your attention.

WITNESS my hand and official Seal.

_____          May 29, 2007
NOTARY PUBLIC                             DATE
Void where prohibited by law

My commission expires: October 11, 2008          (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
*Name of Custodian of Original Document*

of _Due Presentment / Bonded Promissory Note_ is a true, correct, and complete
*Description of Original Document*

photocopy of a document in my possession.

_Dean Allen Steeves_ (signature)
*Signature of Custodian of Original Document*

PO Box 45, Rancho Santa Fe, California
*Address*

> RICHARD W. FRY
> Commission # 1551972
> Notary Public - California
> San Diego County
> My Comm. Expires Feb 12, 2009

*Place Notary Seal Above*

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
        *Date*                      *Month*

**Dean Allen Steeves**
*Name of Custodian of Original Document*

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
*Signature of Notary Public*

_____ **OPTIONAL** _____

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document: 

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

> **Right Thumbprint Of Custodian**
>
> Top of thumb here

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# BONDED PROMISSORY NOTE

USPS CERTIFIED MAIL TRACKING No. 7005 1820 0005 3378 6331

**$5,000,000.00**     No. 823071845

Five Million UNITED STATES DOLLARS

**To the Order of:** HENRY M. PAULSON, JR. d/b/a SECRETARY of the UNITED STATES TREASURY, MICHAEL J. QUILLING d/b/a RECEIVER for SARDAUKAR HOLDINGS, IBC, SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and KAREN MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and FIDUCIARY TRUSTEE on this *Bonded Promissory Note*

**In the Amount of:** Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.)

**For Credit to:** UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, Case 3:06-CV-0293-L SUMMARY JUDGMENT to the benefit of DEAN ALLEN STEEVES, 530645277

**Routing Through:** **Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.** (Securitization Bond) **PAULSON, JR.** (USPS CERTIFIED MAIL, Tracking No.7005 1820 0005 3378 6324)

This negotiable Instrument, tendered lawfully by Dean Allen Steeves ("Maker") in good faith shall evidence as a Debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full Dollar for Dollar pursuant to the Credit order noted above and presented to the co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR., in the attached pre-addressed envelope by CERTIFIED MAIL/RR (certificates completed and supplied # 7006 2760 0000 4269 1824).

2. Payee shall, upon receipt of this Instrument, charge account for Case #3:06-CV-0293-L via Pass-Through Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to Case #3:06-CV-0293-L.

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of business on May 29, 2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven percent (7%) per annum; and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. 328548170* (USPS CERTIFIED MAIL Tracking Number 7005 1820 0005 3378 6324), held and secured by HENRY M. PAULSON, JR., SECRETARY of the UNITED STATES TREASURY.

May 29, 2007
_____
Date

_Dean Allen Steeves_
Authorized Representative
(signed in red)

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe, California state
non-domestic without US

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave NW
Washington, DC 20220

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce - Rm. 1452
Dallas, TX 75242

MICHAEL J. QUILLING
QUILLING, SELANDER,
CUMMISKEY, LOWNDES, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT of TEXAS, DALLAS DIVISION
1100 Commerce - Rm. 1452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

**PROTECTED**



**To:**   KAREN MITCHELL
CLERK of the COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX 75242

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES
THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS,
INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY,
ALARM, DISTRESS OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED
PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF
ACHIEVING HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS
STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A
FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

**From:**   Dean Allen Steeves                          **NOT FOR PUBLIC FILING**

**Re:**   Case/Account No. 3:06-CV-0293-L
Appointment of FIDUCIARY Trustee for *Bonded Promissory Note No. 823071845*

**CC:**   HENRY M. PAULSON, JR.
SECRETARY of the TREASURY
UNITED STATES DEPARTMENT of the TREASURY

--- FIDUCIARY INSTRUCTIONS ---

The attached demand-deposit Instrument, *Bonded Promissory Note No.823071845,* is hereby presented under notary seal by pre-arrangement with the DEPARTMENT of the TREASURY. TREASURY SECRETARY HENRY M. PAULSON, JR is a co-payee on the note and holder of the securitization bond referenced thereon.

