# EVIDENCE OF SERVICE

True unaltered copy of receipt for
[X] United States Certified Mail    [X] Return Receipt Requested
[ ] United States Express Mail    [ ] Postal Service receipt for currency

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX  75242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          [ ] Agent
                                           [ ] Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 1-28-07

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:        [ ] No

3. Service Type
   [X] Certified Mail      [ ] Express Mail
   [ ] Registered          [X] Return Receipt for Merchandise
   [ ] Insured Mail        [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)    [ ] Yes

2. Article Number
   (Transfer from service label)    7005 1820 0005 3378 6362

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Dean Allen Steeves_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA          )
                             ) ss.:
County of SAN DIEGO          )

Subscribed and sworn to (or affirmed) before me this _30th_ day of _June_ 20 _07_.

_____
Signature of Notary Public

My commission expires: _October  11_, 20 _08_

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008
CSC1

# EVIDENCE OF SERVICE

True unaltered copy of receipt for  ☒ United States Certified Mail  ☒ Return Receipt Requested
☐ United States Express Mail  ☐ Postal Service receipt for currency

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>LaDonna Norris  ☐ Agent  ☐ Addressee<br>C. Date of Delivery 6-28-0? |
| 1. Article Addressed to:<br>MICHAEL J. QUILLING<br>QUILLING SELANDER CUMMISKEY LOWNDS, PC<br>2001 BRYAN STREET, STE. 1800<br>DALLAS, TX  75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 0220 0004 0200 2828 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

---

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Dean Allen Steeves_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA          )
                                                      ) ss.:
County of SAN DIEGO          )

Subscribed and sworn to (or affirmed) before me this  _30th_ day of _June_.
20_07_.

_Vivian Del Nero_
Signature of Notary Public

My commission expires: _October 11_, 20_08_

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008
CSC1

**NOT FOR PUBLIC FILING**

June 8, 2007

<u>CERTIFIED MAIL / RR # 7006 2760 0000 4269 1831</u>

KAREN MITCHELL, CLERK OF THE COURT
UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE – ROOM 1452
DALLAS, TX  75242-1495

RE:  Case No. 3:06-CV-0293-L

Dear CLERK of the COURT, MITCHELL,

I am returning Magistrate Kaplan's court ORDER and notification that the district clerk was instructed to note on the docket that the document* [Doc #48] entitled "Due Presentment Under Notary Seal", noted specifically "**NOT FOR PUBLIC FILING**", has been un-filed.  It appears the clerk has erred by not sending the document to the Notary pursuant to the specific instructions as Fiduciary, if it is the clerk's intention to Dishonor the Tender.  If this is just a matter of notice of Clerical error, then please send this correspondence to the Notary with specific language that the notice is not intended to Dishonor and process the settlement immediately for closure on this account.

In the alternative, if no such notice is immediately forthcoming, the document shall be construed and noted and certified by the Notary as Dishonor and shall proceed to liquidation for all damages. As a courtesy and in good faith, I shall grant you a three (3) day extension, beyond the original response period, for you to honor your responsibilities, as per the Fiduciary Instructions, prior to proceeding.

**NOTICE**: This is my good faith effort to clarify any misunderstandings, as it appears there may be some confusion regarding the fact that I have accepted Title to the Contract governing the current matter, claiming all accompanying accounts, proceeds, products, and insurance.  I am unaware of a superior Claim on Title to this Maritime Contract, and request complete disclosure of any undisclosed Claims, and those holding the Claims along with supporting verified evidence.  It is my intention to privately settle all Claims on Title to this Contract, within the specific provisions and remedies in Public Policy as governed by HJR 192, June 5, 1933.  Your Dishonor will be stipulated to be your confession of judgment and your acceptance of the Liability in this matter for failure to make presentment and settle this account.  Your failure to make presentment does not constitute a failure on my part.  Any obligation on my part has been fulfilled and duly noted by the Notary.  Please consider your actions carefully.  You may wish to seek competent counsel who has experience in Commercial Paper, lien Rights, and a working knowledge of the U.S. Bankruptcy and Public Policy.

Until then, I am

Yours truly,

Dean Allen Steeves (in red ink under seal)
c/o Vivian Del Nero
Notary Public
4111 Iowa Street, #3
San Diego, CA  92104

\*MY DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM, DISTRESS, OR IMPEDE PUBLIC PROCEDURES.  THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF ACHIEVING HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

cc:

MAGISTRATE JUDGE KAPLAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX  75242
CERTIFIED MAIL / RR # 7006 2760 0000 4269 1848

SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX  75242
CERTIFIED MAIL / RR #7006 2760 0000 4269 1855

MICHAEL J. QUILLING
QUILLING SELANDER CUMMISKEY LOWNDS, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS, TX  75201
CERTIFIED MAIL / RR#7006 2760 0000 4269 1862

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** _____, hereby swear (or affirm) that the attached reproduction
<span style="font-size:smaller">Name of Custodian of Original Document</span>

of _letter to K. Mitchell / June 8, 2007_ is a true, correct, and complete
<span style="font-size:smaller">Description of Original Document</span>

photocopy of a document in my possession.

Certified Mail #
7006 2760 0000 4269 1831

_____
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
<span style="font-size:smaller">Address</span>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<span style="font-size:smaller">Date          Month</span>

**Dean Allen Steeves** ,
<span style="font-size:smaller">Name of Custodian of Original Document</span>

☐ personally known to me

☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
Signature of Notary Public

─────────────────── **OPTIONAL** ───────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

Case: 3:06cv293

Dean Allen Steeves

PO Box 45
Rancho Santa Fe, CA 92067

---------------------------------------------------------

You could have received this notice by email within minutes
of when it was filed. For more information and to obtain a copy
of the Consent Form, please review the Electronic Notice System
section of the court's website at:

http://www.txnd.uscourts.gov/pdf/ens_consent.pdf

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING, as Receiver<br>for Sardaukar Holdings, IBC and<br>Bradley C. Stark<br><br>        Plaintiff,<br><br>VS.<br><br>3-D MARKETING, LLC<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 3-06-CV-0293-L |

## **ORDER**

Dean Allen Steeves has filed a document entitled "Due Presentment Under Notary Seal."

Because this document is not a proper pleading and does not relate to any matter now pending before

the court, the document [Doc. #48] is stricken from the record of this case.  The district clerk is

directed to note on the docket that this document has been unfiled.

SO ORDERED.

DATED:  June 1, 2007.


JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** _____, hereby swear (or affirm) that the attached reproduction

of *USDC Order Dated 6/11/07* _____ is a true, correct, and complete
<span style="font-size:smaller">Name of Custodian of Original Document</span>      <span style="font-size:smaller">Description of Original Document</span>

photocopy of a document in my possession.

*Dean Allen Steeves* (signature)

<span style="font-size:smaller">Signature of Custodian of Original Document</span>

PO Box 45, Rancho Santa Fe, California

<span style="font-size:smaller">Address</span>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ____September____, 2007, by
<span style="font-size:smaller">Date</span>                                 <span style="font-size:smaller">Month</span>

**Dean Allen Steeves**,
<span style="font-size:smaller">Name of Custodian of Original Document</span>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
   to be one of the people who appeared before me.

_____
<span style="font-size:smaller">Signature of Notary Public</span>

─────────────── **OPTIONAL** ───────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy
Title or Type of Document:

Document Date: _____    Identifying No.: _____    No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on June 8, 2007, the undersigned Notary Public mailed to:

**KAREN MITCHELL, CLERK of the COURT**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**1100 COMMERCE – Rm. 1452**
**DALLAS, TX  75242**

hereinafter, "Recipient," the documents pertaining to a certain Account No. 3:06-CV-0293-L regarding Dean Allen Steeves on behalf of 3-D MARKETING LLC as follows:

1. **Letter** from Dean Allen Steeves in response to Court ORDER dated June 1, 2007 un-filing document [Doc. #48] entitled, "Due Presentment Under Notary Seal", sent to the CLERK of the COURT from Dean Allen Steeves on May 29, 2007

2. Court **ORDER** dated June 1, 2007 signed by MAGISTRATE JUDGE JEFF KAPLAN

3. reference copy **Notary's Certificate of Service** (signed original on file)

by CERTIFIED MAIL No. 7006 2760 0000 4269 1831 Return Receipt, attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____     _____June 8, 2007_____     (Seal)
NOTARY PUBLIC                                            DATE

My commission expires: October 11, 2008        (Stamp)



Vivian Del Nero, Notary Public
4111 Iowa Street #3
San Diego, CA  92104

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

}  ss.

I,  **Dean Allen Steeves** _____ , hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>
of  Notary Certificate of Service / Letter to _____ is a true, correct, and complete
<small>Description of Original Document</small>   R Mitchell  6/8/07
photocopy of a document in my possession.

_Dean Allen Steeve_
<small>Signature of Custodian of Original Document</small>

PO Box 45, Rancho Santa Fe, California
<small>Address</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ____20____ day of ____September____ , 2007, by
<small>Date</small>          <small>/ Month</small>
**Dean Allen Steeves**
<small>Name of Custodian of Original Document</small>

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

<small>Signature of Notary Public</small>

Place Notary Seal Above

-------------------- **OPTIONAL** --------------------

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# EVIDENCE OF SERVICE

True unaltered copy of receipt for   ☒ United States Certified Mail    ☒ Return Receipt Requested
    ☐ United States Express Mail    ☐ Postal Service receipt for currency

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br>■ Print your name and address on the reverse so that we can return the card to you. <br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Taylor_  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name) _Naylor_  C. Date of Delivery _6/2/07_ <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> KAREN MITCHELL, CLERK of the COURT <br> US DISTRICT COURT, NORTHERN DISTRICT <br> OF TEXAS, DALLAS DIVISION <br> 1100 COMMERCE – RM. 1452 <br> DALLAS, TX  75242 | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label)  7006 2760 0000 4269 1831 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, __Doreen Angelucci__ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA    )
                   ) ss.:
County of SAN DIEGO    )

Subscribed and sworn to (or affirmed) before me this __15th__ day of __June__,
20 __07__.

_Vivian Delnero_
Signature of Notary Public

My commission expires: __October 11__, 20 __08__

VIVIAN DEL NERO <br> COMM. #1519186 <br> NOTARY PUBLIC-CALIFORNIA <br> SAN DIEGO COUNTY <br> My Commission Expires <br> OCTOBER 11, 2008

# EVIDENCE OF SERVICE

True unaltered copy of receipt for
- ☒ United States Certified Mail
- ☐ United States Express Mail
- ☒ Return Receipt Requested
- ☐ Postal Service receipt for currency

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Mayr_   6-12-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:
MAGISTRATE JUDGE KAPLAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE - RM. 1452
DALLAS, TX  75242

3. Service Type
- ☒ Certified Mail    ☐ Express Mail
- ☐ Registered    ☒ Return Receipt for Merchandise
- ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0000 4269 1848

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Doreen Abelucci_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA        )
                                              ) ss.:
County of SAN DIEGO       )

Subscribed and sworn to (or affirmed) before me this _15th_ day of _June_,
20 _07_.

_Vivian Del Nero_
Signature of Notary Public

My commission expires: _October 11_, 20 _08_

VIVIAN DEL NERO
(Seal) COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008
CSC1  CSC1

# EVIDENCE OF SERVICE

True unaltered copy of receipt for
[X] United States Certified Mail          [X] Return Receipt Requested
[ ] United States Express Mail            [ ] Postal Service receipt for currency

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Paula_    [ ] Agent   [ ] Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Naylor_   6-13-07<br>D. Is delivery address different from item 1? [ ] Yes<br>If YES, enter delivery address below: [ ] No |
| 1. Article Addressed to:<br>SAM A. LINDSAY, US DISTRICT JUDGE<br>US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION<br>1100 COMMERCE - RM. 1452<br>DALLAS, TX 75242 | |
| | 3. Service Type<br>[X] Certified Mail   [ ] Express Mail<br>[ ] Registered   [X] Return Receipt for Merchandise<br>[ ] Insured Mail   [ ] C.O.D.<br>4. Restricted Delivery? (Extra Fee)   [ ] Yes |
| 2. Article Number (Transfer from service)   7006 2760 0000 4269 1855 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Doreen Angelucci_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA    )
                       ) ss.:
County of SAN DIEGO    )

Subscribed and sworn to (or affirmed) before me this _15th_ day of _June_ 20_07_.

