# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MICHAEL J. QUILLING, as Receiver
for Sardaukar Holdings, IBC and
Bradley C. Stark

§
§
§
§

Plaintiff,

VS.

Dean Allen Steeves, Private Offset Account Number 530645277

3-D MARKETING, LLC

HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY

Defendant

NO. 3-06-CV-0293-L

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number **328548170** held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(via Certified Mail Tracking No.7005 1820 0005 3378 6324)
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.
July 30, 2007

## ORDER

Authorized By _____
**Dean Allen Steeves, Creditor**

Michael J. Quilling, as Receiver for Sardaukar Holdings, IBC and related entities, has filed a motion to compel discovery and to impose sanctions upon Dean A. Steeves for failing to appear for a post-judgment deposition on June 20, 2007. By separate recommendation filed today, the magistrate judge has determined that Steeves should be held in civil contempt and incarcerated until such time as he complies with the judgment entered in this case. If Steeves complies with the judgment, there is no need to take his deposition. If Steeves does not comply with the judgment, the Receiver may depose him while he is in custody. In either case, an order compelling Steeves to appear for a deposition is unnecessary at this time.

Accordingly, the Receiver's motion to compel discovery and impose sanctions upon Dean A. Steeves [Doc. #59] is denied without prejudice.

SO ORDERED.

DATED: July 18, 2007.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
<sub>Name of Custodian of Original Document</sub>
of __USDC Order (7/18/07)_____ is a true, correct, and complete
<sub>Description of Original Document</sub>
photocopy of a document in my possession.

_Dean Allen Steeves_
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<sub>Date</sub>            <sub>Month</sub>
Dean Allen Steeves
<sub>Name of Custodian of Original Document</sub>
☐ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

Signature of Notary Public

——————— **OPTIONAL** ———————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document Copy
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

## Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: __._____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, as Receiver §
for Sardaukar Holdings, IBC and §
Bradley C. Stark §
§
Plaintiff, §
§
VS. § No. 3-06-CV-0293-L
§
3-D MARKETING, LLC, §
HENRY M. PAULSON, JR., Trustee, d/b/a §
Defendant §

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
U.S. DEPARTMENT of the TREASURY
(Certified Mail Tracking No.7005 1820 0005 3378 6324)
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for collection by INTERNAL REVENUE SERVICE. for settlement of all verified claims.
July 30, 2007
Authorized By
Dean Allen Steeves, authorized

**FINDINGS AND RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

Michael J. Quilling, as Receiver for Sardaukar Holdings, IBC and related entities, has filed an amended motion for a show cause order requiring Dean Allen Steeves, principal agent of 3-D Marketing, LLC ("3-D Marketing"), to appear in court and explain why he and his company should not be held in civil contempt for violating the final judgment entered in this case on March 8, 2007. For the reasons stated herein, 3-D Marketing and Steeves should be adjudged in civil contempt and Steeves should be incarcerated until such time as he and his company disgorge the sum of $150,000.00 to the Receiver as required by the judgment.

I.

This contempt proceeding arises out of a lawsuit brought by the Securities and Exchange Commission ("SEC") against various defendants and relief-defendants involving the sale of unregistered securities. *SEC v. Megafund Corp.*, No. 3-05-CV-1328-L ("the *Megafund* Litigation"). In that case, the SEC alleges that the defendants, including Sardaukar Holdings, IBC ("Sardaukar") and Bradley C. Stark ("Stark"), raised more than $13 million from unwitting investors by making

false representations about the expected rate of return on their investments and by promising that a portion of the profits generated from the sale of securities would be used to benefit charitable causes. On July 5, 2005, the court appointed Michael J. Quilling as the Receiver for all defendants in the *Megafund* Litigation. In that capacity, Quilling was authorized to:

> take[ ] exclusive jurisdiction and possession of the assets, monies, securities, claims in action, and properties, real and personal, tangible and intangible, of whatever kind and description, wherever situated, of [the named defendants and relief defendant] and any entities they control ("Receivership Assets") and the books and records of the Defendants and Relief Defendants ("Receivership Records").
>
> . . .
>
> The Receiver is hereby authorized to institute, defend, compromise or adjust such actions or proceedings in state or federal courts now pending and hereafter instituted, as may in his discretion be advisable or proper for the protection of Receivership Assets, or proceeds therefrom, and to institute, prosecute, compromise or adjust such actions or proceedings in state or federal court as may in his judgment be necessary or proper for the collection, preservation and maintenance of Receivership Assets.
>
> The Receiver is hereby authorized to institute such actions or proceedings to impose a constructive trust, obtain possession and/or recover judgment with respect to persons or entities who received assets or funds traceable to investor monies. All such actions shall be filed in this Court.

*Id.* at 5-6, ¶ I(12) & (13)).

On February 15, 2006, the Receiver filed suit in federal district court to recover two payments totaling $150,000.00 that were transferred to 3-D Marketing by Sardaukar. The Receiver alleged that the transfers were fraudulent as a matter of law because Sardaukar was operated as an illegal *Ponzi* scheme by Stark. 3-D Marketing denied that the payments were fraudulent transfers, characterizing one payment as a return on its initial $100,000.00 investment and the other payment as a "loan." On February 28, 2007, the court granted summary judgment in favor of the Receiver

on his fraudulent transfer claim. *Quilling v. 3-D Marketing, LLC*, No. 3-06-CV-0293-L, 2007 WL 1058217 (N.D. Tex. Feb. 8, 2007), *rec. adopted*, 2007 WL 631281 (N.D. Tex. Feb. 28, 2007). The final judgment entered on March 8, 2007 provides, in pertinent part:

> Accordingly, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Michael J. Quilling as Receiver for Sardaukar Holdings, IBC, and Bradley C. Stark, against Defendant 3-D Marketing in the amount of $150,000.00, that a constructive trust is hereby imposed on the $150,000.00 in funds which the court found were voidable transfers under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. and Comm. Code §§ 24.001 et seq. (Vernon 2002), that 3-D Marketing, LLC is to DISGORGE these funds to the Receiver within thirty (30) days of this judgment for use by the Republic through the listed accounts on Bill of Exchange No. 27073001 assigned to the . . . U.S. INTERNAL REVENUE SERVICE . . . for settlement of all verified claims.

After 3-D Marketing failed to disgorge the sum of $150,000.00 after 30 days, the Receiver sent a demand letter to the company, through its attorney, threatening to enforce the judgment by contempt. (Exh. 2). Counsel responded that 3-D Marketing did not have sufficient assets to comply with the judgment. (Exh. 3).[1] The Receiver then filed the instant motion seeking to hold 3-D Marketing and Steeves in civil contempt for violating the disgorgement order.

A contempt hearing was scheduled for July 13, 2007 at 9:00 a.m. By order dated June 6, 2007, Steeves was directed to attend this hearing in person, "then and there to show cause why he and his company should not be held in civil contempt for violating the disgorgement order contained in the final judgment entered on March 8, 2007." Order, 6/6/07. Steeves was personally served with this Show Cause Order, but failed to attend the hearing as required. (*See* Exh. 11).[2] The court therefore considers the contempt motion *in absentia*.

---

[1] Although counsel indicated that 3-D Marketing would be filing a Chapter 7 bankruptcy proceeding in the near future, no such action has been filed to date.

[2] Stephen C. Schoettmer, the attorney who represented 3-D Marketing until he was allowed to withdraw just prior to the show cause hearing, represented to the court that Steeves had actual notice of the hearing.

