# UCC FINANCING STATEMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| STEEVES | DEAN | ALLEN |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

72157200004

**FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)**

# DECLARATION OF AUTHENTICITY AND SERVICE

I, Dean Allen Steeves, the Secured Party to this UCC 1, do declare under the penalty of perjury of the Laws of the State of California, and the United States of America that:

1. On February 28, 2006, I did accept for value all the instruments attached (front and back) to this UCC 1 filing;

2. On February 28, 2006, I entered into a private contract agreement under Article 1, Section 10, Clause 1, as acknowledged in accordance with the following signatures.

## *Verification*

The Undersigned Affiant, **Dean Allen Steeves** does herewith certify and swear on the Undersigned's unlimited commercial liability that the Undersigned issues this UCC1 with sincere intent, that the Undersigned is competent to state the matters set forth herein, and that the contents are true, correct, complete, and certain to the best of the Undersigned's knowledge and belief.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

*DEAN ALLEN STEEVES // SS //*

DEAN ALLEN STEEVES //SS//

*Dean Allen Steeves*

Dean Allen Steeves

## Jurat

State of California      )
                          )   ss.
County of San Diego    )

Subscribed and sworn to at *Ranoho Santa Fe, CA* before me this 28ᵗʰ day of *February*, A.D.2006
                                     Notary public
                                     My Commission Expires
                                     WITNESS my hand and official seal.



MAGGIE A. JONES
COMM. #1540418
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 1, 2009

Signature of Notary Public

7215720004



"NON-NEGOTIABLE" (see front and back)
June 5, 1933.

I accept for value (all
in accordance with UCC

Dean Allen Steeves

721572 0004



"NEGOTIABLE"

...ments, front and back)

...related endo... ...192 of June 5, 1933.

CALIFORNIA

DRIVER LICENSE

N3779144

DEAN ALLEN STEEVES
PO BOX 4071
RICHGROVE CA 92867

MCC 3-419 and HJR

SEX:M        HAIR:BRN
HT:5-09     WT:160    DOB:05-05-45

VALUE:

in a...

Dean Allen Steeves

721572000



SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

03/13/2006

Page 1 of 1

STEEVES DEAN ALLEN
P.O. BOX 45
RANCHO SANTA FE CA 92067-0045

| 3 or more pages: | $20.00 |
|---|---|
| Total Fee: | **$20.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Transmitting Utility**     File Date: **03/10/2006**     File Time: **17:00**

Filing Number: **06-7062224736**     Lapse Date: **N/A**

Debtor(s):
INDIVIDUAL

STEEVES, DEAN, ALLEN,
P.O. BOX 45 RANCHO SANTA FE CA USA 92067-0045

Secured Party(ies):
INDIVIDUAL

STEEVES, DEAN, ALLEN,
C/O C.O. BOX 45 RANCHO SANTA FE CA USA 92067

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM



**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

**Packing Slip**

Page 1 of 1

STEEVES DEAN ALLEN
P.O. BOX 45
RANCHO SANTA FE CA 92067-0045

Customer Account No:    15038431
Batch No :    721572
Date :    03/13/2006

| Item | Name / Reference No. | Status | Amount |
|------|---------------------|--------|--------|
| Transmitting Utility - 3 pages or more | 06-7062224736 | Processed | $20.00 |
| Check | 09115381620 | Retained | $20.00 |

| | | |
|---|---|---|
| Total Fees Charged : | | $20.00 |
| Total Payment Received : | | $20.00 |
| Total Debited From Customer Account : | | $0.00 |
| Balance Credited to Customer Account : | | $0.00 |
| Total Amount to be Refunded : | | $0.00 |

**Note**

Unless specifically requested, overpayments are credited to your Customer Account for future use.
Any balance credited to the Customer Account may be refunded upon request.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · 916 653 3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego                              } ss.

I, __Dean Allen Steeves_____, hereby swear (or affirm) that the attached reproduction
*Name of Custodian of Original Document*

of __UCC1 - Original 3/10/06_____ is a true, correct, and complete
*Description of Original Document*

photocopy of a document in my possession.