Please credit the above-referenced account Dollar for Dollar for the *full value* of the note and present it to Mr. Paulson no later than five (5) days after the date you receive it from the notary. A pre-addressed CERTIFIED MAIL/RR envelope with certificates completed and attached have been provided for your convenience (#7006 2760 0000 4269 1824).

**The Court is hereby authorized to utilize the revenue windfall to its benefit until maturity.** In consideration, you are expected to issue a settlement statement, warrant or other confirmation of closure of Case No. 3:06-CV-0293-L reflecting the posted credit. You may also debit any customary fees and mailing costs. Please allow sixty (60) days for final reconciliation however customary banking practices via your Treasury account can shorten the duration.

Your copy of IRS FORM 1040v has been attached to ensure Treasury can track the transaction. The payment instrument has been marked 7005 1820 0005 3378 6331 and will be monitored in real time to protect Mr. Paulson's interest. It is essential that you post the credit and make presentment to the Secretary, or return the instrument for cause with evidence of a substantive legal defect within three (3) days of receipt. "Internal regulations" and "business as usual" do not qualify as substantive legal defects.

**NOTICE:** Failure to post the credit or identify a defect will be certified by the notary as your stipulation to the value and validity of the instrument and confession of a theft of public funds when you defaulted on the opportunity to rebut. A return of the instrument without cause will be certified as a conversion of liability under public policy and your agreement to act as the Defendant's surety commercially and corporeally as the situation may require. In either case, the notary's administrative judgment will certify your confession of having failed to deposit funds with Treasury in a pending judicial case.[1]

Any such confession will be recorded and annexed to a petition for a hearing where you can show cause under penalty of perjury why you should not be compelled to pay for all liabilities formerly attributed to the Defendant and remanded for criminal investigation. In the event the petition is dishonored, the confession will be annexed to a criminal complaint to be presented to U.S. Attorney General's Office, and if necessary, directly to the grand jury pursuant to the Defendant's misprision of felony mandate. Interference with such prosecution would of course comprise tampering, concealing and influencing a court officer. The Criminal Investigation Division of IRS and the Solicitor General will be enlisted to seize the full amount of the funds from your bond on behalf of Treasury, the Alien Property Custodian, and the Office of Foreign Assets Control, and investigate whether the gain is being properly reported as personal property. The commercial process will be audited by Paul McNulty of the President's Corporate Fraud Task Force.

**IT IS IMPERATIVE THAT YOUR RECORDS ARE NOT ALTERED OR DESTROYED INCLUDING OFF-BALANCE SHEET ACCOUNTING REGARDLESS OF ORDERS FROM SUPERIORS WHO MAY NOT SHARE YOUR LIABILITY AND WANT OF IMMUNITY.** A subpoena will be issued for a certified accounting and you will be afforded the

---

[1] [For your ref. only: 28 U.S.C. 2041]

CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

opportunity under penalty of perjury to disqualify the setoff, identify the surety, and rebut the public record of personal liability and confession to high crimes. As I imagine you would welcome the opportunity to qualify your actions, a demand for a bill of particulars will be annexed to a complaint as a further courtesy. You may wish to consult private counsel before dishonoring the attached tender of payment.

As an alternative, you may confess to full compliance with Public Policy by forwarding an adjusted settlement statement reflecting the credit and an order terminating Case No. 3:06-CV-0293-L so it is received no later than ten (10) days from this postmark to:

<div align="center">

Dean Allen Steeves
in care of: Vivian Del Nero, Notary Public
4111 Iowa Street, #3
San Diego, CA  92104

</div>

Communication sent in any other manner will be defective on its face and ensure that the notary certifies the conversion.

This FIDUCIARY appointment is effective immediately and will continue through the term of the Note.

Thank you in advance for your kind cooperation.