_Vivian Del Nero_
Signature of Notary Public

My commission expires: _October 11_, 20_08_

CSC1   VIVIAN DEL NERO<br>COMM. #1519186<br>NOTARY PUBLIC-CALIFORNIA<br>SAN DIEGO COUNTY<br>My Commission Expires<br>OCTOBER 11, 2008   CSC1

# EVIDENCE OF SERVICE

True unaltered copy of receipt for    [X] United States Certified Mail    [X] Return Receipt Requested
                                       [ ] United States Express Mail    [ ] Postal Service receipt for currency

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL J. QUILLING
QUILLING SELANDER CUMMISKEY
LOWNDS, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  [ ] Agent  [ ] Addressee

B. Received by (Printed Name)    C. Date of Delivery

Stephanie Berrier

D. Is delivery address different from item 1? [ ] Yes
    If YES, enter delivery address below: [ ] No

3. Service Type
   [X] Certified Mail    [ ] Express Mail
   [ ] Registered    [X] Return Receipt for Merchandise
   [ ] Insured Mail    [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)    [ ] Yes

2. Article Number
(Transfer from service label)    7006 2760 0000 4269 1862

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _Doreen Angelucci_ hereby declare that this is a true and correct photocopy of the above original document in my possession.

_____
Signature of Custodian of Original Document

State of CALIFORNIA    )
                             ) ss.:
County of SAN DIEGO    )

Subscribed and sworn to (or affirmed) before me this _14th_ day of _June_ 20_07_.

_Vivian Del Nero_
Signature of Notary Public

My commission expires: _October 11_, 20_08_

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

# NOTICE OF LIABILITY

July 30, 2007

To:  Karen Mitchell d/b/a KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION 1100 COMMERCE – RM 1452

For:  Karen Mitchell d/b/a CLERK OF COURT
Sam A. Lindsay d/b/a SAM A. LINDSAY, US DISTRICT JUDGE
Michael J. Quilling d/b/a MICHAEL J. QUILLING, RECIEVER

Please be advised, I, Dean Allen Steeves, having bonded in subrogation my acceptance of Title to all commercial backing, proceeds, products, and underwriter policies of the offered Maritime Contract for Case Number:06-CV-0293-L hereby give Notice to close and terminate further action on this account.

The Certification from the Notary of your Non-Response and failure to close this account constituting evidence of your confirmation and admission of all values tendered, conversion, and your liability for all debt associated with this matter is tendered for collection to the **INTERNAL REVENUE SERVICE** with instructions and orders to quash all warrants or further process.  A copy of the Bill of Exchange No. 27073001 is enclosed for your records, and subject to subpoena.  Should there be any further trespass upon my property, it may become necessary to pursue action in Counterclaim, Bond hearing, or Libel in Review in the special Admiralty/Maritime jurisdiction.

The **INTERNAL REVENUE SERVICE** is directed and authorized to file all necessary tax forms related to this matter on behalf of the Creditor, Dean Allen Steeves.

Please notify your CFO that this may require an SEC Forensic Audit or investigation through the Data Integrity Board to account for the imbalance in your records.  I have enclosed a copy of the Suspicious Activity Report being prepared in the event this becomes necessary to file in addition to the 1096 and 1099 OID reports they may need to complete the filing to discover the delinquent taxpayers.

This Notice is your opportunity to limit your Liability.  Please notify your Underwriters or Bond holders of this Notice, which may be a condition of your policy.

As Clerk, you will need to provide copies to all parties listed above.

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe
California state Republic
non-domestic without the United States

July 30, 2007

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__, hereby swear (or affirm) that the attached reproduction
<div style="font-size:smaller">Name of Custodian of Original Document</div>
of _Notice of Liability_ is a true, correct, and complete
<div style="font-size:smaller">Description of Original Document</div>
photocopy of a document in my possession.

_Dean Allen Steeves_ (signature)
<div style="font-size:smaller">Signature of Custodian of Original Document</div>

PO Box 45, Rancho Santa Fe, California
<div style="font-size:smaller">Address</div>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<div style="font-size:smaller">Date                      Month</div>
__Dean Allen Steeves__
<div style="font-size:smaller">Name of Custodian of Original Document</div>
☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<div style="font-size:smaller">Signature of Notary Public</div>

─────────── *OPTIONAL* ───────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document: _____

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# Suspicious Activity Report

| | | |
|---|---|---|
| FRB: | FR 2230 | OMB No. 7100-0212 |
| FDIC: | 6710/06 | OMB No. 3064-0077 |
| OCC: | 8010-9,8010-1 | OMB No. 1557-0180 |
| OTS: | 1601 | OMB No. 1550-0003 |
| NCUA: | 2362 | OMB No. 3133-0094 |
| TREASURY: | TD F 90-22.47 | OMB No. 1506-0001 |

**1**

**ALWAYS COMPLETE ENTIRE REPORT**
**(see instructions)**

**Revised June 2000 (This revision supersedes all others)**

1  Check box below only if correcting a prior report.
☐ Corrects Prior Report (see instruction #3 under "How to Make a Report")

## Part I    Reporting Financial Institution Information

**2 Name of Financial Institution**
DEAN ALLEN STEEVES

**3 EIN**
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

**4 Address of Financial Institution**
P.O. BOX 45

**5 Primary Federal Regulator**
a ☒ Federal Reserve    d ☐ OCC

**6 City**
RANCHO SANTA FE

**7 State**
CA

**8 Zip Code**
9 2 | 0 | 0 | 6 | 7 | — | 0 | 0 | 4 | 5

b ☐ FDIC    e ☐ OTS

c ☐ NCUA

**9  Address of Branch Office(s) where activity occurred**    ☐ Multiple Branches (include information in narrative, Part V)
US DISTRICT COURT, NORTHERN DIST OF TEXAS, DALLAS DIV

**10 City** 1100 COMMERCE RM 1452
DALLAS

**11 State**
T | X

**12 Zip Code**
7 | 5 | 2 | 4 | 2 | — | | | |

**13 If institution closed, date closed**
_____ / _____ / _____
MM    DD    YYYY

**14 Account number(s) affected, if any**
a ~~530645277~~

**Closed?**
☐ Yes ☒ No

c _____
☐ Yes ☐ No

b _____
☐ Yes ☐ No

d _____
☐ Yes ☐ No

## Part II    Suspect Information    ☐ Suspect Information Unavailable

**15 Last Name or Name of Entity**
MITCHELL

**16 First Name**
KAREN

**17 Middle**

**18 Address**
1100 COMMERCE - RM 1452

**19 SSN, EIN or TIN**

**20 City**
DALLAS

**21 State**
T | X

**22 Zip Code**
7 | 5 | 2 | 4 | 2 | — | | | |

**23 Country**
UNITED STATES

**24 Phone Number - Residence** (include area code)
(    )

**25 Phone Number - Work** (include area code)
( 214 ) 753-2200

**26 Occupation/Type of Business**
CLERK of the COURT

**27 Date of Birth**
_____ / _____ / _____
MM    DD    YYYY

**28 Admission/Confession?**
a ☒ Yes    b ☐ No

**29 Forms of Identification for Suspect:**
a ☐ Driver's License/State ID    b ☐ Passport    c ☐ Alien Registration    d ☐ Other _____

Number _____    Issuing Authority _____

**30 Relationship to Financial Institution:**

a ☐ Accountant    d ☐ Attorney    g ☐ Customer    j ☐ Officer

b ☐ Agent    e ☐ Borrower    h ☐ Director    k ☐ Shareholder

c ☐ Appraiser    f ☐ Broker    i ☐ Employee    l ☒ Other  Fiduciary

**31 Is the relationship an insider relationship?**    a ☐ Yes    b ☒ No

If Yes specify:  c ☐ Still employed at financial institution    e ☐ Terminated

d ☐ Suspended    f ☐ Resigned

**32 Date of Suspension, Termination, Resignation**
_____ / _____ / _____
MM    DD    YYYY

**Part III** | **Suspicious Activity Information** | 2

**33** Date or date range of suspicious activity
From 05 / 31 / 2007   To 07 / 30 / 2007
   MM  DD   YYYY    MM  DD   YYYY

**34** Total dollar amount involved in known or suspicious activity
$            .00

**35** Summary characterization of suspicious activity:

a ☐ Bank Secrecy Act/Structuring/ Money Laundering
b ☐ Bribery/Gratuity
c ☐ Check Fraud
d ☐ Check Kiting
e ☐ Commercial Loan Fraud

f ☐ Computer Intrusion
g ☐ Consumer Loan Fraud
h ☐ Counterfeit Check
i ☐ Counterfeit Credit/Debit Card
j ☐ Counterfeit Instrument (other)
k ☐ Credit Card Fraud

l ☐ Debit Card Fraud
m ☐ Defalcation/Embezzlement
n ☐ False Statement
o ☐ Misuse of Position or Self Dealing
p ☐ Mortgage Loan Fraud
q ☐ Mysterious Disappearance
r ☐ Wire Transfer Fraud

s ☒ Other ___Conversion/RICO___
(type of activity)

**36** Amount of loss prior to recovery (if applicable)
$ 5 0 0 0 0 0 .00

**37** Dollar amount of recovery (if applicable)
$           .00

**38** Has the suspicious activity had a material impact on, or otherwise affected, the financial soundness of the institution?
a ☒ Yes    b ☐ No

**39** Has the institution's bonding company been notified?
a ☐ Yes    b ☐ No

**40** Has any law enforcement agency already been advised by telephone, written communication, or otherwise?

a ☐ DEA
b ☐ FBI
c ☐ IRS

d ☐ Postal Inspection
e ☐ Secret Service
f ☐ U.S. Customs

g ☐ Other Federal
h ☐ State
i ☐ Local

j ☐ Agency Name (for g, h or i) _____

**41** Name of person(s) contacted at Law Enforcement Agency

**42** Phone Number (include area code)
(   )

**43** Name of person(s) contacted at Law Enforcement Agency

**44** Phone Number (include area code)
(   )

**Part IV** | **Contact for Assistance**

**45** Last Name
STEEVES

**46** First Name
DEAN

**47** Middle
ALLEN

**48** Title/Occupation

**49** Phone Number (include area code)
( 858 ) 756-8463

**50** Date Prepared
07 / 30 / 2007
MM  DD  YYYY

**51** Agency (if not filed by financial institution)

## Part V    Suspicious Activity Information Explanation/Description    3

| | |
|---|---|
| **Explanation/description of known or suspected violation of law or suspicious activity.**<br><br>This section of the report is **critical**. The care with which it is written may make the difference in whether or not the described conduct and its possible criminal nature are clearly understood. Provide below a chronological and **complete** account of the possible violation of law, including what is unusual, irregular or suspicious about the transaction, using the following checklist as you prepare your account. **If necessary, continue the narrative on a duplicate of this page.**<br><br>a    **Describe** supporting documentation and retain for 5 years.<br>b    **Explain** who benefited, financially or otherwise, from the transaction, how much, and how.<br>c    **Retain** any confession, admission, or explanation of the transaction provided by the suspect and indicate to whom and when it was given.<br>d    **Retain** any confession, admission, or explanation of the transaction provided by any other person and indicate to whom and when it was given.<br>e    **Retain** any evidence of cover-up or evidence of an attempt to deceive federal or state examiners or others. | f    **Indicate** where the possible violation took place (e.g., main office, branch, other).<br>g    **Indicate** whether the possible violation is an isolated incident or relates to other transactions.<br>h    **Indicate** whether there is any related litigation; if so, specify.<br>i    **Recommend** any further investigation that might assist law enforcement authorities.<br>j    **Indicate** whether any information has been excluded from this report; if so, why?<br>k    If you are correcting a previously filed report, describe the changes that are being made.<br><br>For Bank Secrecy Act/Structuring/Money Laundering reports, include the following additional information:<br>l    **Indicate** whether currency and/or monetary instruments were involved. If so, provide the amount and/or description of the instrument (for example, bank draft, letter of credit, domestic or international money order, stocks, bonds, traveler's checks, wire transfers sent or received, cash, etc.).<br>m    **Indicate** any account number that may be involved or affected. |

- On or about May 29, 2007, demand deposit instrument No. 823071845 (Exhibit "A") dated May 29, 2007 was presented to Karen Mitchell, CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION under notary seal by notary public Vivian Del Nero as payment in full on account No. 3:06-CV-0293 with a letter of Fiduciary Instructions for processing the instrument annexed thereto (Exhibit "B"). The notary's Certificate of Service is annexed hereto as Exhibit "C."