## II.

A person who fails to obey a lawful court order may be held in contempt. *Travelhost, Inc. v. Blandford*, 68 F.3d 958, 961 (5th Cir. 1995). In a civil contempt proceeding, the movant must establish that: (1) a court order was in effect; (2) the order required certain conduct by the respondent; and (3) the respondent failed to comply with the order. *See American Airlines, Inc. v. Allied Pilots Association*, 228 F.3d 574, 581 (5th Cir. 2000), *citing Martin v. Trinity Industries, Inc.*, 959 F.2d 45, 47 (5th Cir. 1992). The standard of proof is clear and convincing evidence. *Petroleos Mexicanos v. Crawford Enterprises, Inc.*, 826 F.2d 392, 401 (5th Cir. 1987). Once the movant establishes a *prima facie* case, the burden shifts to the respondent to prove a present inability to comply with the order. *Id.*; *see also McPhaul v. United States*, 364 U.S. 372, 379, 81 S.Ct. 138, 142, 5 L.Ed.2d 136 (1960).

The Fifth Circuit has made clear that a disgorgement order is enforceable by civil contempt. In *Pierce v. Vision Investments, Inc.*, 779 F.2d 302 (5th Cir. 1986), the court held that disgorgement payments are akin to "an injunction in the public interest," rather than "a mere money judgment or debt." *Id.* at 307; *see also SEC v. Blatt*, 583 F.2d 1325, 1335 (5th Cir. 1978) ("The purpose of disgorgement is not to compensate the victims of the fraud, but to deprive the wrongdoer of his ill-gotten gain."). Thus, enforcement of a disgorgement order through contempt sanctions, including incarceration, is permissible. *Vision Investments*, 779 F.2d at 307; *see also SEC v. AMX International, Inc.*, 7 F.3d 71, 75-76 & n.7 (5th Cir. 1993).

## III.

The court finds that Dean Allen Steeves is the principal agent of 3-D Marketing. Initially, Steeves attempted to represent the company in this litigation. Steeves is still listed on the 3-D Marketing website as the Vice President of Sales and offers statements on behalf of the company

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 480061527
Private Offset Bond Number XX-XXXX-XXX
By routing through and ledgering against
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(USPS Certified Mail Receipt No. 7005 1820 0003 3278 6324)
for use by the Republic through the listed accounts on Bill of Exchange No. 2707300J
assigned for collection Upon THE UNITED STATES POSTAL SERVICE, for settlement of all verified claims
July 30, 2007

Dean Allen Steeves, Creditor

through its press releases. An email link directs users of the 3-D Marketing website to dean@3D-mktg.com, the same address Steeves used in communicating with the Receiver and the court. (*See* Exh. 8 at ¶ 6). Finally, it was Steeves who terminated the services of Stephen C. Schoettmer, the former attorney for 3-D Marketing.

The court further finds by clear and convincing evidence that 3-D Marketing has failed to comply with the final judgment entered on March 8, 2007. As part of that judgment, the company was ordered to disgorge the sum of $50,000.00 to the Receiver within 30 days. More than four months have passed since the judgment was entered, but 3-D Marketing has not made the required payment. 3-D Marketing is therefore in contempt of the disgorgement order.

A more difficult question is whether the court can hold Steeves in contempt. Although this precise issue has not been addressed by the Fifth Circuit, other courts have upheld civil contempt sanctions against corporate officers, who were not parties to the underlying proceeding, for disobeying an order directed to their company. *See, e.g. Chicago Truck Drivers v. Brotherhood Labor Leasing*, 207 F.3d 500, 507 (8th Cir. 2000); *Central States, Southeast and Southwest Areas Pension Fund v. Wintz Properties, Inc.*, 155 F.3d 868, 876 (7th Cir. 1998); *United States v. Hochschild*, 977 F.2d 208, 209-11 (6th Cir. 1992), *cert. denied*, 113 S.Ct. 1017 (1993); *NLRB v. Sequoia District Council of Carpenters*, 568 F.2d 628, 633 (9th Cir. 1977). At least one judge in this district has held a corporate officer in civil contempt after his limited liability company failed to turn money over to a court-appointed receiver, noting that "[a] limited liability company and a corporation can act only through its agents." *SEC v. Funding Resource Group*, No. 3-98-CV-2689-X, or. at 3 (N.D. Tex. May 24, 1999), *appeal dism'd*, 227 F.3d 231 (5th Cir. 2000). The same result applies here. As the principal agent of 3-D Marketing, Steeves is ultimately responsible for ensuring that the company complies with its legal obligations. Steeves was given an opportunity to explain

Accepted For Value
Returned For Value Without Prejudice
Please Offset This Billing through the Account of
Dean Allen Steeves, For the Offset Account
By routing through and ledgering against
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
To Balance the Account Number 70053-329-0005-3378-6324)
for use by the Republic through the listed accounts on Bill of Exchange No. 27073001
assigned for DoM Marketing in the amount of all verified claims.
July 30, 2007

Authorized By
Dean Allen Steeves, Creditor

his conduct, but he did not appear at the show cause hearing. The court therefore determines that Steeves should be adjudged in civil contempt and incarcerated until he and his company comply with the disgorgement order.

## **RECOMMENDATION**

The Receiver's amended motion for a show cause order [Doc. #50] should be granted. 3-D Marketing, LLC and its principal agent, Dean Allen Steeves, should be adjudged in civil contempt for failing to comply with the final judgment entered on March 19, 2007, requiring the company to disgorge the sum of $150,000.00 to the Receiver within 10 days. Steeves should be taken into custody immediately and incarcerated until such time as he and 3-D Marketing comply with the disgorgement order.

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party may file written objections to the recommendation within 10 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The failure to file written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

DATED:  July 18, 2007.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>
of _USDC Findings + Recommendation (7/18/07)_ is a true, correct, and complete
<small>Description of Original Document</small>
photocopy of a document in my possession.

_Dean Allen Steeves_ (signature)
<small>Signature of Custodian of Original Document</small>

PO Box 45, Rancho Santa Fe, California
<small>Address</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ____September____ 2007, by
<small>Date</small> <small>Month</small>

**Dean Allen Steeves**_____,
<small>Name of Custodian of Original Document</small>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<small>Signature of Notary Public</small>

<small>Place Notary Seal Above</small>

———————————— **OPTIONAL** ————————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

**Right Thumbprint Of Custodian**

Top of thumb here

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

**Accepted For Value**
**Returned For Value Without Dishonor**
Please Offset This Billing through the Account of
Dean Allen Steeves Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548170 held by
HENRY M. PAULSON, JR., Trustee, d/b/a U.S. DEPARTMENT of the TREASURY
(US) Certified Mail Tracking No.7005 1820 0005 3378 6324)
for use by the public through the listed accounts on Bill of Exchange No. 27073001
assigned for collection to the INTERNAL REVENUE SERVICE. for settlement of all verified claims.
July 30, 2007

Authorized by

**Dean Allen Steeves, Creditor**

CERTIFIED MAIL

7007 0710 0000

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE – ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

3DMarketingLLC
c/o Dean Allen Steeves – General Manager
PO Box 45
Rancho Santa Fe, CA 92067

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
of __Envelope - Accepted for value__ is a true, correct, and complete
photocopy of a document in my possession.

_Signature Custodian of Original Document_

PO Box 45, Rancho Santa Fe, California
_Address_

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
_Date_ _Month_
__Dean Allen Steeves_____
_Name of Custodian of Original Document_

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_Signature of Notary Public_

────────────────── *OPTIONAL* ──────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could*
*prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

Fed Ex # 8620 6975 8497

August 1, 2007

Magistrate Judge Kaplan
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 Commerce – Rm. 1452
Dallas, TX  75242

Magistrate Judge Kaplan,

Upon review of the matter concerning Civil Case Number 3:06- CV-0293-L it is not my intent to be in contempt of this Court, and I apologize for any misunderstanding.  It appears the case, as it relates to me, is closed by operation of law, due to the dishonor of my bonded instrument tendered privately for settlement.  It appears the Bonds held by Treasury; operate as a counterclaim for the dishonor, in subrogation.  It appears all further proceedings in this case, as it relates to me are terminated.