_____
Signature of Custodian of Original Document

PO Box 45, Rancho Santa Fe, California
_____
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ____September____, 2007, by
           Date                    Month
__Dean Allen Steeves_____,
*Name of Custodian of Original Document*

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
Signature of Notary Public

———————————— **OPTIONAL** ————————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
| --- |
| Top of thumb here |

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

05/18/2007 17:00

CALIFORNIA SECRETARY OF STATE

|||||||||||||||||||||

**SOS**

|||||||||||||||||||||||||||

12693050002  UCC ORDER

THIS SPACE FOR FILING OFFICER USE ONLY

**INFORMATION REQUEST**
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT | FILING OFFICE ACCT # |
|---|---|
| | 15038431 |

B. RETURN TO: (Name and Address)

[ DEAN STEEVES                                              ]

P.O. BOX 45

RANCHO SANTA FE, CA 92067-0045

[                                                            ]

**1. DEBTOR NAME** to which this request relates – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION NAME |
|---|
| |

| 1b. INDIVIDUAL LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| STEEVES | DEAN | ALLEN | |

**2. INFORMATION OPTIONS** RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN FILING OFFICE THAT INCLUDE AS A DEBTOR THE NAME IDENTIFIED IN ITEM 1

[✓] For 2a and 2b, mark this box to request a Search that is COMPLETE to include lapsed and unlapsed filings. UNLESS MARKED, SEARCH MAY BE INCOMPLETE.

2a. [✓] SEARCH RESPONSE with copies of ALL records found.        [ ] Please CERTIFY all copies (additional $8.00 fee per record).

2b. [ ] SEARCH RESPONSE only.

2c. [ ] COPIES ONLY. Please complete the information below, as appropriate. For UCC3 records, include the type of UCC3 and corresponding filing date.

| File Number | # of copies | # of Certified copies (add'l fee applies) | File Date (use for UCC3 only) | Filing Type – Financing Statement, Cont., Term., Assign., Amend. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**3. CALIFORNIA SECRETARY OF STATE'S OFFICE OFFERS THESE ADDITIONAL SEARCHING OPTIONS - (Please see instructions):**

3a. [ ] SEARCH TO REFLECT – Please run the search after the filing document accompanying this request has been filed.

3b. [ ] SEARCH LIMITED TO THE FOLLOWING ADDRESS: _____

3c. [ ] SEARCH LIMITED FROM THIS DATE: _____

**4. DELIVERY INSTRUCTIONS**

4a. [ ] Pick Up (Only if request was originally delivered to our Public Counter)

4b. [ ] Other: _____
         Specify desired method; Completed prepaid airbill and packaging must accompany this request, if applicable.

FILING OFFICER COPY – NATIONAL INFORMATION REQUEST (FORM UCC 11)) (Rev5/09/01)        CA Secretary of State (REV. 9/1/02)



SECRETARY OF STATE

STATE OF CALIFORNIA

**Order Acknowledgement**

05/17/2007

Document No: 12693050002

STEEVES DEAN ALLEN
P.O. BOX 45
RANCHO SANTA FE CA 92067-0045

The Secretary of State's Office has received and processed your request as indicated below.

Order Items Accepted:

| Item | Name /File No: | Page Count |
|------|----------------|------------|
| Search | STEEVES DEAN ALLEN | NA |

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 ·(916) 653-3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM



SECRETARY OF STATE
STATE OF CALIFORNIA

**Search Certificate**

SEARCH REQUESTED ON:                                                          05/17/2007
Individual Debtor:  **STEEVES DEAN ALLEN**

Address:  **NOT SPECIFIED**
Date Range From:  **NOT SPECIFIED**
Search:  **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **06-7062224736** | **Transmitting Utility** | **03/10/2006** | **17:00** | | **5** |

**Debtor:**
**Individual:**  STEEVES DEAN ALLEN
                         P.O. BOX 45, RANCHO SANTA FE CA USA, 92067 0045

**Secured Party:**
**Individual:**  STEEVES DEAN ALLEN
                         C/O C.O. BOX 45, RANCHO SANTA FE CA USA, 92067

Document Number:  12693050002          Page 1 of 2

Continue

---

**Total Pages:**       **5**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **05/15/2007 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

Debra Bowen
Secretary of State

Document Number:  12693050002          Page 2 of 2



## SECRETARY OF STATE
## STATE OF CALIFORNIA

## Packing Slip

Page 1 of 1

STEEVES DEAN ALLEN                    Customer Account No:        15038431
P.O. BOX 45                           Batch No :                  1269305
RANCHO SANTA FE CA 92067-0045         Date :                      05/18/2007

| Item | Name / Reference No. | Status | Amount |
|------|---------------------|--------|--------|
| Search Certificate | STEEVES DEAN ALLEN | Processed | $10.00 |
| Check | 1500 | Received | $10.00 |

| | |
|---|---|
| Total Fees Charged : | $10.00 |
| Total Payment Received : | $10.00 |
| Total Debited From Customer Account : | $0.00 |
| Balance Credited to Customer Account : | $0.00 |
| Amount to be Refunded : | $0.00 |

**Note**

Unless specifically requested, overpayments are credited to your Customer Account for future use.
Any balance credited to the Customer Account may be refunded upon request.