May 29, 2007
Date

Dean Allen Steeves, Maker, Creditor (signed in red)
Void where prohibited by law.

cc.
HENRY M. PAULSON, JR., U.S. TRUSTEE
c/o U.S. DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20220

CERTIFIED MAIL/RR #7005 1820 0005 3378 6324

PAUL J. MC NULTY
DEPUTY ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL/RR #7007 0220 0004 0200 2866

PAUL D. CLEMENT
SOLICITOR GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C.  20530-0001

CERTIFIED MAIL/RR#7007 0220 0004 0200 2859

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL /RR#7007 0220 0004 0200 2842

CHIEF COUNSEL or NOMINEE
OFFICE of FOREIGN ASSETS CONTROL
U.S. DEPARTMENT of the TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

CERTIFIED MAIL/RR#7007 0220 0004 0200 2835


CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

# 2006 Form 1040-V



## Department of the Treasury
## Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{100}$").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2006 tax return, payment, and Form 1040-V in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

---

▼ **Detach Here and Mail With Your Payment and Return** ▼

---

## Form **1040-V** Payment Voucher

Department of the Treasury
Internal Revenue Service   (99)

► **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074

## 2006

| 1  Your social security number (SSN) | 2  If a joint return, SSN shown second on your return | 3  Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 530 ┊ 64 ┊ 5277 | ┊    ┊ | | | |

| 4  Your first name and initial | | Last name |
|---|---|---|
| DEAN A. | | STEEVES |
| If a joint return, spouse's first name and initial | | Last name |

| Home address (number and street) | Apt. no. |
|---|---|
| c/o NOTARY PUBLIC, VIVIAN DEL NERO, 4111 IOWA STREET #3 | |

City, town or post office, state, and ZIP code
SAN DIEGO, CA  92104

Cat. No. 20975C

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on May 29, 2007, the undersigned Notary Public mailed to:

**KAREN MITCHELL, CLERK of the COURT**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**1100 COMMERCE – Rm. 1452**
**DALLAS, TX  75242**

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No. 3:06-CV-0293-L regarding Dean Allen Steeves on behalf of 3-D MARKETING LLC as follows:

1. **Notary's Due Presentment Under Notary Seal** dated on or about May 29, 2007

2. **Bonded Promissory Note No. 823071845** issued by Dean Allen Steeves

3. **Fiduciary Instructions** issued by Dean Allen Steeves on or about May 29, 2007

4. a copy of **IRS FORM 1040v** pursuant to the aforementioned note

5. **Summary Judgment Case # 3:06-CV-0293-L originating with Recipient or agents thereof** noted accepted for value by Dean Allen Steeves

6. a preaddressed envelope and CERTIFIED MAIL Forms 3800 and 3811 to HENRY M. PAULSON, Jr., SECRETARY of the TREASURY, U.S.P.S. No. 7006 2760 0000 4269 1824

7. reference copy **Notary's Certificate of Service** (signed original on file)

by CERTIFIED MAIL No. 7005 1820 0005 3378 6331 Return Receipt, attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.


_____        ___May 29, 2007___        (Seal)
NOTARY PUBLIC                                       DATE

My commission expires: October 11, 2008           (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

Vivian Del Nero, Notary Public
4111 Iowa Street #3
San Diego, CA  92104


CERTIFIED MAIL/RR #7005 1820 0005 3378 6331

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
<span style="font-size:small">Name of Custodian of Original Document</span>
of _Notary's Certificate of Service (5-29-07)_ is a true, correct, and complete
<span style="font-size:small">Description of Original Document</span>
photocopy of a document in my possession.

_____
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
_____
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___ 2007, by
           Date                              Month
**Dean Allen Steeves**
<span style="font-size:small">Name of Custodian of Original Document</span>
☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
   to be one of the People who appeared before me.

_____
Signature of Notary Public

Place Notary Seal Above

_____ **OPTIONAL** _____

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____    Identifying No.: _____    No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic Zip Code Exempt DMM 602-1-3(e)(2)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER    §
FOR SARDAUKER HOLDINGS, IBC and    §
BRADLEY C. STARK,    §
   §
       Plaintiff,    §
   §
v.    §    Civil Action No. 3:06-CV-0293-L
   §
3D MARKETING, LLC,*    §
   §
       Defendant.    §

This judgment follows the court's memorandum opinion and order dated February 28, 2007. Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling as Receiver for Sardauker Holdings, IBC and Bradley C. Stark against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002); that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the entry of this Judgment; that prejudgment interest on the principal amount of $150,000 shall be allowed from the date or dates on which 3-D Marketing received the transfer(s) to the date of this Judgment at the rate provided under applicable state law; and that postjudgment interest shall accrue on this Judgment at the applicable federal rate from the date of its entry until paid in full. It is

---

*Although in the caption of the case Defendant is listed as "3D Marketing, LLC," Defendant insists that its proper name is "3-D Marketing, LLC." As Plaintiff has no objection, in this Judgment the court intends that "3D Marketing, LLC" also includes "3-D Marketing, LLC."

Judgment - Page 1

further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is denied; that all allowable and reasonable costs are taxed against 3-D Marketing, LLC; and that this action is **dismissed with prejudice**. The Receiver is entitled to recover reasonable attorney's fees.

Signed this 8th day of March, 2007.

Sam A. Lindsay
United States District Judge

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277

Date May 29, 2007

Authorized By

**Dean Allen Steeves, Creditor**

**Judgment - Page 2**

# EVIDENCE OF SERVICE

True unaltered copy of receipt for   ☒ United States Certified Mail    ☒ Return Receipt Requested
                                  ☐ United States Express Mail    ☐ Postal Service receipt for currency

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ◢ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Courtney H Wilson_   ☐ Agent   ☐ Addressee<br>B. Received by ( Printed Name )  _Wilson_   C. Date of Delivery _6/6/07_ |
| 1. Article Addressed to:<br><br>KAREN MITCHELL, CLERK OF THE COURT<br>US DISTRICT COURT, NORTHERN DISTRICT<br>OF TEXAS, DALLAS DIVISION<br>1100 COMMERCE – RM. 1452<br>DALLAS, TX 75242–1495 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7005 1820 0005 3378 6331 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

State of CALIFORNIA    )
                       ) ss.:          COPY CERTIFICATION
County of SAN DIEGO    )

On this _4th_ day of _June_ , 20 _07_ , for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_Vivian del Nero_      _6-4-07_    (Seal)
NOTARY PUBLIC              DATE

My commission expires: _October 11_ , 20 _08_    (Stamp)



VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

To:    HENRY M. PAULSON, JR.                                    May 29, 2007
       SECRETARY of the TREASURY
       UNITED STATES DEPARTMENT of the TREASURY
       1500 PENNSYLVANIA AVENUE, NW
       WASHINGTON, DC 20220

From:  Dean Allen Steeves, Secured Party Creditor (Reference UCC1 Filing #06-7062224736)
       c/o Vivian Del Nero, Notary Public
       4111 Iowa Street #3
       San Diego, CA  92104

                         Private Correspondence:

              Declaration of Intent and Method of Authentication

DEAR MR. PAULSON:

Please find copies hereby certified to be true, correct and complete of (i) *Bonded Promissory Note 823071845* in the amount of $5,000,000.00 UNITED STATES DOLLARS (ii) *IRS FORM 1040v*, and (iii) evidence of liability, SUMMARY JUDGMENT, Case #3:06-CV-0293-L, noted accepted for value which were served on or about May 29, 2007 on KAREN MITCHELL d/b/a CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT of TEXAS, DALLAS DIVISION in her capacity as FIDUCIARY on the Instrument.

Please execute the deposit and chargeback noted on the SUMMARY JUDGMENT if not previously executed.

Please offset the billing through the Account of Dean Allen Steeves, Private Offset Account No. 530645277, by routing through and ledgering against *Private Offset Bond No. 328548170* which has been in your possession since on or about May 24, 2007, and settle the account as noted thereon.

CLERK of the COURT has been expressly instructed to credit the full value of the Note to the above-noted Account(s) and present you with the Instrument within five (5) days of service.

The express purpose and intention of the said process is to settle the Account peacefully and remaining in Honor.  If the FIDUCIARY fails to properly adjust the account within ten (10) days, I will be petitioning for liquidation on the conversion of liability and theft of funds within the special maritime jurisdiction.

Thanking you in advance for your compliance, I remain,

                              Very truly yours,


                              *Dean Allen Steeves* (Signed in red)
                              Dean Allen Steeves, Secured Party, Creditor

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
<span style="small">Name of Custodian of Original Document</span>
of _Private Correspondence to Henry Paulson_ is a true, correct, and complete
<span style="small">Description of Original Document</span>
photocopy of a document in my possession.

Certified Mail
# 7007 0220 0004 0200 2873

_signature_
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

```
RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009
```

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
        Date                    Month
**Dean Allen Steeves**
Name of Custodian of Original Document
☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_signature_
Signature of Notary Public

————————— *OPTIONAL* —————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual  ☐ Attorney  ☐ Trustee  ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| **Right Thumbprint Of Custodian** |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# BONDED PROMISSORY NOTE

USPS CERTIFIED MAIL TRACKING No. 7005 1820 0005 3378 6331

**$5,000,000** No. 823071845

Five Million UNITED STATES DOLLARS

**To the Order of:** HENRY M. PAULSON, JR. d/b/a SECRETARY of the UNITED STATES TREASURY, MICHAEL J. QUILLING d/b/a RECEIVER for SARDAUKAR HOLDINGS, IBC, SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and KAREN MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and FIDUCIARY TRUSTEE on this *Bonded Promissory Note*

**In the Amount of:** Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.)

**For Credit to:** UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, Case 3:06-CV-0293-L SUMMARY JUDGMENT to the benefit of DEAN ALLEN STEEVES, 530645277.

**Routing Through:** **Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.**
(Securitization Bond) **PAULSON, JR.** (USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324.)

This negotiable instrument, tendered lawfully by Dean Allen Steeves ("Maker") in good faith shall evidence as a Debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full Dollar for Dollar pursuant to the Credit Order noted above and presented to the co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR., in the attached pre-addressed envelope by CERTIFIED MAIL-RR (certificates completed and supplied # 7006 2760 0000 4269 1824.)

2. Payee shall, upon receipt of this Instrument, charge account for Case #3:06-CV-0293-L via Pass-Through Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to Case #3:06-CV-0293-L.

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of business on May 29, 2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven percent (7%) per annum and.

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. 328548170* (USPS CERTIFIED MAIL Tracking Number 7005 1820 0005 3378 6324) held and secured by HENRY M. PAULSON, JR., SECRETARY of the UNITED STATES TREASURY.

May 29, 2007 _____
Date Authorized Representative
(signed in red)

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe, California state
non-domestic without US

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave NW
Washington, DC 20220

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX 75242

MICHAEL J. QUILLING
QUILLING, SELANDER
CUMMISKEY, LOWNDS, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED

**PROTECTED**

# 2006 Form 1040-V



Department of the Treasury
**Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{100}$").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2006 tax return, payment, and Form 1040-V in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

---

▼ **Detach Here and Mail With Your Payment and Return** ▼

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

► **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074

**2006**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 530  64  5277 | | | | |

**4** Your first name and initial
DEAN A.

Last name
STEEVES

If a joint return, spouse's first name and initial

Last name

Home address (number and street)
c/o NOTARY PUBLIC, VIVIAN DEL NERO, 4111 IOWA STREET #3

Apt. no.

City, town or post office, state, and ZIP code
SAN DIEGO, CA 92104

Cat. No. 20975C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER     §
FOR SARDAUKER HOLDINGS, IBC and   §
BRADLEY C. STARK,                 §
                                    §
         Plaintiff,           §
                                      §
v.                                   §    Civil Action No. 3:06-CV-0293-L
                                    §
3D MARKETING, LLC,[*]         §
                                    §
        Defendant.        §

**JUDGMENT**

This judgment is issued pursuant to the court's Memorandum Opinion and Order dated February 28, 2007. Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling as Receiver for Sardauker Holdings, IBC and Bradley C. Stark against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002); that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the entry of this Judgment; that prejudgment interest on the principal amount of $150,000 shall be allowed from the date or dates on which 3-D Marketing received the transfer(s) to the date of this Judgment at the rate provided under applicable state law; and that postjudgment interest shall accrue on this Judgment at the applicable federal rate from the date of its entry until paid in full.   It is

---

[*]Although in the caption of the case Defendant is listed as "3D Marketing, LLC," Defendant insists that its proper name is "3-D Marketing, LLC." As Plaintiff has no objection, in this Judgment the court intends that "3D Marketing, LLC" also includes "3-D Marketing, LLC."

further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is denied; that all allowable and reasonable costs are taxed against 3-D Marketing, LLC; and that this action is **dismissed with prejudice**. The Receiver is entitled to recover reasonable attorney's fees.

Signed this 8th day of March, 2007.

*Sam A. Lindsay*

Sam A. Lindsay
United States District Judge

Accepted For Value
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., d/b/a UNITED.STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277

Date May 29, 2007

Authorized By *Dean Allen Steeves*

Dean Allen Steeves, Creditor

Judgment - Page 2

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on May 29, 2007, the undersigned Notary Public mailed to:

HENRY M. PAULSON, JR.
SECRETARY of the TREASURY
UNITED STATES DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No. 3:06-CV-0293-L regarding Dean Allen Steeves on behalf of 3-D MARKETING LLC as follows:

1. a copy of **Bonded Promissory Note No. 823071845** issued by Dean Allen Steeves

2. a copy of **IRS FORM 1040v** pursuant to the aforementioned note

3. a copy of **Summary Judgment Case # 3:06-CV-0293-L originating with Recipient or agents thereof** noted accepted for value by Dean Allen Steeves

by CERTIFIED MAIL No. 7007 0220 0004 0200 2873 Return Receipt, attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          __May 29, 2007__
NOTARY PUBLIC                             DATE

My commission expires: October 11, 2008          (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

Vivian Del Nero, Notary Public
4111 Iowa Street #3
San Diego, CA  92104

CERTIFIED MAIL/RR #7007 0220 0004 0200 2873

**COPY CERTIFICATION BY DOCUMENT CUSTODIAN**

State of _California_

County of _San Diego_

I, _Doreen Angelucci_ , hereby declare that the attached reproduction of
<small>Name of Custodian of Original Document</small>

_Notary's Certificate of Service_
<small>Description of Original Document</small>

is a true, correct, and complete photocopy of a document
in my possession or control.

_Doreen Angelucci_
<small>Signature of Custodian of Original Document</small>

_P.O. Box 45_
<small>Address</small>

_Rancho Santa Fe, CA 92067_

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

Subscribed and sworn to (or affirmed) before me this

_29th_ day of _May_ , ~~19~~ _2007_
<small>Date</small>      <small>Month</small>      <small>Year</small>

_Vivian Del Nero_
<small>Signature of Notary Public</small>

─────────── **OPTIONAL** ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Attached Document**

Title or Type of Document: _Notary's Certificate of Service_

Document Date: _5-29-07_                    Number of Pages: _1_

Signer(s) or Issuing Agency: _VIVIAN DEL NERO_

**Capacity Claimed by Custodian**

☒ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: _____

| RIGHT THUMBPRINT |
| OF CUSTODIAN |
| Top of thumb here |

Custodian Is Representing: _herself_

© 1995 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184        Prod. No. 5909        Reorder: Call Toll-Free 1-800-876-6827

# EVIDENCE OF SERVICE

True unaltered copy of receipt for    ☒ United States Certified Mail    ☒ Return Receipt Requested
                                       ☐ United States Express Mail     ☐ Postal Service receipt for currency

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

HENRY M. PAULSON JR
SECRETARY of the TREASURY
US DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC  20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Williston_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN - 2007

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
(Transfer from service label)    7007 0220 0004 0200 2873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

State of CALIFORNIA    )
                       ) ss.:        COPY CERTIFICATION
County of SAN DIEGO    )

On this _9th_ day of _June_, 20 _07_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_Vivian Del Nero_                    _6/9/07_        (Seal)
NOTARY PUBLIC                         DATE

My commission expires: _October 11_, 20 _08_    (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

## CERTIFICATE OF NON-PERFORMANCE / DISHONOR

| | AMOUNT | $5,000,000.00 |
|---|---|---|
| | INTEREST | |
| | NOTICES | |
| | POSTAGE | |
| | PROTEST | |

STATE OF  California                     COUNTY OF San Diego                          SS

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at

the request of ___Dean Allen Steeves___    In care of 4111 Iowa St., #3, San Diego, CA  92104
                  Creditor                                                    Address

did duly present on Mav 29, 2007  the attached Bonded Promissory Note dated May 29, 2007
                                  823071845

KAREN MITCHELL, CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS,
to DALLAS DIVISION, 1100 COMMERCE – RM 1452, DALLAS, TX 75242

signed by ___Dean Allen Steeves___       requesting issue credit to account # 3:06-CV-0293-L
the time limit having elapsed for acceptance thereof and providing clarification of settlement and closure,
which was refused.

**PROTEST**    Whereupon,  the  Notary  Public  signing  below,  for  the  reason
___dishonor by non-performance___ , does publicly and solemnly certify the dishonor as against
all parties it may concern for liability equivalent to the face value of the instrument, and all costs, damages
and interest incurred, or hereafter incurred, by reason of nonperformance thereof and **stipulations therein**.

| | TOTAL* | $5,000,000.00 |
|---|---|---|

\* Unless entered, TOTAL is
defined as the value of the
referenced account.

**NOTICE**    The undersigned Notary Public, certifies that on June 25, 2007     Notice(s) of
Dishonor were sent to the parties noted below by depositing in a depository of the United States Postal
Service within the State indicated herein a sealed envelope  containing said Notices(s) directed to the
respective persons at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| KAREN MITCHELL, CLERK of the COURT<br>SAM A. LINDSAY, US DISTRICT JUDGE | US DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION<br>1100 COMMERCE – RM. 1452<br>DALLAS, TX 75242 |
| MICHAEL J. QUILLING | QUILLING  SELANDER  CUMMISKEY,<br>LOWNDS, P.C.<br>2001 BRYAN STREET, STE. 1800<br>DALLAS, TX 75201 |

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

_(signature)_ Notary Public

My Commission Expires October 11, 2008

Date  June 25, 2007

_(notary seal: VIVIAN DEL NERO, COMM. #1518156, NOTARY PUBLIC-CALIFORNIA, SAN DIEGO COUNTY, My Commission Expires OCTOBER 11, 2008)_

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**    May 29, 2007

**Notice Presented Under Seal:**    BONDED PROMISSORY NOTE NO. 823071845
FIDUCIARY INSTRUCTIONS
IRS FORM 1040V

**Notary's Certification:**    The above-noted parties were presented notice under notary seal that certification of non-
performance within ten (10) days of postmark would comprise their confession to the absence
of a defect in the note, the value of the note, a theft of funds equal to the said value in the
special maritime jurisdiction, a reportable gain, and their status as holder(s) in due course and
liable party(ies) of record on the note by conversion, the time having elapsed for performance
thereof, which was refused.

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of _California_

County of _San Diego_

I, _Dean Allen Steeves_ , hereby declare that the attached reproduction of
<span style="font-size:smaller">Name of Custodian of Original Document</span>

_Certificate of Non-Performance / Dishonor_
<span style="font-size:smaller">Description of Original Document</span>

is a true, correct, and complete photocopy of a document in my possession or control.

_Dean Allen Steeves_
<span style="font-size:smaller">Signature of Custodian of Original Document</span>

_P.O. Box 45_
<span style="font-size:smaller">Address</span>

_Rancho Santa Fe, CA 92067_

Subscribed and sworn to (or affirmed) before me this

_25th_ day of _June_ , ~~19~~ _2007_
<span style="font-size:smaller">Date          Month          Year</span>

_Vivian Del Nero_
<span style="font-size:smaller">Signature of Notary Public</span>

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

CSC1          CSC1

─────── **OPTIONAL** ───────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Further Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: _____

Custodian Is Representing: _____

<div style="border:1px solid;">
RIGHT THUMBPRINT
OF CUSTODIAN
Top of thumb here
</div>

© 1995 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184          Prod. No. 5909          Reorder: Call Toll-Free 1-800-876-6827

# BONDED PROMISSORY NOTE

(USPS CERTIFIED MAIL TRACKING NO. 7005 1820 0005 3378 6331)

**$5,000,000.**
Five Million UNITED STATES DOLLARS

**No. 823071845**

To the Order of: HENRY M. PAULSON, JR. sol. has SECRETARY of the UNITED STATES TREASURY, MICHAEL J. QUILLING as a RECEIVER for SARDAUKAR HOLDINGS, IBC, SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and KAREN MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and FIDUCIARY TRUSTEE on this *Bonded Promissory Note*

**In the Amount of:** Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.)

**For Credit to:** UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, Case 3:06-CV-0293-L SUMMARY JUDGMENT to the benefit of DEAN ALLEN STEEVES, 530645277

**Routing Through:** Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.
(Securitization Bond) PAULSON, JR. (USPS CERTIFIED MAIL Tracking No.7005 1820 0005 3378 6324)

This negotiable Instrument, tendered lawfully by Dean Allen Steeves ("Maker") in good faith shall evidence as a Debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full Dollar for Dollar pursuant to the Credit order noted above and presented to the co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR., in the attached pre-addressed envelope by CERTIFIED MAIL RR (certificate completed and supplied # 7006 2760 0000 4269 1824)

2. Payee shall, upon receipt of this Instrument, charge account for Case #3:06-CV-0293-L via Pass-Through Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to Case #3:06-CV-0293-L

3. Payee shall Ledger this Note for a period of twelve (12) months commencing the start of business on May 29, 2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. 328548170* (USPS CERTIFIED MAIL Tracking Number 7005 1820 0005 3378 6324) held and secured by HENRY M. PAULSON, JR. SECRETARY of the UNITED STATES TREASURY.

May 29, 2007
_____
Date

_Dean Allen Steeves_
_____
Authorized Representative
(signed in red)

*************************************************************

Dean Allen Steeves
c/o P.O. Box 43
Rancho Santa Fe, California state
non-domestic without US

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave NW
Washington DC, 20220

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm 1452
Dallas, TX 75242

MICHAEL J. QUILLING
QUILLING, SELANDER
CUMMISKEY, LOWNDS, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

**PROTECTED**

# EVIDENCE OF SERVICE

True unaltered copy of receipt for   ☒ <u>United States Certified Mail</u>    ☒ <u>Return Receipt Requested</u>
                                       ☐ <u>United States Express Mail</u>    ☐ <u>Postal Service receipt for currency</u>

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery<br>  _____  6-28-07 |
| 1. Article Addressed to:<br><br>KAREN MITCHELL, CLERK of the COURT<br>US DISTRICT COURT, NORTHERN DIST<br>OF TEXAS, DALLAS DIVISION<br>1100 COMMERCE - RM 1452<br>DALLAS, TX 75242 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 1820 0005 3378 6355 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Dean Allen Steeves_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA      )
                                  ) ss.:

County of SAN DIEGO      )

Subscribed and sworn to (or affirmed) before me this _30th_ day of _June_,
20 _07_ .

_Vivian Del Nero_
Signature of Notary Public

My commission expires: _October 11_, 20 _08_

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008