- The funds in question were created and noted for the benefit of the United States Treasury through Henry M. Paulson, Jr. as holder of the securitization bond No. 328548170.

- On or about June 25th, 2007 notary public Vivian Del Nero certified the disappearance of the funds at: US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, 1100 COMMERCE – RM 1452, DALLAS, TX  75242 (Exhibit "D").

- On or about June 25th, 2007 notary public Vivian Del Nero certified that Karen Mitchell, CLERK of the COURT and Sam A. Lindsay, US DISTRICT JUDGE are holders in due course of the instrument and fully liable thereon with a reportable gain (Exhibit "D").

- On or about June 25th, 2007, notary public Vivian Del Nero certified Karen Mitchell and Sam A. Lindsay's stipulation to the value and validity of the instrument, acceptance of full liability on the instrument, and confession to a theft of public funds in the special maritime jurisdiction  (Exhibit "D").

- There is no evidence of a defect in the notary's certification annexed hereto as Exhibit "D."

- There is no evidence that the said confession to hoarding equity does not comprise Karen Mitchell and Sam A. Lindsay's confession to tortuous behavior and violations of public policy which destabilize the U.S. bankruptcy and commerce which serves as the foundation of commercial law and modern society.

Paperwork Reduction Act Notice: The purpose of this form is to provide an effective and consistent means for financial institutions to notify appropriate law enforcement agencies of known or suspected criminal conduct or suspicious activities that take place at or were perpetrated against financial institutions. This report is required by law, pursuant to authority contained in the following statutes. Board of Governors of the Federal Reserve System: 12 U.S.C. 324, 334, 611a, 1844(b) and (c), 3105(c) (2) and 3106(a). Federal Deposit Insurance Corporation: 12 U.S.C. 93a, 1818, 1881-84, 3401-22. Office of the Comptroller of the Currency: 12 U.S.C. 93a, 1818, 1881-84, 3401-22. Office of Thrift Supervision: 12 U.S.C. 1463 and 1464. National Credit Union Administration: 12 U.S.C. 1766(a), 1786(q). Financial Crimes Enforcement Network: 31 U.S.C. 5318(g). Information collected on this report is confidential (5 U.S.C. 552(b)(7) and 552a(k)(2), and 31 U.S.C. 5318(g)). The Federal financial institutions' regulatory agencies and the U.S. Departments of Justice and Treasury may use and share this information. Public reporting and recordkeeping burden for this information collection is estimated to average 30 minutes per response, and includes time to gather and maintain data in the required report, review the instructions, and complete the information collection. Send comments regarding this burden estimate, including suggestions for reducing the burden, to the Office of Management and Budget, Paperwork Reduction Project, Washington, DC 20503 and, depending on your primary Federal regulatory agency, to Secretary, Board of Governors of the Federal Reserve System, Washington, DC 20551; or Assistant Executive Secretary, Federal Deposit Insurance Corporation, Washington, DC 20429; or Legislative and Regulatory Analysis Division, Office of the Comptroller of the Currency, Washington, DC 20219; or Office of Thrift Supervision, Enforcement Office, Washington, DC 20552; or National Credit Union Administration, 1775 Duke Street, Alexandria, VA 22314; or Office of the Director, Financial Crimes Enforcement Network, Department of the Treasury, 2070 Chain Bridge Road, Vienna, VA 22182. The agencies may not conduct or sponsor, and an organization (or a person) is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

# BONDED PROMISSORY NOTE

(USPS CERTIFIED MAIL TRACKING No. 7005 1820 0005 3378 6331)

$5,000,000.

Five Million UNITED STATES DOLLARS

No. 823071845

**To the Order of:** HENRY M. PAULSON, JR. d/b/a SECRETARY of the UNITED STATES TREASURY, MICHAEL J. QUILLING d/b/a RECEIVER for SARDAUKAR HOLDINGS, IBC, SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT of TEXAS, DALLAS DIVISION and KAREN MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION and FIDUCIARY TRUSTEE on this *Bonded Promissory Note*

**In the Amount of:** Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.)

**For Credit to:** UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, Case 3:06-CV-0293-L SUMMARY JUDGMENT to the benefit of DEAN ALLEN STEEVES, 530645277

**Routing Through:** **Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.** (Securitization Bond) **PAULSON, JR.** (USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)

This negotiable Instrument, tendered lawfully by Dean Allen Steeves ("Maker") in good faith shall evidence as a Debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full Dollar for Dollar to the Credit order noted above and presented to the co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR., in the attached pre-addressed envelope by CERTIFIED MAIL, RR (certificate completed and supplied # 7006 2760 0000 4269 1824)

2. Payee shall, upon receipt of this Instrument, charge account for Case # 3:06-CV-0293-L via Pass-Through Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future liabilities express or implied attached or attributed to Case # 3:06-CV-0293-L

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of business on May 29, 2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven percent (7%) per annum; and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No. 328548170* (USPS CERTIFIED MAIL Tracking Number 7005 1820 0005 3378 6324) held and secured by HENRY M. PAULSON, JR. SECRETARY of the UNITED STATES TREASURY.

May 29, 2007
_____
Date

_____
Authorized Representative
(signed in red)

Dean Allen Steeves
c/o P.O. Box 43
Rancho Santa Fe, California state
non-domestic without US

MICHAEL J. QUILLING
QUILLING SELANDER
CUMMISKEY LOWNDS, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave NW
Washington, DC 20220

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX 75242

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED

PROTECTED

To:    KAREN MITCHELL
       CLERK of the COURT
       UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF TEXAS
       DALLAS DIVISION
       1100 COMMERCE - RM. 1452
       DALLAS, TX  75242

> NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES
> THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS,
> INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY,
> ALARM, DISTRESS OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED
> PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF
> ACHIEVING HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS
> STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A
> FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

From:  Dean Allen Steeves

**NOT FOR PUBLIC FILING**

Re:    Case/Account No. 3:06-CV-0293-L
       Appointment of FIDUCIARY Trustee for *Bonded Promissory Note No. 823071845*

CC:    HENRY M. PAULSON, JR.
       SECRETARY of the TREASURY
       UNITED STATES DEPARTMENT of the TREASURY

--- **FIDUCIARY INSTRUCTIONS** ---

The attached demand-deposit Instrument, *Bonded Promissory Note No.823071845,* is hereby presented under notary seal by pre-arrangement with the DEPARTMENT of the TREASURY. TREASURY SECRETARY HENRY M. PAULSON, JR is a co-payee on the note and holder of the securitization bond referenced thereon.

Please credit the above-referenced account Dollar for Dollar for the *full value* of the note and present it to Mr. Paulson no later than five (5) days after the date you receive it from the notary. A pre-addressed CERTIFIED MAIL/RR envelope with certificates completed and attached has been provided for your convenience (#7006 2760 0000 4269 1824).

**The Court is hereby authorized to utilize the revenue windfall to its benefit until maturity.** In consideration, you are expected to issue a settlement statement, warrant or other confirmation of closure of Case No. 3:06-CV-0293-L reflecting the posted credit. You may also debit any customary fees and mailing costs. Please allow sixty (60) days for final reconciliation however customary banking practices via your Treasury account can shorten the duration.

Your copy of IRS FORM 1040v has been attached to ensure Treasury can track the transaction. The payment instrument has been marked 7005 1820 0005 3378 6331 and will be monitored in real time to protect Mr. Paulson's interest. It is essential that you post the credit and make presentment to the Secretary, or return the instrument for cause with evidence of a substantive legal defect within three (3) days of receipt. "Internal regulations" and "business as usual" do not qualify as substantive legal defects.

**NOTICE:** Failure to post the credit or identify a defect will be certified by the notary as your stipulation to the value and validity of the instrument and confession of a theft of public funds when you defaulted on the opportunity to rebut. A return of the instrument without cause will be certified as a conversion of liability under public policy and your agreement to act as the Defendant's surety commercially and corporeally as the situation may require. In either case, the notary's administrative judgment will certify your confession of having failed to deposit funds with Treasury in a pending judicial case.[1]

Any such confession will be recorded and annexed to a petition for a hearing where you can show cause under penalty of perjury why you should not be compelled to pay for all liabilities formerly attributed to the Defendant and remanded for criminal investigation. In the event the petition is dishonored, the confession will be annexed to a criminal complaint to be presented to U.S. Attorney General's Office, and if necessary, directly to the grand jury pursuant to the Defendant's misprision of felony mandate. Interference with such prosecution would of course comprise tampering, concealing and influencing a court officer. The Criminal Investigation Division of IRS and the Solicitor General will be enlisted to seize the full amount of the funds from your bond on behalf of Treasury, the Alien Property Custodian, and the Office of Foreign Assets Control, and investigate whether the gain is being properly reported as personal property. The commercial process will be audited by Paul McNulty of the President's Corporate Fraud Task Force.

**IT IS IMPERATIVE THAT YOUR RECORDS ARE NOT ALTERED OR DESTROYED INCLUDING OFF-BALANCE SHEET ACCOUNTING REGARDLESS OF ORDERS FROM SUPERIORS WHO MAY NOT SHARE YOUR LIABILITY AND WANT OF IMMUNITY.** A subpoena will be issued for a certified accounting and you will be afforded the

---

[1] [For your ref. only: 28 U.S.C. 2041]

CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

opportunity under penalty of perjury to disqualify the setoff, identify the surety, and rebut the public record of personal liability and confession to high crimes. As I imagine you would welcome the opportunity to qualify your actions, a demand for a bill of particulars will be annexed to a complaint as a further courtesy. You may wish to consult private counsel before dishonoring the attached tender of payment.

As an alternative, you may confess to full compliance with Public Policy by forwarding an adjusted settlement statement reflecting the credit and an order terminating Case No. 3:06-CV-0293-L so it is received no later than ten (10) days from this postmark to:

<div style="text-align:center">

Dean Allen Steeves
in care of: Vivian Del Nero, Notary Public
4111 Iowa Street, #3
San Diego, CA 92104

</div>

Communication sent in any other manner will be defective on its face and ensure that the notary certifies the conversion.

This FIDUCIARY appointment is effective immediately and will continue through the term of the Note.

Thank you in advance for your kind cooperation.

May 29, 2007
Date

Dean Allen Steeves, Maker, Creditor (signed in red)
Void where prohibited by law.

cc.
HENRY M. PAULSON, JR., U.S. TRUSTEE
c/o U.S. DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20220

CERTIFIED MAIL/RR #7005 1820 0005 3378 6324

PAUL J. MC NULTY
DEPUTY ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL/RR #7007 0220 0004 0200 2866

PAUL D. CLEMENT
SOLICITOR GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL/RR#7007 0220 0004 0200 2859

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT of JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

CERTIFIED MAIL /RR#7007 0220 0004 0200 2842

CHIEF COUNSEL or NOMINEE
OFFICE of FOREIGN ASSETS CONTROL
U.S. DEPARTMENT of the TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

CERTIFIED MAIL/RR#7007 0220 0004 0200 2835

CERTIFIED MAIL / RR #7005 1820 0005 3378 6331

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on May 29, 2007, the undersigned Notary Public mailed to:

**KAREN MITCHELL, CLERK of the COURT**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**1100 COMMERCE – Rm. 1452**
**DALLAS, TX  75242**

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No. 3:06-CV-0293-L regarding Dean Allen Steeves on behalf of 3-D MARKETING LLC as follows:

1.  **Notary's Due Presentment Under Notary Seal** dated on or about May 29, 2007

2.  **Bonded Promissory Note No. 823071845** issued by Dean Allen Steeves

3.  **Fiduciary Instructions** issued by Dean Allen Steeves on or about May 29, 2007

4.  a copy of **IRS FORM 1040v** pursuant to the aforementioned note

5.  **Summary Judgment Case # 3:06-CV-0293-L originating with Recipient or agents thereof** noted accepted for value by Dean Allen Steeves

6.  a preaddressed envelope and CERTIFIED MAIL Forms 3800 and 3811 to HENRY M. PAULSON, Jr., SECRETARY of the TREASURY, U.S.P.S. No. 7006 2760 0000 4269 1824

7.  reference copy **Notary's Certificate of Service** (signed original on file)


by CERTIFIED MAIL No. 7005 1820 0005 3378 6331 Return Receipt, attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.


_____          May 29, 2007          (Seal)
NOTARY PUBLIC                            DATE

My commission expires: October 11, 2008          (Stamp)

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

Vivian Del Nero, Notary Public
4111 Iowa Street #3
San Diego, CA  92104


CERTIFIED MAIL/RR #7005 1820 0005 3378 6331

Exhibit "D"

## CERTIFICATE OF NON-PERFORMANCE / DISHONOR

STATE OF ___California___    COUNTY OF ___San Diego___    ss

| | |
|---|---|
| AMOUNT | $5,000,000.00 |
| INTEREST | |
| NOTICES | |
| POSTAGE | |
| PROTEST | |
| | |
| TOTAL* | $5,000,000.00 |

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at

the request of ___Dean Allen Steeves___    In care of ___4111, Iowa St., #3, San Diego, CA  92104___
          Creditor                                                        Address

did duly present on ___May 29, 2007___ the attached ___Bonded Promissory Note___ dated ___May 29, 2007___
                                                        823071845
KAREN MITCHELL, CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS,
to DALLAS DIVISION, 1100 COMMERCE – RM 1452, DALLAS, TX  75242

signed by ___Dean Allen Steeves___    requesting issue credit to account # 3:06-CV-0293-L
the time limit having elapsed for acceptance thereof and providing clarification of settlement and closure,
which was refused.

\* Unless entered, TOTAL is
defined as the value of the
referenced account.

**PROTEST**    Whereupon,    the    Notary    Public    signing    below,    for    the    reason
___dishonor by non-performance___, does publicly and solemnly certify the dishonor as against
all parties it may concern for liability equivalent to the face value of the instrument, and all costs, damages
and interest incurred, or hereafter incurred, by reason of nonperformance thereof and **stipulations therein**.

**NOTICE**    The undersigned Notary Public, certifies that on ___June 25, 2007___ Notice(s) of
Dishonor were sent to the parties noted below by depositing in a depository of the United States Postal
Service within the State indicated herein a sealed envelope containing said Notices(s) directed to the
respective persons at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| KAREN MITCHELL, CLERK of the COURT | US DISTRICT COURT |
| SAM A. LINDSAY, US DISTRICT JUDGE | NORTHERN DISTRICT OF TEXAS |
| | DALLAS DIVISION |
| | 1100 COMMERCE – RM. 1452 |
| | DALLAS, TX  75242 |
| | |
| MICHAEL J. QUILLING | QUILLING  SELANDER  CUMMISKEY, |
| | LOWNDS, P.C. |
| | 2001 BRYAN STREET, STE. 1800 |
| | DALLAS, TX  75201 |

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

_Vivian Del Nero_ Notary Public

My Commission Expires October 11, 2008

Date ___June 25, 2007___

VIVIAN DEL NERO
COMM. #1619139
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMMISSION EXPIRES
OCTOBER 11, 2008

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**    May 29, 2007

**Notice Presented Under Seal:**    BONDED PROMISSORY NOTE NO.  823071845
FIDUCIARY INSTRUCTIONS
IRS FORM 1040V

**Notary's Certification:**    The above-noted parties were presented notice under notary seal that certification of non-
performance within ten (10) days of postmark would comprise their confession to the absence
of a defect in the note, the value of the note, a theft of funds equal to the said value in the
special maritime jurisdiction, a reportable gain, and their status as holder(s) in due course and
liable party(ies) of record on the note by conversion, the time having elapsed for performance
thereof, which was refused.

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** _____, hereby swear (or affirm) that the attached reproduction
<span style="font-size:smaller">Name of Custodian of Original Document</span>

of _Suspicious Activity Report_ _____ is a true, correct, and complete
<span style="font-size:smaller">Description of Original Document</span>

photocopy of a document in my possession.

*Dean Allen Steeves*
<span style="font-size:smaller">Signature of Custodian of Original Document</span>

PO Box 45, Rancho Santa Fe, California
<span style="font-size:smaller">Address</span>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<span style="font-size:smaller">Date        Month</span>

**Dean Allen Steeves**
<span style="font-size:smaller">Name of Custodian of Original Document</span>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

*Signature of Notary Public*

Place Notary Seal Above

───────────────── *OPTIONAL* ─────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on July 30, 2007, the undersigned Notary Public mailed to:

**KAREN MITCHELL, CLERK of the COURT**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**1100 COMMERCE – Rm. 1452**
**DALLAS, TX 75242**

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No. 3:06-CV-0293-L regarding Dean Allen Steeves as follows:

1. **Notice of Liability**

2. copy of **International Bill of Exchange # 27073001** (36 Pages)

3. copy of **Suspicious Activity Report** (8 pages)

4. reference copy **Notary's Certificate of Service** (signed original on file)

by Federal Express 8620 6975 8512, attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          ___July 30, 2007___          (Seal)
NOTARY PUBLIC                                          DATE

My commission expires: October 11, 2008

```
VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008
CSC1
```

Vivian Del Nero, Notary Public
4111 Iowa Street #3
San Diego, CA 92104

Federal Express P1 8620 6975 8512

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__, hereby swear (or affirm) that the attached reproduction
of _Notary's Certificate of Service / Notice of Liability_ is a true, correct, and complete
photocopy of a document in my possession.

*Signature of Custodian of Original Document*

PO Box 45, Rancho Santa Fe, California
*Address*

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
**Dean Allen Steeves**
*Name of Custodian of Original Document*

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

*Signature of Notary Public*

Place Notary Seal Above

──── **OPTIONAL** ────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document Copy
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

### Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

# FedEx.

US Home                          Information Center | Customer Support | Site Map

Español                                              Search          [Go!]

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

(🖶) Printable Version    (?) Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 798230188501 | **Reference** | (PCS)NERO | **Wrong Address?** |
| **Signed for by** | T.DREW | **Destination** | DALLAS, TX | Reduce future mistakes by using |
| **Ship date** | Jul 30, 2007 | **Delivered to** | Receptionist/Front Desk | FedEx Address Checker. |
| **Delivery date** | Jul 31, 2007 9:28 AM | **Service type** | Priority Envelope | |
| | | **Weight** | 1.0 lbs. | **Tracking a FedEx SmartPost** |

**Tracking a FedEx SmartPost Shipment?**
Go to shipper login

**Status**            Delivered

**Signature image**   Yes
**available**

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 31, 2007** | 9:28 AM | **Delivered** | DALLAS, TX | |
| | 7:51 AM | On FedEx vehicle for delivery | DALLAS, TX | |
| | 6:35 AM | At local FedEx facility | DALLAS, TX | |
| | 4:33 AM | Departed FedEx location | MEMPHIS, TN | |
| | 4:33 AM | At dest sort facility | DALLAS, TX | |
| | 1:08 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Jul 30, 2007** | 8:00 PM | Left origin | CARLSBAD, CA | |
| | 6:25 PM | Package data transmitted to FedEx | | |
| | 4:32 PM | Picked up | CARLSBAD, CA | |

Take 15% off
list rates on eligible
FedEx Express®
online shipments.
Learn more >>

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: [                    ]        Your E-mail Address: [          ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

5,000,000.00 USD                                                                5,000,000.00 USD

Registered Number RR 221 825 030 US
# INTERNATIONAL BILL OF EXCHANGE
### Documentary Draft/Pay Order
UNDER THE UNCITRAL CONVENTION OF THE 8TH OF DECEMBER, 1988 A.D.
Cross Border Transaction

Date of Issuance: July 30, 2007          Routing Number POB-328548170          Item # 27073001

This Bill of Exchange under the UNCITRAL Convention on International Bills of Exchange and Promissory Notes of December 1, 1994, is Drawn at Rancho Santa Fe, California Republic, non-domestic without the United States.

| Drawer: | Drawee: | Drawee-Debtor Accounts: |
|---|---|---|
| Dean Allen Steeves | Henry H. Paulson, Jr., Trustee | SAM A. LINDSAY |
| c/o P.O. Box 45 | Secretary of Treasury | KAREN MITCHELL |
| Rancho Santa Fe, | United States Treasury | MICHAEL J. QUILLING |
| California state Republic | 1500 Pennsylvania Avenue, NW | UNITED STATES DISTRICT COURT: |
| Non-Domestic | Washington, DC 20220 | Case No./Account#:3:06-CV-0293-L |

**Payee:** Pay this International Bill of Exchange under the UNCITRAL Convention to the following Payee:
Pay To or To the order of: Mark W. Everson d/b/a MARK W. EVERSON, COMMISSIONER
**INTERNAL REVENUE SERVICE - DEPT OF TREASURY**
10th Street and Pennsylvania Avenue, NW  Washington, DC 20004
80% of Net balance to: IRS after all costs, fees, taxes, and settlement of all verified claims in Case No./Account# 3:06-CV-0293-L
10% of Net balance to: Valley Mission 1306 W Craig Road, Ste E # 154 North Las Vegas, Nevada 89032
Nevada Account No: 321270742 8045520627 International routing number wfbius6s
Domestic routing number 121000248  Non-Profit/Non-Commercial
10% of Net balance to: Bureau of Land Management Wild Burro and Mustang Fund Washington, D.C.

**Fiduciary/Collector:** This is a non-cash Credit item drawn in good faith for presentment to the Federal Window, within 3 days (72 hours) of receipt by Treasury, for collection to ledger against, and route through a pre-established **Set-Off/Offset Bond No. 328548170** held and secured by HENRY M. PAULSON, JR., Trustee, SECRETARY of the UNITED STATES TREASURY through **Indemnity Bond No. 071845823** Pass-Through Account DEAN ALLEN STEEVES 530645277.  The undersigned hereby accepts and takes for value all endorsements/considerations front and back and annexes them hereto in accord with U.C.C. 3-419 as evidence to U.C.C. Contract Account No. 530645277, in the amount listed above, and is part of the Undersigned's tax estimate for use by the Republic through payee accounts listed above, and the account is charged as listed above for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability in accord with HJR-192 of 5 June 1933) of the Undersigned's (preferred stock/unalienable) rights. Accepted and taken for Value the unqualified endorsement liability by Wells Fargo Bank Officer of Bill of Exchange Number **27062501** with Notarial Certificate of Non-Response for backing the Dishonor by the Debtors which serves to fund the involuntary bankruptcy liquidation and forfeiture of equity through Counterclaim/Bond in Admiralty/Maritime Law Merchant.  Drawee as trustee shall charge for Set-Off/Offset Bond for all fees, costs, taxes, verified claims in **USDC Case No. 3:06-CV-0293-L**, etc. and re-draft for Collection/Chargeback of Dishonor from Debtors accounts for recovery and Credit to Drawer for all expenditures.

**Internal Revenue Service Dept of Treasury** is hereby directed, appointed, authorized and assigned as the Fiduciary/Collector and to settle all Verified Claims against **Case No. 3:06-CV-0293-L**. **INTERNAL REVENUE SERVICE** shall keep 80% of Net Balance after all payments as its collection fee and Pay 10% to the Account listed above for Valley Mission, and Pay 10% to the Bureau of Land Management directed to their Wild Burro and Mustang Fund, within 30 days of receipt of this instrument or notify drawer of any delay, and shall prepare and file all required tax returns specific to this transaction and may settle any other taxes due from Creditor.  Collector shall immediately notify Drawer of any deficiencies in this Bill of Exchange and provide the remedies necessary to complete this transaction. Absent notification of any deficiency or error contained herein, shall be deemed admission of acceptance for processing with the secondary liability of Wells Fargo Bank on the unqualified endorsement of their Bank Officer as previous Bailee and Fiduciary/ Collector (See Public Law 88-243 §28:3-414(1),(2)1963, **Public Law 88-244** 1963). Wells Fargo Bank as Bailee and Fiduciary/Collector provided no notice of fault or deficiency with Bill of Exchange Number 27062501 on their return of the item herein accepted and taken for value.

Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, an accrual item, a US Bankruptcy proceeding remedy in accord with Congressional mandate, Public Policy, and Equal Protection of the Law.

US $5,500,000.00 (Five Million US Dollars 00/100)          **Memo:** AutoTRIS 530645277 / CUSIP 530645277 / SSN 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

By: _[signature] Dean Allen Steeves_

**Dean Allen Steeves, Secured Party, Creditor**
**Without Recourse**
Pass Through Account 530645277                                        **As Good as Aval**
UCC § 1-308  28 USC 1746(1)                               Routing Number **POB-328548170**

5,000,000.00 USD                        Void Where Prohibited by Law                    5,000,000.00 USD

WARNING THE RED 'PROTECTED' LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__, hereby swear (or affirm) that the attached reproduction
<span style="font-size:smaller">Name of Custodian of Original Document</span>

of __International Bill of Exchange 2707300/__ is a true, correct, and complete
<span style="font-size:smaller">Description of Original Document</span>

photocopy of a document in my possession.

_____
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
<span style="font-size:smaller">Address</span>

```
RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009
```

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
      Date                          Month

__Dean Allen Steeves__,
<span style="font-size:smaller">Name of Custodian of Original Document</span>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
Signature of Notary Public

———————————————— **OPTIONAL** ————————————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# WELLS FARGO HSBC
# TRADE BANK

9000 Flair Drive, 3rd Floor
El Monte, CA 91731

July 6, 2007

3D Marketing LLC
P.O.Box 45
Rancho Santa Fe, CA 92067

Dear Sirs,

Please be advised that we are not in the position to process the International Bill of Exchange along with all other presented documentation for $3,000,000.00 as we do not handle this related type of transaction.

Thank you,

**Accepted For Value**
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.
USPS Certified Mail Tracking No 7005 1820 0005 3378 6324)
July 30, 2007

Authorized By _Dean Allen Steeves_

**Dean Allen Steeves, Creditor**

Pia Corder
Vice President/Manager

WELLS FARGO

HSBC ◀X▶

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

}ss.

I, __Dean Allen Steeves__, hereby swear (or affirm) that the attached reproduction
<span style="font-size:smaller">Name of Custodian of Original Document</span>

of __Wells Fargo Letter        07/06/07__ is a true, correct, and complete
<span style="font-size:smaller">Description of Original Document</span>

photocopy of a document in my possession.

_Dean Allen Steeves_
<span style="font-size:smaller">Signature of Custodian of Original Document</span>

PO Box 45, Rancho Santa Fe, California
<span style="font-size:smaller">Address</span>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<span style="font-size:smaller">Date                              Month</span>

**Dean Allen Steeves**
<span style="font-size:smaller">Name of Custodian of Original Document</span>

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

<span style="font-size:smaller">Signature of Notary Public</span>

———————————— **OPTIONAL** ————————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy

Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)



DEPOSIT TICKET

94-7074/3212 1734
10102FC059

3DMARKETING LLC

DATE June 28, 2007

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
INCLUDE ADDING MACHINE TAPE LISTING.

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__, hereby swear (or affirm) that the attached reproduction
<div style="text-align:center">Name of Custodian of Original Document</div>
of __Deposit Ticket__ is a true, correct, and complete
<div style="text-align:center">Description of Original Document</div>
photocopy of a document in my possession.

_[signature]_
<div style="text-align:center">Signature of Custodian of Original Document</div>

PO Box 45, Rancho Santa Fe, California
<div style="text-align:center">Address</div>

**RICHARD W. FRY**
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
<div style="text-align:center">Date            Month</div>
**Dean Allen Steeves**,
<div style="text-align:center">Name of Custodian of Original Document</div>
☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_[signature]_
<div style="text-align:center">Signature of Notary Public</div>

Place Notary Seal Above

──────────── ***OPTIONAL*** ────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(c)(2)

5,000,000.00 USD                                        5,000,000.00 USD
**POB-328548170**
Routing Number

# INTERNATIONAL BILL OF EXCHANGE

UNDER THE UNCITRAL CONVENTION OF THE 8TH OF DECEMBER, 1988 A.D.

Cross Border Transaction

**AutoTRIS 530645277 / CUSIP 530645277 / SSN 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**

Date of Issuance: **June 25, 2007**                                    **Item # 27062501**

This Bill of Exchange under the UNCITRAL Convention on International Bills of Exchange and Promissory Notes of December 1, 1994 is Drawn at Rancho Santa Fe, California Republic, non-domestic without the United States.

**Drawer: Dean Allen Steeves**         **Drawee: Henry H. Paulson, Jr. Secretary of Treasury, Trustee**
    **c/o P.O. Box 45**                        **1500 Pennsylvania Avenue, NW**
    **Rancho Santa Fe,**                       **Washington, DC 20220**
    **California state Republic**        **Debtors: MICHAEL J. QUILLING**
                                      **SAM A. LINDSAY**
                                        **KAREN MITCHELL**

Pay this International Bill of Exchange under the UNCITRAL Convention to the following Payee, herein designated as **holding account in trust** for settlement, upon presentment to trustee, all verified claims for Case No. /Account#:3:06-CV-0293-L:

**3-D MARKETING LLC at WELLS FARGO BANK**
**6008 PASEO DELICIAS, RANCHO SANTA FE, CALIFORNIA 92067**
**International Routing Number WFBIUS6S ABA  Routing # 121000248  Account # 1010282059**

**Fiduciary/Collector:** This is a non-cash item drawn in good faith for presentment to the Federal Window for collection of, ledgered against, and routed through a pre-established Set-Off/Offset Bond No. 328548170 held and secured by HENRY M. PAULSON, JR., Trustee, SECRETARY of the UNITED STATES TREASURY through **Indemnity Bond No. 071845823** Pass-Through Account DEAN ALLEN STEEVES 530645277. Attached Notarial Certificate of Non-Response evidences backing for the Dishonor by the Debtors which serves to fund the involuntary bankruptcy liquidation and forfeiture of equity through Counterclaim/Bond in Admiralty/Maritime Law Merchant. Drawee as trustee shall charge OffSet Bond for all fees, costs, taxes, etc. and re-draft for Collection/Chargeback of Dishonor from Debtors account for recovery and Credit to Drawer for all expenditures.
**Collector/Financial Institution** is hereby authorized a collection fee of 10% of the face amount of this Bill of Exchange and may credit the account of the Payee the full amount of the face of this Bill of Exchange minus 10%. Process of Presentment to Treasury for Collection shall be made within 72 hours of deposit to the holding account listed above, and absent a Notice of Dishonor from Treasury, release of Credit to Payee within 21 days of deposit, unless Collector has alternative method for quicker adjustment. Collector shall immediately notify Drawer of any deficiencies in this Bill of Exchange and provide the remedies necessary to complete this transaction.
Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, an accrual item, a US Bankruptcy proceeding remedy in accord with Congressional mandate, Public Policy, and Equal Protection of the Law.

US $5,000,000.00 (Five Million US Dollars 00/100)

Memo: **deposit to account # 1010282059**

This International Bill of Exchange is issued under the UNCITRAL Convention on International Bills of Exchange and Promissory Notes of December 8th, 1988 and implemented in the UNITED STATES OF AMERICA on December 1, 1994.

By: _[signature]_

**Dean Allen Steeves, Secured Party, Creditor**
  **Without Recourse**
  **Pass Through Account 530645277**
  **UCC 3 F-308  28 USC 1746(1)**                              Routing Number
  **As Good as Aval**                                         **POB-328548170**

5,000,000.00 USD            Void Where Prohibited By Law            5,000,000.00 USD

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

Au 00682            Au 00682

— FoR Collection Only —
Pay to the order of
ANY Bank
all prior endorsements guaranteed    See Documentary items Attached
Rancho Santa fe office
Wells Fargo Bank N.A.
Rancho Santa fe, CA

Tina Garcia
(please see attached items)

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** _____ , hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>
of _International Bill of Exchange 2706 2501_ is a true, correct, and complete
<small>Description of Original Document</small>
photocopy of a document in my possession.

_Dean Allen Steeves_
<small>Signature of Custodian of Original Document</small>

PO Box 45, Rancho Santa Fe, California
<small>Address</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<small>Date        Month</small>
**Dean Allen Steeves**
<small>Name of Custodian of Original Document</small>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
  to be one of the People who appeared before me.

_____
<small>Signature of Notary Public</small>

————— *OPTIONAL* —————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

## CERTIFICATE OF NON-PERFORMANCE / DISHONOR

| | AMOUNT | $5,000,000.00 |
|---|---|---|
| | INTEREST | |
| | NOTICES | |
| | POSTAGE | |
| | PROTEST | |
| | TOTAL* | $5,000,000.00 |

STATE OF __California__    COUNTY OF __San Diego__    SS

**PRESENTMENT**  Be it known, that, the person signing below, a duly empowered Notary Public, at

the request of ___Dean Allen Steeves___    In care of __4111, Iowa St., #3, San Diego, CA  92104__
Creditor                                                    Address

did duly present on __May 29, 2007__  the attached __823071845__  Bonded Promissory Note
KAREN MITCHELL, CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS,    dated __May 29, 2007__
to __DALLAS DIVISION, 1100 COMMERCE – RM 1452, DALLAS, TX 75242__    For Value

signed by __Dean Allen Steeves__        Returned For Value Without Dishonor

the time limit having elapsed for acceptance, in re: case # 3:06-CV-0293-L
which was refused.

Dean Allen Steeves, Private Offset Account Number 530645277

**PROTEST**  Whereupon, the Notary By routing through and ledgering against
did dishonor by non-performance...

* Unless entered, TOTAL is
defined as the value of the
SECURED account.

**NOTICE**  The undersigned Notary Public, certifies that, on __June 25, 2007__ (USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
Dishonor were sent to the parties noted below by depositing in a depository of the United States Postal
Service within the State...

respective persons at the last known corresponding address noted below.  July 10, 2007

| NAME | ADDRESS |
|---|---|
| KAREN MITCHELL, CLERK of the COURT | US DISTRICT COURT |
| SAM A. LINDSAY, US DISTRICT JUDGE | NORTHERN DISTRICT OF TEXAS |
| | DALLAS DIVISION |
| | 1100 COMMERCE – RM. 1452 |
| | DALLAS, TX 75242 |
| MICHAEL J. QUILLING | QUILLING SELANDER CUMMISKEY, |
| | LOWNDS, P.C. |
| | 2001 BRYAN STREET, STE. 1800 |
| | DALLAS, TX 75201 |

Dean Allen Steeves

**TESTIMONY**  In testimony of the above, I have signed my name and attached my official seal

_Vivian Del Nero_ Notary Public

My Commission Expires October 11, 2008

Date __June 25, 2007__

VIVIAN DEL NERO
COMM. #1519186
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 11, 2008

*(Right margin, rotated text:)* I certify that this is a true correct copy of the original document in my possession.   Signature of Custodian of original document

---

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

Date of Presentment:  May 29, 2007

Notice Presented Under Seal:  BONDED PROMISSORY NOTE NO.  823071845
FIDUCIARY INSTRUCTIONS
IRS FORM 1040V

Notary's Certification:

The above-noted parties were presented notice under notary seal that certification of non-performance within ten (10) days of postmark would comprise their confession to the absence of a defect in the note, the value of the note, a theft of funds equal to the said value in the special maritime jurisdiction, a reportable gain, and their status as holder(s) in due course and liable party(ies) of record on the note by conversion, the time having elapsed for performance thereof, which was refused.

COPY COPY COPY COPY COPY COPY COPY COPY (watermark repeated across page)

# BONDED PROMISSORY NOTE

USPS CERTIFIED MAIL TRACKING No. 7005 1820 0005 3378 6331

$5,000,000.00                                                        No. 823071845

Five Million UNITED STATES DOLLARS

To the Order of: HENRY M. PAULSON, JR. as the SECRETARY of the UNITED STATES TREASURY,
MICHAEL J. QUILLING as RECEIVER for SARDAUKAR HOLDINGS, LLC, SAM
A. LINDSAY, UNITED STATES DISTRICT JUDGE, UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT of TEXAS, DALLAS DIVISION, and KAREN
MITCHELL, CLERK of the COURT, UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT of TEXAS, DALLAS DIVISION and FIDUCIARY

Remitted For Value Without Dishonor

TRUSTEE offset Bond Quilling through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277

In the Amount of:       Five Million 00/00 UNITED STATES DOLLARS ($5,000,000.00).
Private Offset Bond Number 328548170 held by

For Credit: HENRY M. PAULSON, JR. SECRETARY of the TREASURY

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT of TEXAS, DALLAS
DIVISION for Case 3:06-CV-0293-L NUMBER 0100000037 6324

for use by the listed accounts on Bill of Exchange No. 27073001 to the benefit of DEAN ALLEN

assigned for collection by INTERNAL REVENUE SERVICE for settlement of all verified claims

Routing Through:     Private Offset Bond No. 328548170 to SECRETARY of the TREASURY, HENRY M.
(Securitization Bond)   PAULSON, JR. (USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)

This negotiable Instrument, tendered lawful money by Dean Allen Steeves Maker in Good Faith shall evidence as
a Debt to the Payee, pursuant to the following terms:

                                                Dean Allen Steeves, Creditor

1. This Note shall be posted in full Dollar for Dollar pursuant to the Credit order noted above and presented to the
   co-payee, SECRETARY of the TREASURY HENRY M. PAULSON, JR. in the attached pre-addressed
   envelope by CERTIFIED MAIL JR. (certificates completed and supplied #7006 2760 0000 4269 1824).

2. Payee shall, upon receipt of this Instrument, charge account for Case 3:06-CV-0293-L via Pass-Through
   Account DEAN ALLEN STEEVES 530645277 for the purpose of terminating any past, present, or future
   liabilities express or implied attached or attributed to Case 3:06-CV-0293-L

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of business on May 29,
   2007 until close of business May 28, 2008, not to exceed three-hundred sixty-five (365) days, at an interest rate
   of seven percent (7%) per annum; and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be
   charged against Private Offset Bond No. 328548170 USPS CERTIFIED MAIL Tracking Number 7005 1820
   0005 3378 6324 held and secured by HENRY M. PAULSON, JR. SECRETARY of the UNITED STATES
   TREASURY

May 29, 2007                                            _Dean Allen Steeves_
Date                                                    Authorized Representative
                                                        (signed/inured)

---

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe, California state
non-domestic without US

MICHAEL J. QUILLING
QUILLING SELANDER
CUMMISKEY LOWNDS
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

HENRY M. PAULSON, JR.
US DEPARTMENT of the
TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

KAREN MITCHELL, CLERK of the COURT
US DISTRICT COURT, NORTHERN
DISTRICT of TEXAS, DALLAS DIVISION
1100 Commerce — Rm. 1452
Dallas, TX 75242

SAM A. LINDSAY, US DISTRICT JUDGE
US DISTRICT COURT, NORTHERN DIST
OF TEXAS, DALLAS DIVISION
1100 Commerce — Rm. 452
Dallas, TX 75242

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is denied; that all allowable and reasonable costs are taxed against 3-D Marketing, LLC; and that this action is **dismissed with prejudice**. The Receiver is entitled to recover reasonable attorney's fees.

Signed this 8th day of March, 2007.

**Accepted For Value**
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No. 7005 1820 0005 3378 6324)
for use by the Republic through the district account Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE and ledgering engine for settlement of all verified claims.
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT of TEXAS, DALLAS DIVISION
For further Credit to the Account of DEAN ALLEN STEEVES in No. 1280-274
**Authorized By**
**Dean Allen Steeves, Creditor**
Date May 29, 2007

Authorized By _____
**Dean Allen Steeves, Creditor**

**Accepted For Value**
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR.,  Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for **Credit to WELLS FARGO BANK**
**6008 PASEO DELICIAS, RANCHO SANTA FE, CA 92067**
**International Routing Number WFBIJS6S  ABA Routing #121000248  Account # 1010282059**
**In Trust for availability to settle all verified claims.**

**Date June 25, 2007**

Authorized By _____
**Dean Allen Steeves, Creditor (in red ink under seal)**

Judgment - Page 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER
FOR SARDAUKER HOLDINGS, IBC and
BRADLEY C. STARK,

        Plaintiff,

v.

3D MARKETING, LLC,

        Defendant.

§
§
§
§
§
§
§

Civil Action No. 3:06-CV-0293-L

**JUDGMENT**

This judgment is issued pursuant to the opinion and order, also dated February 28, 2007. Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling as Receiver for Sardauker Holdings, IBC and Bradley C. Stark against Defendant 3-D Marketing, LLC,* in the amount of $150,000; that a constructive trust is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Com. Code Ann. § 24.005 (Vernon 2002); that 3-D Marketing, LLC is to disgorge these funds and tender Receiver, within thirty (30) days of the entry of this Judgment; that prejudgment interest on the principal amount of $150,000 shall be allowed from the date or dates for which the losing received the transfer, to the date of this Judgment at the rate provided under applicable state law, and that postjudgment interest shall accrue on this Judgment at the applicable federal rate from the date of its entry until paid in full.    It is

_____

*Although in the caption of the case Defendant is listed as "3D Marketing, LLC," Defendant insists that its proper name is "3-D Marketing, LLC." As Plaintiff has no objection, in this Judgment the court intends that "3D Marketing, LLC" also includes "3-D Marketing, LLC."

Judgment - Page 1

---

*Overlaid stamps and handwritten annotations:*

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JKS DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No. 7005 1820 0005 3378 6324)
for use by the Republic through the ... Dollars and Exchange No. 27073001
assigned for collection by ADLSON, NR, t/a/b/a UNITED STATES DEPARTMENT of the TREASURY
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT
For Further Credit to the Account of DEAN ALLEN STEEVES ... No. 530645277

Authorized By _Dean Allen Steeves_
Dean Allen Steeves, Creditor

Authorized By _Dean Allen Steeves_
Dean Allen Steeves, Creditor

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledger against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JKS DEPARTMENT of the TREASURY
USPS Certified Mail Tracking No. 7005 1820 0005 3378 6324
for Credit to WELLS FARGO BANK
6008 PASEO DELICIAS, RANCHO SANTA FE, CA 92067
International Routing Number app. ... ABA Routing #121000248  Account # 1010282059
In Trust for availability to settle all verified judgments
Date June 25, 2007

Authorized By _Dean Allen Steeves_
Dean Allen Steeves, Creditor (in red ink under seal)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MICHAEL J. QUILLING, as Receiver §
for Sardaukar Holdings, IBC and §
Bradley C. Stark §
                                   §
            Plaintiff,             §
                                   §
VS.                                §   NO. 3-06-CV-0293-L
                                   §
3-D MARKETING, LLC                 §
                                   §
HENRY M. PAULSON, JR., Trustee, d/b/a §
                                   §
            Defendant.             §

## SHOW CAUSE ORDER

Michael J. Quilling (the "Receiver"), on behalf of Sardaukar Holdings, IBC and related entities, has filed an amended motion for a show cause order requiring Dean Allen Steeves, principal agent of 3-D Marketing, LLC, to appear in Court and explain why he should not be held in civil contempt for violating the Final Judgment entered in this case on March 8, 2007.[1] The judgment provides, in pertinent part:

> Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling, as Receiver for Sardaukar Holdings, IBC and Bradley C. Stark, against Defendant 3-D Marketing, LLC in the amount of $150,000; that a constructive trust is hereby imposed on the $150,000 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Comm. Code Ann. § 24.005 (Vernon 2002); that 3-D Marketing, LLC is to disgorge these funds to the Receiver within thirty (30) days of the entry of this Judgment . . .

Jmt., 3/8/07 at 1 (emphasis added). More than 30 days has passed since the disgorgement order was entered and 3-D Marketing, LLC has failed to pay the $150,000 to the Receiver.

---

[1] The Receiver's first motion for a show cause order was denied without prejudice because it failed to explain how Steeves, who is not a party to this case, can be held in civil contempt and incarcerated as the principal agent of 3-D Marketing, LLC. See Order, 5/11/07. The amended motion filed by the Receiver corrects this deficiency.

---

**[Overlaid stamp text:]**

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for Credit to WELLS SEABOO BANK
6008 PASEO DELICIAS RANCHO SANTA FE, CA 92067
International Routing Number 322271627 ABA Routing #021000248  Account # 1010282059
In Trust Offset all Billing, settle all liabilities and verified claims.
By routing through and ledgering against
Dean Allen Steeves, Private Offset Account Number 530645277
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
for use by the Republic through Dean Allen Steeves, Creditor Dated link tracking No.17073001
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.

July 30, 2007

Authorized By: [signature]

A show cause hearing is set for **July 13, 2007** at **9:00 a.m.** before U.S. Magistrate Judge Jeff

Kaplan, 1100 Commerce Street, 16th Floor, Dallas, Texas. Dean A. Steeves, as principal agent of

3-D Marketing, LLC, is ordered to attend this hearing *in person*, then and there to show cause why

he and his company should not be held in civil contempt for violating the disgorgement order

contained in the final judgment entered on March 8, 2007. A written response to the motion is

neither required nor desired. Steeves will be given an opportunity to present any evidence and

argument at the show cause hearing.

The district clerk shall serve a copy of this show cause order on counsel for 3-D Marketing,

LLC. In addition, the Receiver is directed to attempt personal service of this show cause order on

Dean A. Steeves, as principal agent of 3-D Marketing, whose last known address was filed with the

district clerk before any relief is granted.

SO ORDERED.

DATED: June 6, 2007.

Authorized By _____

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for Credit to WELLS FARGO BANK
0008 PASEO DELICADO, San Diego NonHome, SANTA FE, CA 92067
International Routing Number MR HB563 at Routing Number 091000019 case/file # Y0T0282059
In Trust for settling this billing and all other scheduled claims.
Dean Allen Steeves, Private Offset Account Number 530645277
By routing and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
Authorized Certified Mail Tracking No.7005 1820 0005 3378 6324
Dean Allen Steeves, Creditor (in red ink under seal)27073001
for use by the Republic through the United States Treasury and Federal Exchanger seal
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.
July 30, 2007

Dean Allen Steeves, Creditor

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__ , hereby swear (or affirm) that the attached reproduction
<sub>Name of Custodian of Original Document</sub>
of _Show Cause Order (6|6|07)_ is a true, correct, and complete
<sub>Description of Original Document</sub>
photocopy of a document in my possession.

_Dean Allen Steeves_
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
Date                              Month
__Dean Allen Steeves__
Name of Custodian of Original Document

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
Signature of Notary Public

Place Notary Seal Above

---

## OPTIONAL

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document: _____

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual  ☐ Attorney  ☐ Trustee  ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

---

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

dean

**From:**    Alerts@dnb.com
**Sent:**    Monday, June 11, 2007 4:18 PM
**To:**    DEAN@3D-MKTG.COM
**Subject:**    D&B REPORT ON US DISTRICT CLERKS OFFICE

Provided under contract for the exclusive use of subscriber: 295-312817
For: DEAN STEEVS, Phone: 888-Accepted For Value
                    **Returned For Value Without Dishonor**
                    Please Offset This Billing through the Account of
                    Dean Allen Steeves, Private Offset Account Number 530645277
                    By routing through and ledgering against
                    Private Offset Bond Number **328548170** held by
**D&B** HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
Decide with Confidence (USPS Certified Mail  **BUSINESS BACKGROUND REPORT**
                    for Credit to WELLS FARGO BANK
                    6008 PASEO DELICIAS, RANCHO SANTA FE, CA 92067

US DISTRICT CLERKS OFFICE OF NORTHERN TEXAS
International Routing Number and ABA Routing # 121000248 Account # 1010282059
DUNS: 11-031-4999                    Please Offset This Billing through the Account of
                    Dean Allen Steeves, Private Offset Account Number 530645277     **DATE PRINTED:** June 11, 2007
1100 COMMERCE ST RM 14 A20        By routing through and ledgering against
DALLAS, TX 75242                    Private Offset Bond Number 328548170 held by
Telephone: UNKNOWN        HENRY M. PAULSON, JR., Trustee, d/b/a US DEPARTMENT of the TREASURY.
                    Authorized (USPS Certified Mail Tracking No. 7005 1820 0005 3378 6924)
                    for use by the Republic. Dean Allen Steeves, Creditor for the discharge and   WORTH: UNDETERMINED
                    assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.
Top Executive: UNKNOWN                    July 30, 2007

D&B has not fully revised this report since 05/25-05 and this report,
therefore, should not be considered a statement of existing fact.  The
information pre Authorized By:  _____  mc   _____  after the last
full revision date.  Such information   Dean Allen Steeves, Creditor  elate to this
business due to possible changes in ownership, control, or legal status.

---

## INDUSTRY

Line of Business:  LEGAL SERVICES OFFICE

Primary SIC:

    8111    (LEGAL SERVICES OFFICE)

---

## SPECIAL EVENTS

08/27/06        Source(s) indicate the address shown above may no longer be used
            by this business. In some instances, the mailing and/or physical
            address on this report will be correct.

---

## BUSINESS HISTORY

05/25/05
        UNKNOWN

UNKNOWN.  Work history unknown.

## OPERATIONS

05/25/05      Provides legal services.
               EMPLOYEES:  UNDETERMINED.
               FACILITIES:  Occupies premises in building.

## CUSTOMER SERVICE

If you need any additional information or have any questions regarding this
report, please call our Customer Service Center at 1-800-234-DUNS(3867).

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for **Credit to WELLS FARGO BANK**
**6008 PASEO DELICIAS, RANCHO SANTA FE, CA 92067**
**International Routing Number MIB0066S, ABA Routing 091000248 Account # 1010282059**
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for use by the Republic through the Secretary of the Treasury

Copyright Dun and Bradstreet 2007

**Act Spec R-1 FG HQ NM**
**Return MIB0066S and Routing 091000248**
Please Offset This Billing through the Account of

Through June 25, 2007

Authorized By Dean Allen Steeves, Creditor (in red ink) Badge No. 07073001

assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.

July 30, 2007

Authorized By _Dean Allen Steeves_

**Dean Allen Steeves, Creditor**

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, **Dean Allen Steeves** _____, hereby swear (or affirm) that the attached reproduction

Name of Custodian of Original Document

of _D ~ B Report -- USDC_____ is a true, correct, and complete

Description of Original Document

photocopy of a document in my possession.

_Dean Allen Steeve_____

Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California

Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ____20____ day of ____September____, 2007, by

Date                              Month

**Dean Allen Steeves** ,

Name of Custodian of Original Document

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____

Signature of Notary Public

──────── **OPTIONAL** ────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

# PRIVATE OFFSET BOND

USPS CERTIFIED MAIL TRACKING NO. 7005 1820 0005 3378 6324

No. 428548170

Face Value $ 50,000,000.00 (Fifty Million UNITED STATES DOLLARS)

Date of Issuance: May 24, 2007
Date of Expiration: May 25, 2017

To: HENRY M. PAULSON JR — hereinafter "FIDUCIARY"
SECRETARY of the U.S. TREASURY
UNITED STATES DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

For: UNITED STATES DEPARTMENT of the TREASURY - Fifty percent (50%) of face value
- Dean Allen Steeves — Up to fifty percent (50%) of face value

For Offset Through: Private Discharging & Indemnity Bond No. 071845823
on file with DEPARTMENT of the TREASURY - USPS REGISTERED MAIL
Tracking No.: RE 150 696 207 US
- Dean Allen Steeves, Creditor - Private Offset Account No.: 530645277

*Know All Men by These Presents* - Whereas only FIAT MONEY / Accepted for Value exists in circulation for the discharge of Debt;

Whereas the undersigned Creditor / Debtor For Value / with public authority to discharge through this Private Offset Bond that one-half (fifty percent) of the above Offset Face Value of this Private Offset Bond shall be instantly ledgered by the FIDUCIARY to the benefit and use of the UNITED STATES DEPARTMENT of the TREASURY for a period of Ten (10) years through the Date of Expiration above-noted via Offset Account Number 530645277

By routing through and ledgering against...

Whereas the Creditor desiring to engage and maintain... Private Offset Bond...

BOND ORDER

1. The FIDUCIARY shall instantly ledger the sum certain of one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond to the benefit and use of the UNITED STATES DEPARTMENT of the TREASURY for a period of Ten (10) years from the Date of Issuance through the Date of Expiration of this Bond.

2. The FIDUCIARY shall ledger Dollar for Dollar against this Private Offset Bond by end of business on the day of presentment or the next business day if presentment is made on a non-business day, any and all liabilities whether attributed to, or on behalf of, the Creditor, the Creditor's Collateral or any other party for which Creditor makes this Private Offset Bond available by his Signature and/or Seal on the Instrument of obligation or otherwise gives notice to pay, satisfy or discharge the obligation regardless of the form of the Instrument of obligation, whether the Instrument of obligation is commercial, negotiable, non-negotiable, express or implied, through the Creditor's Private Offset Account, Pass-through Account 530645277, as authorized herein in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.

3. Upon presentment of such Instrument of obligation, the FIDUCIARY shall pay, discharge and satisfy the obligation in full Dollar for Dollar through the Creditor's Private Offset Account, Pass-through Account 530645277 in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond

Page 1 of 2

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED

PROTECTED

4. The FIDUCIARY shall have thirty (30) days from the Date of Delivery specified on UNITED STATES POSTAL SERVICE Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by UNITED STATES CERTIFIED MAIL at the mailing location identified hereunder. The FIDUCIARY'S failure to return the Bond as indicated will stipulate the FIDUCIARY'S acceptance and Honoring of this Instrument and all terms and provisions herein as an operation of LAW.

5. All communication shall be sent by UNITED STATES CERTIFIED MAIL to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept POST at the said Postal location only.

6. This Bond shall be ledgered as an asset to the benefit of the UNITED STATES DEPARTMENT of the TREASURY.

7. This Bond expires at 11:59:59 PM May 25, 2017.

Signed on this the Twenty-fourth day of the Fifth month in the Year Two Thousand and Seven.

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account
"Dean Allen Steeves" Private Offset Account number 530645277
By routing through and tendering against
Private Offset Bond Number **3285481?0** held in Pass-through Account 530645277

HENRY M. PAULSON, JR., Trustee, d/b/a US DEPARTMENT of the TREASURY non-domestic
(USPS Certified Mail Tracking No. 7005 1820 0003 5378 6325)
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE SERVICE for settlement of all verified claims.

*Dean Allen Steeves, Creditor (signed in red)*

July 30, 2007

Authorized By _____
Dean Allen Steeves, Creditor

WARNING: THE RED "PROTECTED" LOGO BELOW CONTAINS HEAT SENSITIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.

PROTECTED

No. 071845823

# PRIVATE DISCHARGING AND INDEMNITY BOND
## USPS REGISTERED MAIL TRACKING NO. RE 150 696 207 US

Face Value: **$ 300,000,000.00 Three Hundred Million U.S. DOLLARS**    Date of Issuance: May 17, 2007

To:    HENRY M. PAULSON, JR.      hereinafter "FIDUCIARY"     Date of Expiration: May 09, 2037
SECRETARY OF THE U.S. TREASURY
UNITED STATES DEPARTMENT of the TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

For:    Dean Allen Steeves

| | |
|---|---|
| DEAN ALLEN STEEVES//SS// [sic] | Account Holder |
| Sam A. Lindsay d/b/a United States District Judge, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Jeff Kaplan d/b/a United States Magistrate Judge, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Karen Mitchell d/b/a Clerk of the Court, U.S. District Court, Northern District of Texas, Dallas Div | Account Holder |
| Natalie Butler d/b/a US District Clerk, U.S. District Court for the Northern District of Texas, Dallas Div | Account Holder |
| Vila Fisher d/b/a/ CRD to Magistrate Judge for the Northern District of Texas, Dallas Div | Account Holder |
| United States District Court for the Northern District of Texas, Dallas Div and all subdivisions thereof | Account Holder |
| United States, United States of America and all subdivisions and agents thereof | Account Holder |
| State of Texas and all subdivisions and agents thereof | Account Holder |
| Michael J. Quilling, d/b/a Receiver for 3-D Marketing | Account Holder |
| Quilling Selander Cummiskey & Lownds, P.C. | Account Holder |
| Brent Rodine, Attorney Quilling Selander Cummiskey & Lownds | Account Holder |
| Thompson & Knight LLP | Account Holder |
| Stephen C. Schoettmer, Senior Partner, Thompson & Knight LLP | Account Holder |
| Sardaukar House, Inc. | Account Holder |
| | Account Holder |
| Linda Singer d/b/a Attorney General, District of Columbia | Account Holder |
| United States Attorney's Office for District of Columbia | Account Holder |
| Debra Bowen d/b/a California Secretary of State | Account Holder |
| United States Department of State and all subdivisions and agents thereof | Account Holder |
| Internal Revenue Service and all subdivisions and agents thereof | Account Holder |
| United States District Court for the Northern District of Texas | Account Holder |
| 3-D MARKETING LLC, Tax I.D. 11-3398566 | Account |
| 3-D MARKETING LLC, Wells Fargo Bank N.A., Account 1010282059 | Account |
| Internal Revenue Service Account No. 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 | Account |
| Social Security No. 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 | Account |
| | Account |
| | each severally |

*Accepted For Value*
*Returned For Value Without Dishonor*
*For: Billing through private accounts*
*Private Offset Account Number 530645277*

**By ARDINE AROHELA**

*Private Offset Bond Number 32884150 held by C. STARK*

TERRY Attorney Quilling Spencer Cummiskey U.S. 75201-4240
*U.S. DEPARTMENT of the TREASURY*
3300 Pacific Avenue, Ste. 1300, Dallas TX
*Tracking No. 7005 1820 0005 3378 6324*

Republic through the listed accounts on Bill of Exchange No. 2707300
*assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claim*
July 30, 2007

*Authorized By*
*Dean Allen Steeves, Creditor*
CV-0293-L

| By/On/Through: hereinafter "Creditors" | | | |
|---|---|---|---|
| Dean Allen Steeves | Principal | Private Offset Account No. 530645277 |
| Michael Wayne Mason | First Surety | Private Offset Account No. 545622444 |
| Kenneth Scott Cousens | Second Surety | Private Offset Account No. 567969958 |

*Know All Men by these Presents,* Whereas, only FIAT MONEY exists in circulation for the discharge of Debt:

Now, Therefore,, the undersigned Creditors being of sound Mind and Honorable Intentions, for the purposes of protecting Secured Interests, reserving Rights of Recourse, Remedy and Subrogation, and maintaining the Honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate Ourselves jointly and severally by this Instrument as voluntary Sureties for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, for any amount up to and including **Three Hundred Million UNITED STATES DOLLARS ($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of Contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby Honorably discharging and vacating Dollar for Dollar all such obligations until the sum or the term of this Bond is exhausted. The FIDUCIARY shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by CERTIFIED MAIL at the location below-noted. Failure to return will stipulate acceptance and Honor.

## BOND ORDER

1. The FIDUCIARY shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, Dollar for Dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

(see reverse side)

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations Dollar for Dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3. The FIDUCIARY shall have thirty (30) days from the Date of Delivery specified on UNITED STATES POSTAL SERVICE Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by UNITED STATES CERTIFIED MAIL at the mailing location identified hereunder. The FIDUCIARY'S failure to return the Bond as indicated will stipulate the FIDUCIARY'S acceptance and Honoring of this Instrument and all terms and provisions herein as an operation of Law.

4. All communication shall be sent by UNITED STATES CERTIFIED MAIL directly to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept POST at the said Postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the UNITED STATES DEPARTMENT of the TREASURY.

6. This Bond expires at 11:59:59 PM, May 09, 2037

Executed by the undersigned on this the Seventeenth day of the Fifth month in the Year of Two Thousand and Seven.

**Accepted For Value**

**Returned For Value Without Dishonor**

Please Offset This Billing through the Account of

Dean Allen Steeves, Private Offset Account Number 530645277

By routing through and ledgering against

Michael Wayne Mason/First Surety (Private Offset Bond collateral)
Private Offset Account No. 545622444
c/o 11063 Scenic Drive
Tujunga, California state
non-domestic without the United States

HENRY M. PAULSON, JR., Trustee of the U.S. DEPARTMENT of the TREASURY
c/o 848 North Rainbow Blvd., No. 45
Las Vegas, Nevada state
for use by the Republic through the hosted accounts and Bill of Exchange No. 300
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.

Dean Allen Steeves, Principal (signed in red)
c/o P.O. Box 45
Rancho Santa Fe, California state
non-domestic without the United States

USPS Certified Mail Track No. 7005 1820 0005 3378 6374

July 30, 2007

Authorized By _____

**Dean Allen Steeves, Creditor**

We, the undersigned Witnesses, do hereby solemnly attest to the authenticity of the foregoing Signatures and Seals on this the Seventeenth day of the Fifth month in the Year of Two Thousand and Seven.

_____    CLEMENTINA ANITA ESTRADA                Tujunga, California
Signature                    Print                                   Location

_____    ADREN ESTHER MO ARGENTA                 Tujunga, California
Signature                    Print                                   Location

LETTER OF INSTRUCTIONS
Under Contract Law


From:  Dean Allen Steeves                                    June 25, 2007
       c/o P.O. Box 45
       Rancho Santa Fe
       California state Republic
       non-domestic without the United States
       Tel:  858-756-8463

For:   Trustee for Account # 1010282059
       3-D MARKETING LLC at WELLS FARGO BANK
       6008 PASEO DELICIAS, RANCHO SANTA FE, CALIFORNIA 92067
       International Routing Number WFBIUS6S ABA Routing # 121000248

RE: Instructions for settlement of Case No. (Account # 3:06-CV-0289 )

Please find attached my International Bill of Exchange # 270825001 in the amount of
$5,000,000.00 US Dollars regarding the above referenced account. I have accepted for value the
Dishonor of the Fiduciaries on the tendered Item # 823071845 for settlement of all verified claims,
and I have attached as evidence the Notary Certificate of Non-Performance /Dishonor, with the
International Bill of Exchange for settlement of all verified claims through collection against the
OffSet Bond held by Henry H. Paulson, Jr., Secretary of Treasury/Trustee, for return of Credit
for deposit to the trust account listed above whereby all verified claims presented shall be
settled.   My instrument is not subject to negotiability, and a Collection Fee of 10% is
incorporated in the instructions on the face of the Instrument, for the services of the Financial
Institution providing collection.  The purpose and intent of this Instrument is to complete the
commercial transaction involved in settling verified claims of the Maritime Contract to which I
have accepted Title.

My acceptance is supported by the United States, as the United States is responsible under
reorganization for all debts both public and private. This is in accord with public policy and
House Joint Resolution 192 passed on June 5, 1933, which provides for the discharge of debts
dollar for dollar, and mandates that no creditor can require payment in any particular kind of coin
or currency.   The Instrument (BOE) issued for deposit and collection, operates as **functional
currency"** within the body of Law in the United States where the operational currency is liability,
that all values circulate through instruments that evidence liability, where liability is sold as an
asset purchased with instruments evidencing liability and ledgered as an asset in securitization
within the category of national currency without adding to the liability of the United States.
Issued under the authority of, and in accordance with, the official definition of the United States
Code, [legal tender], 31 USC 392, 31 USC 5103 and issued in accordance with 31 USC 3123,
HJR-192 and successor enactments, as "Public Policy", without expansion of credit, debt or
obligation upon THE UNITED STATES, for the discharge of "every obligation", "for all debts,
public charges, taxes and dues" "to THE UNITED STATES" and/or its sub-corporate chartered
entities as remedy for equity interest recovery upon "the full faith and credit of THE UNITED
STATES" for Obligation of THE UNITED STATES and sub-corporate chartered entities to the
discharge and recovery of the public debt, "dollar for dollar", to the Principals, Prime-Creditors,
and Holders in Equity over THE UNITED STATES as Sureties for its obligations, currency and
credit. [18 USC 8, 31 USC 5118, 12 USC 411, 12 USC Ch. 6, 38 Stat. 251 Sect 14(a), With

rights protected by equal protection of the Law, by the U.S. Supreme Court in United States v. Russell (13 Wall, 623, 627), Pearlman v. Reliance Ins. Co., 371 U.S. 132, 136, 137 (1962), The United States v. Hooe, 3 Cranch U.S. 73 (1805), and in conformity with the U.S. Supreme Court 79 U.S. 287 (1870), 172 U.S. 48 (1898), and as confirmed at 307 U.S. 247 (1939).] as Public Policy to satisfy equitable remedy.

These instructions are based on Regulation Z and Regulation J at 12 CFR Sec 210; Title 12 USC Sec 4001 (14); 12 CFR Sec 229.2 (u) Sub sec (1) (2) (3) and (4); 12 CFR 226.1 et.seq; portions of this State's commercial statutes, and HJR-192 and may be routed through Federal Reserve Banks.  Please note the enclosed item has not been preprinted or post-encoded in magnetic ink with the routing number of the paying bank. Special conditions require that the item be handled as a non-cash item. The attached charging instrument and these instructions must remain with the item throughout the collection process. A copy is provided for your financial institution.

Upon deposit to your Financial Institution.
   a. The Item Processor at your bank is to make the credit entry to your account, sign as Receiver/Bailee, and promptly send the original set of Instructions, International Bill of Exchange, and acceptance/charging instrument by registered mail (Return Receipt Requested) to;

      Henry H. Paulson Jr. Secretary of Treasury
      assigned for collection by: INTERNAL REVENUE SERVICE. for settlement of all verified claims.
      1500 Pennsylvania Avenue, NW, Washington, DC 20220

   b. Your bank can retain the copy of the International Bill of Exchange package for its records, and put a "hold" on the deposit into your account until the required period has passed for the Secretary of the Treasury to give written notice of dishonor.
   c. If your bank does not receive a notice of dishonor, credit the Secretary of the Treasury after 15 days plus mailing time, the full-face amount of the credit is approved, and your bank should remove the "hold" and make the funds available to you for settlement of all verified claims against Case No. /Account#:3:06-CV-0293-L .
   d. This is 21 days from the date your bank mailed the package to the Secretary or in the alternative whatever collection procedures the bank may make subject to the same time constraints. Written confirmation of settlement is hereby requested.

If the Secretary sends your bank a written notice of dishonor indicating some error or problem, please notify me immediately, and I will address the matter with the Secretary.

In the event you need additional information, please do not hesitate to contact me via the correspondence address or the telephone number provided above. Thank you for your prompt handling of this matter.

[This instrument makes no claims except such claims as supported by law.]

Regards,

by _Dean Allen Steeves_

**Dean Allen Steeves, Secured Party, Creditor**
**Without Recourse**
**Pass Through Account 530645277**
**UCC § 1-308**
**28 USC 1746(1)**

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction

of _Letter of Instructions ( BOE )_____ is a true, correct, and complete

*Description of Original Document*

photocopy of a document in my possession.

_Dean Allen Steeves_
*Signature of Custodian of Original Document*

PO Box 45, Rancho Santa Fe, California
*Address*

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ____20____ day of ____September____, 2007, by

__Dean Allen Steeves__
*Name of Custodian of Document*

☑ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
*Signature of Notary Public*

Place Notary Seal Above

---

## OPTIONAL

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document Copy
Title or Type of Document:

Document Date: _____  Identifying No.: _____  No. of Pages: _____

Signer(s) or Issuing Agency: _____

### Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4155 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

## DOCUMENT LISTING

1. International Bill of Exchange # 27062501

2. Copy of Notarial Certificate of Non-Performance / Dishonor and attachments:

   a. Copy of Bonded Promissory Note #823071845
   b. Judgment Accepted for Value
   c. Order Accepted for Value
   d. D&B Listing of Corporate Structure Accepted For Value

4. Copy of Private Offset Bond # 328548170

5. Copy of Private Discharging and Indemnity Bond # 071845823

6. Letter of Instructions

Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
by routing through and registering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Tracking No.7005 1820 0005 3378 6324)
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.

July 30, 2007

Authorized By _____

Dean Allen Steeves, Creditor

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
*Name of Custodian of Original Document*

of _BOE Document Listing_____ is a true, correct, and complete
*Description of Original Document*

photocopy of a document in my possession.

_Dean Allen Steeves_
*Signature of Custodian of Original Document*

PO Box 45, Rancho Santa Fe, California
*Address*

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
                *Date*                    *Month*
__Dean Allen Steeves__,
*Name of Custodian of Original Document*

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
*Signature of Notary Public*

———————————— **OPTIONAL** ————————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)