Previous to my Bankers Acceptance of this case, and my private tendered settlement for all verified claims, I had notified the Attorney for the LLC of the fraud and misrepresentation of material facts as they relate to me.  It appears there is plain error with issues of material fact that have been misrepresented.  It is clear there is major confusion in the fact that 3-D Marketing LLC a Nevada corporation, which has been out of business since June 30th 2006, is not and has never been "my" company.  Camp Noble Inc. dba 3D Marketing a California corporation is a distinct and separate corporation comprised of totally different principals unrelated to 3-D Marketing LLC, except for the fact that I, Dean Allen Steeves, have been associated with both in different capacities.  After reading the Recommendation and Findings of Fact, the names are used interchangeably and are falsely represented.  It is clear damage may occur unless this plain error is not corrected.

The Notary's certified Non-performance of the Fiduciary in this instant case admits there is no deficiency in the tendered settlement.  Failure of the Fiduciary to process the tendered settlement does not constitute failure on my part.  Absent notice or evidence of a deficiency in form or procedure of my commercial process, I believe my remedy complies with Public Policy of HJR 192 June 5th 1933 under provisions of the U.S. Bankruptcy and the Emergency Bank Act.

Having bonded all parties under subrogation, and tendered liquidation to Treasury through the INTERNAL REVENUE SERVICE as collectors, I have performed all commercial procedures required to settle this matter and am unaware of any further obligations or remedies.

If this is not true, and my conclusions are in error, please notify me immediately, and I will make the necessary corrections.

Dean Allen Steeves
c/o P.O. Box 45
Rancho Santa Fe, CA [92067]


cc: Karen Mitchell, Clerk of the Court

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__ , hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>
of _Letter to Magistrate Judge Kaplan (8/1/07)_ is a true, correct, and complete
<small>Description of Original Document</small>
photocopy of a document in my possession.

_[signature]_
<small>Signature of Custodian of Original Document</small>

PO Box 45, Rancho Santa Fe, California
<small>Address</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ____September____, 2007, by
<small>Date                    Month</small>
__Dean Allen Steeves__ ,
<small>Name of Custodian of Original Document</small>
☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_[signature]_
<small>Signature of Notary Public</small>

Place Notary Seal Above

───────── **OPTIONAL** ─────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

**Right Thumbprint Of Custodian**

Top of thumb here

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, as Receiver     §
for Sardaukar Holdings, IBC and     §
Bradley C. Stark,     §
    §
         Plaintiff,     §
    §
v.     §     Civil Action No. **3:06-CV-0293-L**
    §
**3-D MARKETING, LLC,**     §
         Defendant.

**ORDER OF CONTEMPT**

Before the court is the Receiver's Motion for Show Cause Order, filed June 6,
2007. United States Magistrate Judge Jeff Kaplan entered his findings and recommendation on the
motion on July 18, 2007. The magistrate judge recommended the court grant the motion, adjudge
Dean Allen Steeves and 3-D Marketing, LLC in civil contempt, and incarcerate Steeves until he and
3-D Marketing disgorge the sum of $150,000 to the Receiver as required by the Judgment in this
case.

On March 8, 2007, the court entered Judgment in favor of the Receiver against 3-D
Marketing in the amount of $150,000 and ordered that 3-D Marketing disgorge those funds to the
Receiver within thirty days. When 3-D Marketing failed to disgorge the funds, the Receiver moved
for a show cause order. The magistrate judge held two show cause hearings in this case. At the first
hearing, on May 11, 2007, counsel for 3-D Marketing appeared but Steeves failed to appear as
required. Counsel for 3-D Marketing did file a pleading stating that Steeves could not travel from
California to Dallas for the hearing due to a back injury, but no evidence substantiating his injury

**Order of Contempt – Page 1**

was ever filed with the court. Subsequently, the Receiver filed the amended motion now before the court seeking a hearing requiring 3-D Marketing and Steeves to show cause why the company, through Steeves, its principal agent, should not be held in civil contempt for violating the court's disgorgement order and judgment. A show cause hearing was scheduled for July 13, 2007 and the court issued an order requiring Steeves to attend the hearing in person. Steeves was personally served with the court's order requiring his attendance at the hearing. Steeves failed to appear at the July 13, 2007 show cause hearing, and the magistrate judge subsequently recommended that 3-D Marketing and Steeves be held in civil contempt.

Neither 3-D Marketing nor Steeves filed objections to the magistrate judge's finding and recommendation. Steeves did serve and file documents with the clerk of the court arguing that this case had been closed. He also filed a document entitled "Notice of Liability," which was unfiled by the court. Steeves has repeatedly argued that the case is closed due to various documents he has filed with the court, many of which were unfiled as improper pleadings or as matters unrelated to the pending case.

The court has reviewed the magistrate judge's findings and recommendation, the record, and applicable law, and finds that the magistrate judge's findings are correct and are therefore **accepted** as those of the court. Accordingly, the court **grants** the Receiver's Amended Motion for Show Cause Order and **adjudges** 3-D Marketing, LLC and its principal agent, Dean Allen Steeves, in civil contempt of this court for failing to comply with the Judgment entered on March 8, 2007 requiring the company to disgorge the sum of $150,000 to the Receiver within 30 days.

**In light of its finding of contempt, the court orders and directs the United States Marshal to take Dean Allen Steeves into custody and hold him at the nearest detention facility**

**Order of Contempt – Page 2**

to the Dallas Division of the United States District Court for the Northern District of Texas.

Dean Allen Steeves shall be held at such facility until such time as he and 3-D Marketing turn

over the sum of $150,000 to the Receiver.  3-D Marketing and Steeves may purge themselves

of contempt by complying with the court's March 8, 2007 Judgment.

      The clerk of the court is **directed** to mail a copy of this order to Dean Allen Steeves at his

last known address by priority mail, and by certified mail, return receipt requested.  The clerk of the

court is also **directed** to note on the docket the address to which notification was mailed.

      **It is so ordered this 20th day of September, 2007.**

Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548178 held by
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3316 6324)
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES 530645277

*United States District Judge*

Date September 20, 2007

Authorized By _____
Dean Allen Steeves, Creditor

**Order of Contempt – Page 3**

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

}  ss.

I, __Dean Allen Steeves__ , hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>

of _Order of Contempt - Sept 30, 2007_ is a true, correct, and complete
<small>Description of Original Document</small>

photocopy of a document in my possession.

_Dean Allen Steeve_
<small>Signature of Custodian of Original Document</small>

PO Box 45, Rancho Santa Fe, California
<small>Address</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of _____September_____, 2007, by
<small>Date                    Month</small>

__Dean Allen Steeves__ ,
<small>Name of Custodian of Original Document</small>

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

<small>Signature of Notary Public</small>

———————— **OPTIONAL** ————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4155 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

Dean-Allen: Steeves, Affiant                        2nd of November 2007
c/o  Richard W. Fry, Notary Acceptor
     4153 Bryan Street
     Oceanside, California state

To:    Northern District of Texas
       TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
       Federal Building
       1100 Commerce St. Rm 16F47
       Dallas, Texas
       **U.S. Marshal Randy Paul Ely**

       Southern District of California (S/CA)
       TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
       **U.S. Marshal: Steven C. Stafford (Acting)**
       **all successors, predecessors, assigns, agents, and future Office holders**
       U.S. Courthouse
       940 Front Street, Room LL B-71
       San Diego, CA 92189


                   **NOTICE TO PRINCIPLE IS NOTICE TO AGENT**
                   **NOTICE TO AGENT IS NOTICE TO PRINCIPLE**


---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**
THIS LETTER AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE STATED INTENTIONS TO ACHIEVE HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

---


                   # Attn: Randy Paul Ely

**NOTICE OF LIABILITY**
**AND**
**OPPORTUNITY TO LIMIT YOUR EXPOSURE**

This letter comprises lawful notification, notwithstanding recommendations of your supervisors and counsel who may lack personal accountability. For your own protection you must respond in writing, with particularity, via Certified Mail, within 10 days, to each representation herein which you oppose pursuant to the federal Constitution and Bill of Rights,[1] and The Bill of Rights of the California [2]Constitution, and pursuant to your oath.

Your failure to respond within 10 days, as stipulated, and rebut everything in this letter with which you disagree, with particularity and specificity, under penalty of perjury, and with Constitutionally compliant fact, evidence, and law, is your lawful, legal, and binding agreement with, and admission to, the fact that everything in this letter is true, correct, legal, lawful, and binding upon you, in any court, anywhere in America[3], without your protest or objection or that of those who may represent you. Your silence is your agreement.[4]

You may agree and admit to all statements and claims made by Affiants by TACIT PROCURATION, by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE:** In the event you admit the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS, and COLLATERAL ESTOPPEL. You may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. (Georgia v. South Carolina, 497 U.S. 376 (1990); Babcock v. Babcock, 63 Cal.App.2d 549, 152 P.2d 530, 532 (1944).)

Upon review of my private commercial affairs, it appears you and your office may be involved, in concert with others, in an attempt to convert and process my commercial [5]property, specifically, an order from the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION referencing Case Number **3:06-CV-0293-L**. This is a civil and commercial matter to which Title is

---

[1] In particular the First, Fourth, Fifth, Sixth, Seventh, Ninth and Tenth Amendments, *Constitution for the united States of America*

[2] In particular, Sections 1, 2, 3, 8, 9 and 18

[3] Notification of legal responsibility is "the first essential of due process of law" *Connally v. General Construction Co.,* 269 U.S. 385,391 (1926).

[4] "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." *U.S. v. Tweel*, 550 F.2d.297 (1977).

[5] This information is available on the court PACER information web site. To avoid liability, you have a duty to confirm and verify the facts in the record.

accepted and owned by me. Settlement was tendered to the Fiduciaries of the Court and dishonored. This caused a discharge (UCC 3606) in Public Policy under the Reorganization [of Debt] Plan pursuant to the Bankruptcy of the United States within the construct of the "provisional government" to administer the Banking Emergency Act of 1933 codified at USC Title 50. This matter has been removed to the Secretary of Treasury, Henry M. Paulson Jr. for closure and settlement of all verified claims.

Three of your associate agents converged upon a private location in San Diego county purporting to claim an interest in this matter. The three agents did not provide a certified copy of the "Warrant" they were purporting to execute so, as of this moment, there is no evidence of any additional claim(s) in this matter.

**NOTICE**:  If you have a bona fide and verified claim, please provide a certified copy to the Notary listed above, so I may provide the appropriate settlement. Failure to provide a certified copy for settlement within 10 days of your receipt of this Notice, shall be your tacit agreement that you have no verified claim and further action on your part shall be your tacit agreement that you are in fact a trespasser upon the property, and subject to a claim of injury and damages in the amount of $75,000.00 per day for every day you continue your attempts to process or access my account, or for any physical restraint upon my being, body, or freedoms. **THIS IS LAWFUL AND CONSTRUCTIVE NOTICE TO CEASE AND DESIST.**

This may be a violation of the False Claims act. You may wish to review the record on the Emergency Banking Act of 1933, the Bankruptcy of the United States, and the "supplanting of Currency" with Federal Reserve Notes as securities and obligations of the United States (see Title 18 Section 8 Notes). Diction in the Complaint/Petition filed in the U.S. Court of Claims, Docket No. 41-76, on February 11, 1976, by 44 Federal Judges [Atkins et al. vs. U.S.] and Senate Report 93-549, pgs. 187 & 594 under the "Trading With The Enemy Act" [Sixty-Fifth Congress, Sess. I, Chs. 105, 106, October 6, 1917], and as codified at 12 U.S.C.A. 95a provides substantial information on the breach of Separation of Powers through the Bank Holiday of 1933 and the Trading with the Enemy Act along with subsequent Acts of Congress, whereby the Liability for the Debt of the Federal Reserve a Private Corporation was converted to the Public United States without Constitutional authority or Amendment. Congress provided remedy to the private sector in HJR 192 June 5, 1933 to avoid charges of treason.

There can be no Compelled Performance for a Liability for Debt of a Third Party Private Corporation onto the Public without a remedy for the people, which is to give full faith and credit to the people in their issue of private Credit instruments tendered as settlement. Absent a remedy, the people would be subjected to

involuntary servitude and economic slavery. Thus, the United States operates within the Reorganization Plans under voluntary Bankruptcy comprising the body of Law wherein the operational currency is evidenced by instruments of liability traded as assets, where purchases are made with instruments evidencing liability, where liability is bought and sold and transferred as an asset, and every transaction is covered by Maritime Contracts of Insurance within the Admiralty jurisdiction. Every Bank account, Mortgage, Corporation, Autos, and every transaction is insured or bonded so the Bankruptcy of the United States does not cause a damage to the sovereign people upon the land.
[See: Reorganization Plan No. 26, 5 U.S.C.A. 903, Public Law 94-564, Legislative History, pg. 5967]

Should you fail or refuse to **Cease and Desist** your trespass upon my property, a formal federal complaint may be filed for Trade violations with the Federal Trade Commission, and a formal complaint may be lodged with the Securities and Exchange Commission for a **Forensic Audit** and an investigation into your unauthorized "use" of the trade name DEAN ALLEN STEEVES, or any derivative thereof, to create unregistered/non-registered securities for a foreign principle. Additionally, a claim will be lodged against your Bond or Underwriters Policy for damages as listed herein. This is my good faith effort for full disclosure of liability attaching to your participation in any act, action, or failure to act within the scope of your authority.

## YOU HAVE NO IMMUNITY FOR YOUR ACTIONS

UNITED STATES MARSHALS SERVICE is listed with Dun & Bradstreet as a private corporation. Your "Service" falls within the provisions of THE BANK OF THE UNITED STATES v. THE PLANTERS' BANK OF GEORGIA (1824) 22 U.S. (9 Wheat.) 904, 6 L.Ed 244

> **The state does not, by becoming a corporator, identify itself with the corporation**. The Planters' Bank of Georgia is not the state of Georgia, although the state holds an interest in it. It is, we think, a sound principle, that **when a government becomes a partner in any trading company, it devests itself, so far as concerns the transaction of that company of its sovereign character**, and takes that of a private citizen. **Instead of communicating to the company its privileges and its prerogatives, it descends to a level with those with whom it associates itself, and takes the character which belongs to its associates, and to the business which is to be transacted**. Thus, many states of this Union who have an interest in banks, are not suable even in their own courts; yet they never exempt the corporation from being sued. The state of Georgia, by giving to the bank **the capacity to sue and be sued**, voluntarily **strips itself of its sovereign character**, so far as respects the transactions of the bank, and waives all *the privileges of [*908] that character. **As a member of a corporation, a government never exercises its sovereignty**. It acts merely as a corporator, and **exercises no other power in the**

**management of the affairs of the corporation, than are expressly given by the incorporating act.**

Your specific Office or Officers have not incurred a known liability as of this date. Should you or your Officers participate further in this case, the complaint will be amended to add your District and each Officer involved. You and your officers are subject to subpoena, and will be required to provide a certified copy of your "sworn and subscribed oath" and a copy of the "law, theory of law, statute, code, rule or regulation" you are relying upon to limit your liability for the injuries and damages caused by your act, actions, or failure to act". *As part of your Bonding and Insurance contract, it is your duty to report to your bond holders and underwriters any possibility of a claim being made against you.*

This is your actual Constructive Notice and opportunity to avoid liability in this matter, and this Notice is part of the official record. This Notice constitutes prohibition of any further participation on the part of UNITED STATES MARSHAL SERVICE except by purpose and intent and bars any defense of mistake. The principles of "misprision" apply i.e., if you have knowledge that a wrong is being committed, and you do not stop the action, then you become a participant and party to the wrong committed.

# **WARNING**

Any response or rebuttal **MUST** be:

01. With particularity and specificity directly responding to each and every point made by Affiant's, and with which you disagree.
    a. Your rebuttal cannot be cloudy and nebulous, it must directly refute the statements made by Affiants.

02. With citation of Constitutionally compliant fact, evidence, and law.
    a. Any rebuttal that does not cite Constitutionally compliant fact, evidence, and law, in support of your rebuttal, is a non response.

03. SWORN to under penalty of perjury under US Law
    a. This requires a Jurat by a California Notary Public.

04. By way of Certified Mail.
    a. Any rebuttal sent via regular First Class mail is not verifiable and, therefore, is equivalent to a non response.

05. To mailing location exactly as shown below:
    a. DEAN ALLEN STEEVES
       c/o Richard W. Fry, Notary Acceptor
       4153 Bryan Street
       Oceanside, California Republic
       united states of America

All future communications from you or your office will have to be via Certified Mail (PS form numbers 3800 and 3811). All future communications from you or your office will have to be signed by a verifiably living man or woman. All future communications from you or your office must be accompanied by the Oath of Office and Bond information of the man or woman making the communiqué.

If you disagree with anything in this letter, then rebut everything in this letter with which you disagree, in writing, under penalty of perjury, with particularity and specificity, via Certified Mail to me (at the return address listed in item 05. on page 5 of this letter), within 10 days of receipt of this letter, and support your disagreement with Constitutionally compliant fact, evidence, and law. Your failure to respond, as stipulated, is your agreement with, and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who may represent you.

Respectfully presented,

DEAN ALLEN STEEVES
by_____
    Dean-Allen: Steeves, Agent, Secured Party Creditor

## DUE PRESENTMENT UNDER NOTARY SEAL
## NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

**From:**  Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**Respondent:**  U.S. Marshall Randy Paul Ely
c/o Northern District of Texas
THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
Federal Building
1100 Commerce St., Rm 16F47
Dallas, Texas

**Re.**    **LAWFUL AND CONSTRUCTIVE NOTICE**

**Service:**    Certified Mail No. 7006 0100 0000 1829 8682; Return Receipt Requested
Notary's Certificate of Service

Dear U.S. Marshall Randy Paul Ely,

Under [1]authority of N.Y. Exec Law §135, M.R.C.P. Rule 45, O.R.C. § 107.07, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ [2]8205, 8208, 8209;

at the request of Dean-Allen: Steeves, reportedly intervening parties in this matter, **due presentment** under notary seal is hereby made of the following:

01.    A letter presenting you with a NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

02.    Copy of Notary Certificate of Service

03.    DUE PRESENTMENT UNDER NOTARY SEAL

---

[1] In the constitutional provision that full faith and credit shall be given in each state to the **public acts**, records, and judicial proceedings of every other state, this phrase means that a judgment or record shall have the same faith, credit, conclusive effect, and obligatory force in the other states as it has by law or usage in the state from whence taken.

[2] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, government, or country, may be performed by notaries.

Page 1 of 2

**RISK MANAGEMENT.**  I have also been requested to secure, **under notary seal**, that you provide all necessary contact and policy information on your risk management carrier through me so it is received no later than November 14, 2007, without charge.

You may honor the presentment by demonstrating your acceptance thereof by confirming the requested filing of documents into the above-noted case under notary seal so it is received by the maker no later than 5 P.M. PST ten days after the postmark of this presentment in care of the undersigned notary public at the address noted above. Non-performance will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

Richard W. Fry, NOTARY PUBLIC

November 2, 2007     (Seal)
DATE

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on November 2, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> U.S. Marshall Randy Paul Ely
> c/o Northern District of Texas
> THE OFFICE OF THE UNITED STATES MARSHALL
> SERVICE
> Federal Building
> 1100 Commerce St., Rm 16F47
> Dallas, Texas

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01.    A letter presenting you with a NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

02.    **DUE PRESENTMENT UNDER NOTARY SEAL**

03.    Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7006 0100 0000 1829 8682 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

Richard W. Fry, Notary Public

_____                    November 2, 2007
Richard W. Fry, Notary Public                    DATE


Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

Page 1 of 1

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego } ss.

I, **Dean-Allen: Steeves** _____, hereby swear (or affirm) that the attached reproduction
<small>Name of Custodian of Original Document</small>
of _Notice of Liability to U.S. Marshals Rand Paul Ely and Steven C. Stafford_ is a true, correct, and complete
<small>Description of Original Document</small>
photocopy of a document in my possession.

_____
<small>Signature of Custodian of Original Document</small>

_____
<small>Address</small>

Subscribed and sworn to (or affirmed) before me on
this _23th_ day of __November__, 2007, by
<small>Date                    Month</small>

**Dean-Allen: Steeves**,
<small>Name of Custodian of Original Document</small>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<small>Signature of Notary Public</small>

<small>Place Notary Seal Above</small>

──────────────────── **OPTIONAL** ────────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☒ One of the People (Sovereign, sentient being)

Custodian is Representing: _____

<small>Right Thumbprint
Of Custodian

Top of thumb here</small>

© 2006 Richard-Wayne: Fry C/O 4155 Bryan Street, Oceanside, California Republic ZIP Code Exempt DPM 602-1-3(e)(2)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
1100 COMMERCE – ROOM 1452
DALLAS, TX  75242-1495

Date:  November 8, 2007

To:    KAREN MITCHELL, CLERK OF THE COURT
       CHIEF FINANCIAL OFFICER  or in the alternative,
       Officer delegated duty of Statutory requirements for reporting financial
       transactions.

Re:  Notice of Liability

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**
**THIS LETTER AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS.  THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE STATED INTENTIONS TO ACHIEVE HONORABLE SETTLEMENT.  ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.**

---

## NOTICE

The attached Notice of Liability is provided for your information concerning process in reference to Case Number **3:06-CV-0293-L**.  Also included is a copy of your ORDER OF CONTEMPT dated September 20, 2007 Accepted For Value.

The purpose of providing you with this information is for full disclosure of the liability associated with the Court's Chief Financial Officer's FAILURE OF STATUTORY COMPLIANCE with the GASB/FASB filing requirements for Accounts Receivable and Accounts Payable concerning the registered instruments tendered for settlement to bring this account balance to θ (zero).

Failure to report and apply the tendered settlement is a matter of record, and stands as a libel upon the credit of the maker on the instruments tendered and any further trespass carries a claim for injury and damages as indicated in the attached Notice.[1]

---

[1] **LAWFUL AND CONSTRUCTIVE NOTICE**:  If you have a bona fide and verified claim, please provide a certified copy to the Notary Acceptor listed below, so I may provide the appropriate settlement. Failure to provide a certified copy for settlement within 10 days of your receipt of this Notice, shall be your tacit agreement and confession that you have no verified claim and that further action on your part shall be your tacit agreement and confession that you are, in fact, a trespasser upon the property, and are subject to a claim for injury and damages in the amount

The public record via Dun & Bradstreet evidences the UNITED STATES DISTRICT COURT operates a trade or business of the United States, franchised as a private foreign corporation within the Union states united.

All Officers, employees, agents, assigns, stockholders, or other persons functioning within the Corporation, trading as UNITED STATES DISTRICT COURT listed above, are fully and commercially liable for their acts, actions, failure(s) to act or take action, and **HAVE NO IMMUNITY** when operating in commerce as noted in the attached NOTICE[2]. Additionally, acting in concert with two or more persons may have RICO implications regarding financial operations subject to OMB regulations.

This commercial matter has been referred directly to the Secretary of Treasury for settlement and closure. Any further attempt at conversion or trespass upon the property of DEAN ALLEN STEEVES, **may result in** a Form 95 Tort claim, for injuries and damages as listed above, against the bond, insurance, or underwriters policy of the UNITED STATES DISTRICT COURT listed above. **THIS IS LAWFUL AND CONSTRUCTIVE NOTICE TO CEASE AND DESIST.**

## LAWFUL AND CONSTRUCTIVE NOTICE

You are required by law to notify your Risk Management of the possibility of a claim in order to maintain the contractual obligations of your underwriter's policy. Failure to notify your underwriters or bondholders of a potential claim, so they may investigate and limit their liability, is in direct violation of the terms and conditions of your policy and may render your corporation un-insurable.

If you disagree with anything in this Notice, then rebut everything in this Notice with which you disagree, in writing, under penalty of perjury, with particularity and specificity, via Certified Mail to me via the Notary Acceptor listed below within 10 days of receipt of this letter, and support your disagreement with Constitutionally compliant fact, evidence, and law. Your failure to respond, as stipulated, is your agreement with, and admission to the fact that everything in this Notice is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who may represent you.

Failure to answer or rebut this Notice with verified facts point for point is your tacit agreement that this Notice is sufficient evidence to establish your acts, actions, or failure to act, as done by you knowingly, willingly, voluntarily, , intentionally, and intelligently.

---

of $75,000.00 per day for every day you continue your attempts to process or access my account, or for any physical restraint upon my being, body, or freedoms.
[2] Uniform Commercial Code is generally considered to be the federal law of commerce. See In re King-Porter Co., 446 F.2d 722,732 (5th Cir. 1971)

This document is a permanent part of the record and shall be subject to subpoena.

Respectfully presented,


**DEAN ALLEN STEEVES**

By:_____

Dean-Allen: Steeves, Agent, Secured Party Creditor


c/o Richard W. Fry, Notary Acceptor
    4153 Bryan Street
    Oceanside, California state


Ecl:    Copy of Letter to **Marshal Randy Paul Ely**

Copy of **ORDER OF CONTEMPT** dated September 20, 2007 Accepted

For Value

## NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

**From:**        Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**Respondent:**   U.S. Marshall Randy Paul Ely
c/o Northern District of Texas
THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
Federal Building
1100 Commerce St., Rm 16F47
Dallas, Texas

**Re.**      **LAWFUL AND CONSTRUCTIVE NOTICE**

**Service:**   Certified Mail No. 7006 0100 0000 1829 8682; Return Receipt Requested
Notary's Certificate of Service

Dear U.S. Marshall Randy Paul Ely,

Under [1]authority of N.Y. Exec Law §135, M.R.C.P. Rule 45, O.R.C. § 107.07, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ [2]8205, 8208, 8209;

at the request of Dean-Allen: Steeves, reportedly intervening parties in this matter, **due presentment** <u>under notary seal</u> is hereby made of the following:

     01.   A letter presenting you with a NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

     02.   Copy of Notary Certificate of Service

     03.   DUE PRESENTMENT UNDER NOTARY SEAL

---

[1] In the constitutional provision that full faith and credit shall be given in each state to the **public acts**, records, and judicial proceedings of every other state, this phrase means that a judgment or record shall have the same faith, credit, conclusive effect, and obligatory force in the other states as it has by law or usage in the state from whence taken.

[2] 8205.  (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, government, or country, may be performed by notaries.

**RISK MANAGEMENT** — I have also been requested to secure/under notary seal that you provide all necessary contact and policy information on your risk management carrier through me so it is received no later than November 14, 2007, without charge.

You may honor the presentment by demonstrating your acceptance thereof by confirming the requested filing of documents into the above-noted case under notary seal so it is received by the maker no later than 5 P.M. PST ten days after the postmark of this presentment in care of the undersigned notary public at the address noted above. Non-performance will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

_____       November 2, 2007      (Seal)
Richard W. Fry, NOTARY PUBLIC                DATE

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Dean-Allen: Steeves, Affiant                    2ⁿᵈ of November 2007
c/o  Richard W. Fry, Notary Acceptor
    4153 Bryan Street
    Oceanside, California state

To:   Northern District of Texas
       TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
       Federal Building
       1100 Commerce St. Rm 16F47
       Dallas, Texas
       **U.S. Marshal Randy Paul Ely**

       Southern District of California (S/CA)
       TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
       **U.S. Marshal: Steven C. Stafford (Acting)**
       **all successors, predecessors, assigns, agents, and future Office holders**
       U.S. Courthouse
       940 Front Street, Room LL B-71
       San Diego, CA 92189

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

---

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES
THIS LETTER AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE STATED INTENTIONS TO ACHIEVE HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

---

# Attn: Randy Paul Ely

## NOTICE OF LIABILITY
## AND
## OPPORTUNITY TO LIMIT YOUR EXPOSURE

This letter comprises lawful notification, notwithstanding recommendations of your supervisors and counsel who may lack personal accountability. For your own protection you must respond in writing, with particularity, via Certified Mail, within 10 days, to each representation herein which you oppose pursuant to the federal Constitution and Bill of Rights,[1] and The Bill of Rights of the California [2]Constitution, and pursuant to your oath.

Your failure to respond within 10 days, as stipulated, and rebut everything in this letter with which you disagree, with particularity and specificity, under penalty of perjury, and with Constitutionally compliant fact, evidence, and law, is your lawful, legal, and binding agreement with, and admission to, the fact that everything in this letter is true, correct, legal, lawful, and binding upon you, in any court, anywhere in America[3], without your protest or objection or that of those who may represent you. Your silence is your agreement.[4]

You may agree and admit to all statements and claims made by Affiants by TACIT PROCURATION, by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE:** In the event you admit the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS, and COLLATERAL ESTOPPEL. You may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. (Georgia v. South Carolina, 497 U.S. 376 (1990); Babcock v. Babcock, 63 Cal.App.2d 549, 152 P.2d 530, 532 (1944).)

Upon review of my private commercial affairs, it appears you and your office may be involved, in concert with others, in an attempt to convert and process my commercial [5]property, specifically, an order from the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION referencing Case Number **3:06-CV-0293-L**. This is a civil and commercial matter to which Title is

---

[1] In particular the First, Fourth, Fifth, Sixth, Seventh, Ninth and Tenth Amendments, *Constitution for the united States of America*

[2] In particular, Sections 1, 2, 3, 8, 9 and 18

[3] Notification of legal responsibility is "the first essential of due process of law" *Connally v. General Construction Co.*, 269 U.S. 385,391 (1926).

[4] "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." *U.S. v. Tweel*, 550 F.2d.297 (1977).

[5] This information is available on the court PACER information web site. To avoid liability, you have a duty to confirm and verify the facts in the record.

accepted and owned by me. Settlement was tendered to the Fiduciaries of the Court and dishonored. This caused a discharge (UCC 3606) in Public Policy under the Reorganization [of Debt] Plan pursuant to the Bankruptcy of the United States within the construct of the "provisional government" to administer the Banking Emergency Act of 1933 codified at USC Title 50. This matter has been removed to the Secretary of Treasury, Henry M. Paulson Jr. for closure and settlement of all verified claims.

Three of your associate agents converged upon a private location in San Diego county purporting to claim an interest in this matter. The three agents did not provide a certified copy of the "Warrant" they were purporting to execute so, as of this moment, there is no evidence of any additional claim(s) in this matter.

**NOTICE**:  If you have a bona fide and verified claim, please provide a certified copy to the Notary listed above, so I may provide the appropriate settlement. Failure to provide a certified copy for settlement within 10 days of your receipt of this Notice, shall be your tacit agreement that you have no verified claim and further action on your part shall be your tacit agreement that you are in fact a trespasser upon the property, and subject to a claim of injury and damages in the amount of $75,000.00 per day for every day you continue your attempts to process or access my account, or for any physical restraint upon my being, body, or freedoms. **THIS IS LAWFUL AND CONSTRUCTIVE NOTICE TO CEASE AND DESIST.**

This may be a violation of the False Claims act. You may wish to review the record on the Emergency Banking Act of 1933, the Bankruptcy of the United States, and the "supplanting of Currency" with Federal Reserve Notes as securities and obligations of the United States (see Title 18 Section 8 Notes). Diction in the Complaint/Petition filed in the U.S. Court of Claims, Docket No. 41-76, on February 11, 1976, by 44 Federal Judges [Atkins et al. vs. U.S.] and Senate Report 93-549, pgs. 187 & 594 under the "Trading With The Enemy Act" [Sixty-Fifth Congress, Sess. I, Chs. 105, 106, October 6, 1917], and as codified at 12 U.S.C.A. 95a provides substantial information on the breach of Separation of Powers through the Bank Holiday of 1933 and the Trading with the Enemy Act along with subsequent Acts of Congress, whereby the Liability for the Debt of the Federal Reserve a Private Corporation was converted to the Public United States without Constitutional authority or Amendment. Congress provided remedy to the private sector in HJR 192 June 5, 1933 to avoid charges of treason.

There can be no Compelled Performance for a Liability for Debt of a Third Party Private Corporation onto the Public without a remedy for the people, which is to give full faith and credit to the people in their issue of private Credit instruments tendered as settlement. Absent a remedy, the people would be subjected to

involuntary servitude and economic slavery. Thus, the United States operates within the Reorganization Plans under voluntary Bankruptcy comprising the body of Law wherein the operational currency is evidenced by instruments of liability traded as assets, where purchases are made with instruments evidencing liability, where liability is bought and sold and transferred as an asset, and every transaction is covered by Maritime Contracts of Insurance within the Admiralty jurisdiction. Every Bank account, Mortgage, Corporation, Autos, and every transaction is insured or bonded so the Bankruptcy of the United States does not cause a damage to the sovereign people upon the land.
[See: Reorganization Plan No. 26. 5 U.S.C.A. 903. Public Law 94-564, Legislative History, pg. 5967]

Should you fail or refuse to **Cease and Desist** your trespass upon my property, a formal federal complaint may be filed for Trade violations with the Federal Trade Commission, and a formal complaint may be lodged with the Securities and Exchange Commission for a **Forensic Audit** and an investigation into your unauthorized "use" of the trade name DEAN ALLEN STEEVES, or any derivative thereof, to create unregistered/non-registered securities for a foreign principle. Additionally, a claim will be lodged against your Bond or Underwriters Policy for damages as listed herein. This is my good faith effort for full disclosure of liability attaching to your participation in any act, action, or failure to act within the scope of your authority.

## YOU HAVE NO IMMUNITY FOR YOUR ACTIONS

UNITED STATES MARSHALS SERVICE is listed with Dun & Bradstreet as a private corporation. Your "Service" falls within the provisions of THE BANK OF THE UNITED STATES v. THE PLANTERS' BANK OF GEORGIA (1824) 22 U.S. (9 Wheat.) 904, 6 L.Ed 244

> **The state does not, by becoming a corporator, identify itself with the corporation.** The Planters' Bank of Georgia is not the state of Georgia, although the state holds an interest in it. It is, we think, a sound principle, that **when a government becomes a partner in any trading company, it devests itself, so far as concerns the transaction of that company of its sovereign character,** and takes that of a private citizen. **Instead of communicating to the company its privileges and its prerogatives, it descends to a level with those with whom it associates itself, and takes the character which belongs to its associates, and to the business which is to be transacted.** Thus, many states of this Union who have an interest in banks, are not suable even in their own courts; yet they never exempt the corporation from being sued. The state of Georgia, by giving to the bank **the capacity to sue and be sued,** voluntarily **strips itself of its sovereign character,** so far as respects the transactions of the bank, and waives all *the privileges of [*908] that character. **As a member of a corporation, a government never exercises its sovereignty.** It acts merely as a corporator, and **exercises no other power in the**

**management of the affairs of the corporation, than are expressly
given by the incorporating act.**

Your specific Office or Officers have not incurred a known liability as of this date.
Should you or your Officers participate further in this case, the complaint will be
amended to add your District and each Officer involved. You and your officers
are subject to subpoena, and will be required to provide a certified copy of your
"sworn and subscribed oath" and a copy of the "law, theory of law, statute, code,
rule or regulation" you are relying upon to limit your liability for the injuries and
damages caused by your act, actions, or failure to act". *As part of your Bonding
and Insurance contract, it is your duty to report to your bond holders and
underwriters any possibility of a claim being made against you*.

This is your actual Constructive Notice and opportunity to avoid liability in this
matter, and this Notice is part of the official record. This Notice constitutes
prohibition of any further participation on the part of UNITED STATES MARSHAL
SERVICE except by purpose and intent and bars any defense of mistake. The
principles of "misprision" apply i.e., if you have knowledge that a wrong is being
committed, and you do not stop the action, then you become a participant and
party to the wrong committed.

# **WARNING**

Any response or rebuttal **MUST** be:

    01.    With particularity and specificity directly responding to each and
every point made by Affiant's, and with which you disagree.

        a. Your rebuttal cannot be cloudy and nebulous, it must directly
refute the statements made by Affiants.

    02.    With citation of Constitutionally compliant fact, evidence, and law.

        a. Any rebuttal that does not cite Constitutionally compliant fact,
evidence, and law, in support of your rebuttal, is a non
response.

    03.    SWORN to under penalty of perjury under US Law

        a. This requires a Jurat by a California Notary Public.

    04.    By way of Certified Mail.

        a. Any rebuttal sent via regular First Class mail is not verifiable
and, therefore, is equivalent to a non response.

    05.    To mailing location exactly as shown below:

        a. DEAN ALLEN STEEVES
c/o Richard W. Fry, Notary Acceptor
4153 Bryan Street
Oceanside, California Republic
united states of America

All future communications from you or your office will have to be via Certified Mail (PS form numbers 3800 and 3811). All future communications from you or your office will have to be signed by a verifiably living man or woman. All future communications from you or your office must be accompanied by the Oath of Office and Bond information of the man or woman making the communiqué.

If you disagree with anything in this letter, then rebut everything in this letter with which you disagree, in writing, under penalty of perjury, with particularity and specificity, via Certified Mail to me (at the return address listed in item 05. on page 5 of this letter), within 10 days of receipt of this letter, and support your disagreement with Constitutionally compliant fact, evidence, and law. Your failure to respond, as stipulated, is your agreement with, and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who may represent you.

Respectfully presented,

DEAN ALLEN STEEVES

by_____
    Dean-Allen: Steeves, Agent, Secured Party Creditor

It is hereby certified, that on November 2, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> U.S. Marshall Randy Paul Ely
> c/o Northern District of Texas
> THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
> Federal Building
> 1100 Commerce St., Rm 16F47
> Dallas, Texas

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01.  A letter presenting you with a NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE

02.  **DUE PRESENTMENT <u>UNDER NOTARY SEAL</u>**

03.  Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7006 0100 0000 1829 8682 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____
Richard W. Fry, Notary Public

<u>November 2, 2007</u>
DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, as Receiver    §
for Sardaukar Holdings, IBC and    §
Bradley C. Stark,    §
   §
       Plaintiff,    §
   §
v.    §    Civil Action No. **3:06-CV-0293-L**
   §
**3-D MARKETING, LLC,**    §
       Defendant.    §

**ORDER OF CONTEMPT**

Before the court is the Receiver's Amended Motion for Show Cause Order, filed June 5,
2007. United States Magistrate Judge Jeff Kaplan entered his findings and recommendation on the
motion on July 18, 2007. The magistrate judge recommended the court grant the motion, adjudge
Dean Allen Steeves and 3-D Marketing, LLC in civil contempt, and incarcerate Steeves until he and
3-D Marketing disgorge the sum of $150,000 to the Receiver as required by the Judgment in this
case.

On March 8, 2007, the court entered Judgment in favor of the Receiver against 3-D
Marketing in the amount of $150,000 and ordered that 3-D Marketing disgorge those funds to the
Receiver within thirty days. When 3-D Marketing failed to disgorge the funds, the Receiver moved
for a show cause order. The magistrate judge held two show cause hearings in this case. At the first
hearing, on May 11, 2007, counsel for 3-D Marketing appeared but Steeves failed to appear as
required. Counsel for 3-D Marketing did file a pleading stating that Steeves could not travel from
California to Dallas for the hearing due to a back injury, but no evidence substantiating his injury

Order of Contempt – Page 1

Accepted For Value
Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
Private Offset Account Number held by
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)
For Credit to CLERK OF the COURT, Best Receiver's Court
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277
Date September 20, 2007
Authorized By _____ Dean Allen Steeves, Creditor

was ever filed with the court. Subsequently, the Receiver filed the amended motion now before the court seeking a hearing requiring 3-D Marketing and Steeves to show cause why the company, through Steeves, its principal agent, should not be held in civil contempt for violating the court's disgorgement order and judgment. A show cause hearing was scheduled for July 13, 2007 and the court issued an order requiring Steeves to attend the hearing in person. Steeves was personally served with the court's order requiring his attendance at the hearing. Steeves failed to appear at the July 13, 2007 show cause hearing, and the magistrate judge subsequently recommended that 3-D Marketing and Steeves be held in civil contempt.

Neither 3-D Marketing nor Steeves filed formal objections to the magistrate judge's finding and recommendation. Steeves sent correspondence to the magistrate judge and the clerk of the court arguing that this case had been closed. He also filed a document entitled "Notice of Liability," which was unfiled by the court. Steeves has repeatedly argued that the case is closed due to various documents he has filed with the court, many of which have been unfiled as improper pleadings or as matters unrelated to the pending case.

The court has reviewed the magistrate judge's findings and recommendation, the record, and applicable law, and finds that the magistrate judge's findings are correct and are therefore **accepted** as those of the court. Accordingly, the court **grants** the Receiver's Amended Motion for Show Cause Order and **adjudges** 3-D Marketing, LLC and its principal agent, Dean Allen Steeves, in civil contempt of this court for failing to comply with the Judgment entered on March 8, 2007 requiring the company to disgorge the sum of $150,000 to the Receiver within 30 days.

**In light of its finding of contempt, the court orders and directs the United States Marshal to take Dean Allen Steeves into custody and hold him at the nearest detention facility**

Order of Contempt – Page 2

Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Private Offset Account Number 530645277
By routing through and ledgering against
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7005 1820 0005 3378 6324)
For Credit to CLERK of the U.S. DISTRICT COURT, NORTHERN DISTRICT of TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES ID No. 530645277
Date September 26, 2007
Authorized By Dean Allen Steeves, By All which have been

to the Dallas Division of the United States District Court for the Northern District of Texas.

**Dean Allen Steeves shall be held at such facility until such time as he and 3-D Marketing turn over the sum of $150,000 to the Receiver. 3-D Marketing and Steeves may purge themselves of contempt by complying with the court's March 8, 2007 Judgment.**

The clerk of the court is **directed** to mail a copy of this order to Dean Allen Steeves at his last known address by priority mail, and by certified mail, return receipt requested. The clerk of the court is also **directed** to note on the docket the address to which notification was mailed.

**It is so ordered** this 20th day of September, 2007.

Sam A. Lindsay
United States District Judge

Returned For Value Without Dishonor
Please Offset This Billing through the Account of
Dean Allen Steeves, Account Number 530645277
By routing through and ledgering against
Private Offset Bond Number 328548178 held by
HENRY M. PAULSON, JR., d/b/a UNITED STATES DEPARTMENT of the TREASURY
(USPS CERTIFIED MAIL Tracking No. 7006 0810 0003 1376 6346)
For Credit to CLERK of the COURT, US DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
For Further Credit to the Account of DEAN ALLEN STEEVES, Account Number 530645277

Date September 20, 2007

Authorized By _Dean Allen Steeves_
Dean Allen Steeves, Creditor

**Order of Contempt – Page 3**

# DUE PRESENTMENT UNDER NOTARY SEAL
# NOTICE OF LIABILITY

**Richard W. Fry, NOTARY PUBLIC**
c/o 4153 Bryan Street
Oceanside California state

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

KAREN MITCHELL, CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
1100 COMMERCE – ROOM 1452
DALLAS, TX 75242-1495

Re: **DUE PRESENTMENT UNDER NOTARY SEAL**

Dear KAREN MITCHELL:

Under authority of N.Y. Exec Law §135, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ 8205[1], 8208, 8209;

at the request of Dean-Allen: Steeves, reportedly intervening parties in this matter, **due presentment** under notary seal is hereby made of the following:

01.  Letter to KAREN MITCHELL, CLERK OF THE COURT (Re: Notice of Liability)
02.  Copy of letter to Marshal Paul Ely
03.  Order of Contempt (Accepted for Value)
04.  Copy of Notary Certificate of Service (signed Original of file)
05.  **DUE PRESENTMENT UNDER NOTARY SEAL**

**RISK MANAGEMENT.**  I have also been requested to secure, **under notary seal**, that you provide all necessary contact and policy information on your risk management carrier through me so it is received no later than November 20, 2007, without charge.

---

[1] 8205.  (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, **government**, or country, may be performed by notaries.

Failure to fulfill each of these requests within the respective deadlines will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention.  WITNESS my hand and official seal.

Richard W. Fry, NOTARY PUBLIC

November 8, 2007
Date

(Seal)

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on November 8, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> **KAREN MITCHELL, CLERK OF THE COURT**
> **UNITED STATES DISTRICT COURT**
> **NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
> **1100 COMMERCE – ROOM 1452**
> **DALLAS, TX  75242-1495**

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01.    Letter to KAREN MITCHELL, CLERK OF THE COURT (Re: Notice of Liability)

02.    Copy of letter to Marshal Paul Ely

03.    Order of Contempt (Accepted for Value)

04.    **DUE PRESENTMENT UNDER NOTARY SEAL**

05.    Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7007 0710 0002 8424 3416 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          <u>November 8, 2007</u>
Richard W. Fry, Notary Public                              DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

}ss.

I, **Dean-Allen: Steeves** _____, hereby swear (or affirm) that the attached reproduction
<span style="font-size:smaller">Name of Custodian of Original Document</span>
of ___Notice of Liability to the Clerk of the Court_____ is a true, correct, and complete
<span style="font-size:smaller">Description of Original Document</span>
photocopy of a document in my possession.

_____
<span style="font-size:smaller">Signature of Custodian of Original Document</span>

_____
<span style="font-size:smaller">Address</span>

```
RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009
```

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this 23th day of ___November_____, 2007, by
<span style="font-size:smaller">Date          Month</span>
**Dean-Allen: Steeves**
<span style="font-size:smaller">Name of Custodian of Original Document</span>
☒ personally known to me
☐ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<span style="font-size:smaller">Signature of Notary Public</span>

——————————— **OPTIONAL** ———————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could
prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____   Identifying No.: _____   No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☒ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

```
Right Thumbprint
Of Custodian

Top of thumb here
```

© 2006 Richard-Wayne: Fry C/O 4155 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

███████████████
███████████████
███████████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-7062224736**
**03/10/2006 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

7215720004    UCC I FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]
Dean Allen Steeves          858-756-8744

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

    Dean Allen Steeves

    P.O. Box 45

    Rancho Santa Fe, CA  92067-0045

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| STEEVES | DEAN | ALLEN | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 45 | RANCHO SANTA FE | CA | 92067-0045 | US |
| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| 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 | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Steeves | Dean | Allen | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O P.O. Box 45 | Rancho Santa Fe | Calif | FPUO (92067) | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assets and interest in all tangible and intangible property now owned or hereinafter acquired, now existing and hereafter arising, wherever located including the following:  SSN #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; CA DL #N3779144; NYS DL#710-550-288; all described fully in Security Agreement #DS-022806-PA Dated 02-28-06.  Inquiring parties may consult directly with Debtor for ascertaining, in detail, the financial and contractual obligations associated with the commercial transaction, identified in S.A. referenced above.  Adjustment of this filing in accordance with UCC Sec. 1-103, 1-104 and House Joint Resolution 192 of June 5, 1933.  Secured party accepts Debtor signature in accordance with UCC Sec. 3-201 (3-401).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)