UNIFORM COMMERCIAL CODE  1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · 916 653 3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego

} ss.

I, __Dean Allen Steeves__ , hereby swear (or affirm) that the attached reproduction
<sub>Name of Custodian of Original Document</sub>

of __UCCI - search 5/16/07__ is a true, correct, and complete
<sub>Description of Original Document</sub>

photocopy of a document in my possession.

_Dean Allen Steeves_
<sub>Signature of Custodian of Original Document</sub>

PO Box 45, Rancho Santa Fe, California
<sub>Address</sub>

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Subscribed and sworn to (or affirmed) before me on
this ___20___ day of ___September___, 2007, by
<sub>Date</sub>              <sub>Month</sub>

**Dean Allen Steeves**
<sub>Name of Custodian of Original Document</sub>

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence
to be one of the People who appeared before me.

_____
<sub>Signature of Notary Public</sub>

Place Notary Seal Above

---

## OPTIONAL

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document Copy
Title or Type of Document:

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

### Capacity Claimed by Custodian

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

| Right Thumbprint Of Custodian |
|---|
| Top of thumb here |

© 2006 Richard-Wayne: Fry  C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt  DMM 602-1-3(e)(2)

05/25/2007 17:00

CALIFORNIA SECRETARY OF STATE

**INFORMATION REQUEST**
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT | FILING OFFICE ACCT # |
| | 15038431 |

B. RETURN TO: (Name and Address)

[ DEAN ALLEN STEEVES ]

P.O. BOX 45

RANCHO SANTA FE, CA 92067-0045
[ ]

SOS

12799760002   UCC ORDER

THIS SPACE FOR FILING OFFICER USE ONLY

**1. DEBTOR NAME** to which this request relates – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION NAME |
| |

| 1b. INDIVIDUAL LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| STEEVES | DEAN | ALLEN | |

**2. INFORMATION OPTIONS** RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN FILING OFFICE THAT INCLUDE AS A DEBTOR THE NAME IDENTIFIED IN ITEM 1

☐ **For 2a and 2b,** mark this box to request a Search that is COMPLETE to include lapsed and unlapsed filings. UNLESS MARKED, SEARCH MAY BE INCOMPLETE.

2a. ☐ SEARCH RESPONSE with copies of ALL records found.    ☐ Please CERTIFY all copies (additional $5.00 fee per record).

2b. ☐ SEARCH RESPONSE only.

2c. ☑ COPIES ONLY. Please complete the information below, as appropriate. For UCC3 records, include the type of UCC3 and corresponding filing date.

| File Number | # of copies | # of Certified copies (add'l fee applies) | File Date (use for UCC3 only) | Filing Type – Financing Statement, Cont., Term., Assign., Amend. |
|---|---|---|---|---|
| 067062224736 | | 1 | | ENTIRE FILING |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**3. CALIFORNIA SECRETARY OF STATE'S OFFICE OFFERS THESE ADDITIONAL SEARCHING OPTIONS - (Please see Instructions):**

3a. ☐ SEARCH TO REFLECT – Please run the search after the filing document accompanying this request has been filed.

3b. ☐ SEARCH LIMITED TO THE FOLLOWING ADDRESS: _____

3c. ☐ SEARCH LIMITED FROM THIS DATE: _____

**4. DELIVERY INSTRUCTIONS**

4a. ☐ Pick Up (Only if request was originally delivered to our Public Counter)

4b. ☐ Other: _____
         Specify desired method; Completed **prepaid** airbill and packaging must accompany this request, if applicable.

FILING OFFICER COPY – NATIONAL INFORMATION REQUEST (FORM UCC 11)) (Rev5/09/01)          CA Secretary of State (REV. 9/1/02)



SECRETARY OF STATE
STATE OF CALIFORNIA
**Order Acknowledgement**

05/29/2007

Document No: 12799760002

STEEVES DEAN ALLEN
P.O. BOX 45
RANCHO SANTA FE CA 92067-0045

The Secretary of State's Office has received and processed your request as indicated below.

Order Items Accepted:

| Item | Name /File No: | Page Count |
|---|---|---|
| Copies Only | 067062224736 | 5 |

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS: ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM