# NOTARY'S CERTIFICATE OF SERVICE

FILED
DEC - 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA...
BY _____

It is hereby certified, that on November 29, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> U.S. Marshall Randy Paul Ely
> c/o Northern District of Texas
> THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
> Federal Building
> 1100 Commerce Street, Room 16F57
> Dallas, Texas  75242

07mc554

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01. **NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT WITH AFFIDAVIT OF FACTS BY SPECIFIC NEGATIVE AVERMENT**
02. Certificate of Non-Response Notarial Fault
03. Copy of Evidence of Service
04. **DUE PRESENTMENT UNDER NOTARY SEAL**
05. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7007 0710 0002 8424 3409 RRR by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          November 29, 2007
Richard W. Fry, Notary Public                    DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

**NOTICE OF FAULT
AND
WAIVER OF TORT BY STIPULATED
ENTRY OF DEFAULT JUDGMENT**

Dean-Allen: Steeves, Secured Party Creditor               29th of November 2007
c/o  Richard W. Fry, Notary Acceptor
     4153 Bryan Street
     Oceanside, California state

To:    Northern District of Texas
       TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
       Federal Building
       1100 Commerce St. Rm 1657
       Dallas, Texas 75242
       **U.S. Marshal Randy Paul Ely (Respondent)**

       <u>Certified Mail / RR #7007 0710 0002 8424 3409</u>

Ref:  Notice of Liability dated November 2, 2007

    Case Number 3:06-CV-0293-L

NOTICE TO PRINCIPLE IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPLE

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**

**THIS NOTICE AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE STATED INTENTIONS TO ACHIEVE HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.**

---

**Attn: Randy Paul Ely**

# NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATION OF THE PARTIES TO ENTRY OF DEFAULT JUDGMENT AND OPPORTUNITY TO LIMIT YOUR EXPOSURE AND LIABILITY

On 2nd of November, 2007, due presentment of Notice of Liability, under Notary Seal, was mailed to your Office and received on **November 13, 2007**, wherein you were provided 10 days to respond and rebut any statements contained therein with which you disagree. Because you have failed to rebut in writing, with particularity and specificity, under penalty of perjury, via Certified Mail, citing Constitutionally compliant fact evidence and law, you have **FAULTED** your opportunity to respond timely. Your failure to respond and rebut as specified constitutes your stipulation and agreement that the statements as presented shall be established as fact certified by Notary's Certificate of Non-Response and entry of **DEFAULT JUDGMENT** by stipulation of the Parties.

This is your **NOTICE OF FAULT**[1] and **WAIVER OF TORT**[2] **BY STIPULATION OF THE PARTIES TO ENTRY OF DEFAULT JUDGMENT**

---

[1] **FAULT**, contracts, civil law. An improper act or omission, which arises from ignorance, carelessness, or negligence. The act or omission must not have been meditated, and must have caused some injury to another. Lec. Elcm. []783. See Dolus, Negligence. 1 Miles' Rep. 40.

　2. - 1. Faults or negligence are usually divided into, gross, ordinary, and slight: 1. Gross fault or neglect consists in not observing that care towards others, which a man the least attentive, usually takes of his own affairs. Such fault may, in some cases, afford a presumption of fraud, and in very gross cases it approaches so near, as to be almost undistinguishable from it, especially when the facts seem hardly consistent with an honest intention. But there may be a gross fault without fraud. 2 Str. 1099; Story, Bailm. []18-22; Toullier, 1. 3, t. 3, []

[2] **WAIVER.**, The relinquishment or refusal to accept of a right. 2. In practice it is required of every one to take advantage of his rights at a proper time and, neglecting to do so, will be considered as a waiver. If, for example, a defendant who has been misnamed in the writ and declaration, pleads over, he cannot afterwards take advantage of the error by pleading in abatement, for his plea amounts to a waiver.3. In seeking for a remedy the party injured may, in some instances, waive a part of his right, and sue for another; for example, when the defendant has committed a trespass on the property of the plaintiff, by taking it away, and

Notice of Fault and Entry of Default Judgment and Opportunity to Limit Exposure Randy Paul Ely　　Page 2 of 13

Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

If the Respondent's failure to respond is an oversight, mistake, or otherwise unintentional, Secured Party Creditor grants Respondent seven (7) days, exclusive of the day of receipt, to serve a response to the statements, claims, averments, inquires, and charges in the Secured Party Creditor's previous correspondence enumerated above.

Your failure to respond, as specified above, and rebut everything in the Notice of Liability, is your lawful, legal, and binding agreement with, and admission to, the fact that everything in the Notice of Liability is true, correct, legal, lawful, and binding upon you, in any court, anywhere in America[3], without your protest or objection or that of those who may represent you. Your silence is your agreement[4] and stipulation to waive the tort action and agreeing to surrender your bond or underwriter's policy without objection to the filing of a claim for injury and damages stipulated in the Notice of Liability and the filing of a UCC-1 security interest. This is your actual constructive Notice of Fault and your opportunity to correct any oversight, or mistake for failure to respond.

Your silence is your admission and agreement with all statements and claims made by Secured Party Creditor by TACIT PROCURATION, simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE[5] and WAIVER OF TORT:** In the event you admit the statements and claims by TACIT PROCURATION, all issues are deemed settled RES

---

afterwards he sells it, the injured party may waive the trespass, and bring an action of assumpsit for the recovery of the money thus received by the defendant. 1 Chit. Pl. 90. 4. In contracts, if, after knowledge of a supposed fraud, surprise or mistake, a party performs the agreement in part, he will be considered as having waived the objection. 1 Bro. Parl. Cas. 289. 5. It is a rule of the civil law, consonant with reason, that any one may renounce or waive that which has been established in his favor: Regula est juris antique omnes licentiam habere his quae pro se introducta sunt, renunciare. Code 2, 3, 29. As to what will amount to a waiver of a forfeiture, see 1 Conn. R. 79; 7 Conn. R. 45; 1 Jo Cas. 125; 8 Pick. 292; 2 N. H. Rep. 120 163; 14 Wend. 419; 1 Ham. R. 21. Vide Verdict

3 Notification of legal responsibility is "the first essential of due process of law" Connally v. General Construction Co., 269 U.S. 385,391 (1926).

4 "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. v. Tweel, 550 F.2d.297 (1977).

5 [American Jurisprudence 2d, **Estoppel and Waiver**, §27: Definitions and Nature] "The doctrine of estoppel is based upon the grounds of public policy, fair dealing, good faith, and justice, and its purpose is to forbid one to speak against his own act, representations, or commitments to the injury of one to whom they were directed and who reasonably relied thereon. 11 The doctrine of estoppel springs from equitable principles and the equities in the case. 12   It is designed to aid the law in the administration of justice where without its aid injustice might result. 13   Thus, the doctrine of equitable estoppel or estoppel in pais is founded upon principles of morality and fair dealing and is intended to subserve the ends of justice.14  It always presupposes error on one side and fault or fraud upon the other and some defect of which it would be inequitable for the party against whom the doctrine is asserted to take advantage. 15 It concludes the truth in order to prevent fraud and falsehood and imposes silence on a party only when in conscience and honesty he should not be allowed to speak. 16

JUDICATA, STARE DECISIS, and COLLATERAL ESTOPPEL. You may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial. (Georgia v. South Carolina, 497 U.S. 376 (1990); Babcock v. Babcock, 63 Cal.App.2d 549, 152 P.2d 530, 532 (1944).)

**WAIVER OF TORT BY STIPULATION:** This Notice also serves as a waiver of tort, as the consent, stipulations and agreements established herein are a binding contract between the Parties and the Respondent's failure to respond is not at issue, but only the amount of injury and damages as stipulated herein.

**EXCEPTION:** In the event the OFFICE OF THE UNITED STATES MARSHAL SERVICE, as Respondent, believes any acts complained of may be raised to the level of and prosecuted as, a CRIMINAL ACT, it is excused from answering provided **Randy Paul Ely**, an officer and beneficiary of the corporate United States, sends a certified copy of the report of criminal activity on its part submitted to the appropriate Grand Jury, to Dean-Allen: Steeves, Secured Party Creditor through the Notary at the mailing location listed above. The principles of "misprision" apply i.e., if you have knowledge that a wrong is being committed, and you do not stop the action, then you become a participant and party to the wrong committed.

This is your actual Constructive Notice, and opportunity to avoid liability in this matter, and this Notice is part of the official record subject to Subpoena. This Notice constitutes prohibition of any further participation on the part of UNITED STATES MARSHAL SERVICE, in this instant case, except by purpose and intent and bars any defense of **mistake, plausible deniability or any other fabrication.**

Failure of UNITED STATES MARSHALS SERVICE to respond or rebut as specified in the Notice of Liability constitutes [6]stipulation to, but not limited by, the facts as follows:

01. **UNITED STATES MARSHALS SERVICE** stipulates and agrees **UNITED STATES MARSHALS SERVICE** has failed to provide evidence **UNITED STATES MARSHALS SERVICE** has executed a verified claim or has an interest in this instant case, and,

02. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees that absent evidence of **UNITED STATES MARSHALS SERVICE** possession of or interest in a verified claim, any further action on the part of **UNITED STATES MARSHALS SERVICE** constitutes the tort of trespass upon the property rights and liberty rights of Secured Party Creditor Dean-Allen: Steeves, and,

03. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees that as a tortfeasor and trespasser, **UNITED STATES MARSHALS SERVICE** is liable for injury and damages, and subject to a claim against the Bond, Underwriter Policy, and the Corporate Assets, Accounts, and Property of UNITED STATES MARSHALS

---

[6] See attached Affidavit of Facts by Specific Negative Averment

Notice of Fault and Entry of Default Judgment and Opportunity to Limit Exposure Randy Paul Ely    Page 4 of 13

Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

SERVICE in the amount of $75,000.00 U S Dollars per day for every day **UNITED STATES MARSHALS SERVICE** continues to trespass, attempts to process or access Dean-Allen: Steeves account, or for any physical restraint upon the being, body, rights, liberty, or freedoms of Secured Party Creditor Dean-Allen: Steeves, and,

04. **UNITED STATES MARSHALS SERVICE** stipulates and agrees that **UNITED STATES MARSHALS SERVICE failure to provide Notice** and evidence, that **UNITED STATES MARSHALS SERVICE** has abandoned their purported claim or ceased actions against the Secured Party Creditor Dean-Allen: Steeves, constitutes the continued tort of trespass upon the property rights and liberty rights of Dean-Allen: Steeves, and,

05. **UNITED STATES MARSHALS SERVICE** stipulates and agrees, that the United States government operates within the Reorganization Plans of voluntary Bankruptcy comprising that Body of Law wherein the operational currency is evidenced by instruments of liability traded as assets, where purchases are made with instruments evidencing liability, where liability is bought and sold and transferred as an asset, and every transaction is covered by Maritime Contracts of Insurance within the Admiralty jurisdiction,[7] and,

06. **UNITED STATES MARSHALS SERVICE** stipulates and agrees that **UNITED STATES MARSHALS SERVICE** operates within the voluntary Bankruptcy Reorganization of the United States Emergency Banking Act of 1933, and,

07. **UNITED STATES MARSHALS SERVICE,** stipulates and agrees **UNITED STATES MARSHALS SERVICE,** their Officers and Employees are compensated with commercial/commodity/debt paper in the form of security instruments evidencing liability, ie.. Checks, notes, drafts, warrants, bills of exchange, etc.. distinct from United States Constitutional Dollars of Silver or Gold, and,

08. **UNITED STATES MARSHALS SERVICE** consents, stipulates and agrees to <u>**waive the filing of tort action by Dean-Allen: Steeves**</u>, and consents, stipulates, and agrees to accept liability and a claim lodged against the Bond, Underwriters Policy, Corporate Assets, Accounts, and Property of **UNITED STATES MARSHALS SERVICE**, without objection, protest, or opposition, for all damages as listed herein should any be incurred, and

09. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees to the filing of a **UCC-1** Lien and Security Interest against the Corporate Assets, Accounts, and Property of **UNITED STATES MARSHALS SERVICE** for debt incurred listing

---

[7] USC Title 18 SS8 note: "Words "Federal Reserve notes, Federal Reserve bank notes" were inserted before "coupons" because such notes have almost supplanted national bank currency."
  **Transitive Verb sup·plant·ed , sup·plant·ing , sup·plants**  To usurp the place of, especially through intrigue or underhanded tactics.  To displace and substitute for (another):

Notice of Fault and Entry of Default Judgment and Opportunity to Limit Exposure Randy Paul Ely    Page 5 of 13

Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

Dean-Allen: Steeves as Secured Party Creditor and UNITED STATES MARSHALS SERVICE as Debtor, and

10. **UNITED STATES MARSHALS SERVICE** stipulates and agrees **UNITED STATES MARSHALS SERVICE** is listed with Dun & Bradstreet as a Corporation conducting a "trade or business within the United States (District of Columbia)" as a Taxpayer subject to Public Law 88-243 and Public Law 88-244, and

11. **UNITED STATES MARSHALS SERVICE** stipulates and agrees **UNITED STATES MARSHALS SERVICE** has no immunity, and is liable for the acts, actions, or failure to act of their Officers and employees within their Corporate Charter, prohibitions, and restrictions or "*ultra vires*",[8] and

12. **UNITED STATES MARSHALS SERVICE** consents, stipulates and agrees **UNITED STATES MARSHALS SERVICE** has a duty to investigate and confirm the record of settlement in this instant case, and provide to the Secured Party Creditor, Dean-Allen: Steeves, notification of any defect or deficiency, in the instrument tendered or procedure followed for settlement to the Court or Department of Treasury, that would void the claims made in this Notice of Fault, and,

13. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees that failure on the part of **UNITED STATES MARSHALS SERVICE** to investigate and notify Secured Party Creditor of any deficiency or defect as noted at Number 12 above, is their confession, admission, agreement, and stipulation that there is no defect or deficiency in the procedure, process, presentment, or instrument tendered that would void the claims of Dean-Allen: Steeves as Secured Party Creditor, and,

14. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees to waive the required filing of tort action by Dean-Allen: Steeves, and **UNITED STATES MARSHALS SERVICE** consents, agrees, and stipulates to the surrender of **UNITED STATES MARSHALS SERVICE** Corporate Assets, Accounts, Property, Bond or Underwriters Policy to a claim for injury and damages of $75,000.00 US Dollars per day for every day **UNITED STATES MARSHALS SERVICE** fails to Respond with evidence of defect or deficiency as noted at Number 12 above, or fails to Notify Dean-Allen: Steeves that **UNITED STATES MARSHALS SERVICE** has ceased and desisted in their acts and actions to apprehend the physical body of the Secured Party Creditor Dean-Allen: Steeves, and,

---

[8] Federal 'Crop Insurance v. Merrill 332 US 380-388 1947 " Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority"

Notice of Fault and Entry of Default Judgment and Opportunity to Limit Exposure Randy Paul Ely    Page 6 of 13

Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

15. **UNITED STATES MARSHALS SERVICE** consents, stipulates, and agrees to accept due presentment of a 30 day monthly billing Invoice for any day or portion thereof that reflects a claim for injury and damages specified at Number 3 & 14 above and consents, stipulates and agrees to process and tender the claim to their Bondholder or Underwriter for immediate settlement within 20 days of receipt, and,

16. **UNITED STATES MARSHALS SERVICE** consents, stipulates and agrees to waive any defense or objections to the filing of Entry of Default Judgment by Stipulation of the Parties, and the filing of a Declaratory Judgment for settlement of any incurred damages and injuries as listed in Number 3 & 14 above, and,

## WARNING

Any response or rebuttal **MUST** be:

01. With particularity and specificity directly responding to each and every point made by Secured Party Creditor, and with which you disagree.
    a. Your rebuttal cannot be cloudy and nebulous, it must directly refute the statements made by Secured Party Creditor
02. With citation of Constitutionally compliant fact, evidence, and law.
    a. Any rebuttal that does not cite Constitutionally compliant fact, evidence, and law, in support of your rebuttal, is a non response.
03. SWORN to under penalty of perjury under US Law
    a. This requires a Jurat by a California Notary Public.
04. By way of Certified Mail.
    a. Any rebuttal sent via regular First Class mail is not verifiable and, therefore, is equivalent to a non response.
05. To mailing location exactly as shown below:
    a. DEAN ALLEN STEEVES
       c/o Richard W. Fry, Notary Acceptor
       4153 Bryan Street
       Oceanside, California Republic
       united states of America

All future communications from you or your office will have to be via Certified Mail (PS form numbers 3800 and 3811). All future communications from you or your office will have to be signed by a verifiably living man or woman. All future communications from you or your office must be accompanied by the Oath of Office and Bond information of the man or woman making the communiqué.

If you disagree with anything in this Notice, then rebut everything in this Notice with which you disagree, in writing, under penalty of perjury, with particularity and specificity, via

Certified Mail to me (at the return address listed in item 05. on page 7 of this Notice), within 7 days of receipt of this Notice, and support your disagreement with Constitutionally compliant fact, evidence, and law. Your failure to respond, as stipulated, is your agreement with, and admission to the fact that everything in this Notice is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who may represent you.

**SEVERABILITY:** In the event any item is successfully rebutted, it shall not affect the validity of any claims in the balance of this document.

Respectfully presented
No liability accepted,

DEAN ALLEN STEEVES

By _[signature]_
Dean-Allen: Steeves, Agent, Secured Party Creditor

# Affidavit of Facts by Specific Negative Averment
*A Plain Statement of Facts*

I, Dean-Allen: Steeves, hereinafter "Affiant", do hereby affirm and declare that I am of legal age, have firsthand knowledge of the facts contained herein, am competent to state the following matters, that they are true, correct, complete, presented in good faith, and not intended to mislead.

1. Affiant has seen no evidence that failure by **UNITED STATES MARSHALS SERVICE** to rebut the Notice of Liability **does not establish** and constitute **UNITED STATES MARSHALS SERVICE** consent, stipulation, and agreement by acquiescence and **by operation of Law**[9] and believes that none exists,

2. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE** has a verified claim or possess an interest in this instant case superior to Secured Party Creditor Dean-Allen: Steeves, and believes that none exists,

3. Affiant has seen no evidence that, further action against the property rights and liberty rights of Secured Party Creditor Dean-Allen: Steeves on the part of **UNITED STATES MARSHALS SERVICE does not** constitute the tort of trespass and believes that none exists,

4. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE,** as a tortfeasor and trespasser, **is not** liable for injury and damages, and subject to a claim against the Bond, Underwriter Policy, and the Corporate Assets, Accounts, and Property of UNITED STATES MARSHALS SERVICE in the amount of $75,000.00 U S Dollars per day for every day **UNITED STATES MARSHALS SERVICE** continues to trespass, attempts to process or access Dean-Allen: Steeves' account, or for any physical restraint upon the being, body, rights, liberty, or freedoms of Secured Party Creditor Dean-Allen: Steeves, and believes that none exists,

5. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE failure to provide Notice** and evidence, that **UNITED STATES MARSHALS SERVICE** has abandoned their purported claim or ceased actions against the Secured Party Creditor Dean-Allen: Steeves, **does not** constitute the continued tort of trespass upon the property rights and liberty rights of Dean-Allen: Steeves, and believes that none exists,

6. Affiant has seen no evidence that the United States Government operates **other than** within the Reorganization Plans of voluntary Bankruptcy comprising that **Body of Law** wherein the operational currency is evidenced by instruments of liability traded as assets, where purchases are made with instruments evidencing liability, where liability is bought and sold and transferred as an

---

[9] Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

Notice of Fault and Entry of Default Judgment and Opportunity to Limit Exposure Randy Paul Ely Page 9 of 13

Legal and Constructive Notice within the UCC at Public Law 88-243 and Public Law 88-244, Dec. 30, 1963

asset, and every transaction is covered by Maritime Contracts of Insurance within the Admiralty jurisdiction, and believes that none exists,

7. Affiant has seen no evidence that **UNITED STATES MARSHALS SERVICE** operates **other than** within the voluntary Bankruptcy Reorganization of the United States Emergency Banking Act of 1933, and believes that none exists,

8. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE,** their Officers, and Employees, are compensated with none **other than** commercial/ commodity/debt paper in the form of security instruments evidencing liability, ie.. Checks, notes, drafts, warrants, bills of exchange, etc.. distinct from United States Constitutional Dollars of Silver or Gold, and believes that none exists,

9. Affiant has seen no evidence that failure to rebut as required by **UNITED STATES MARSHALS SERVICE does not establish** and constitute **UNITED STATES MARSHALS SERVICE** consent, stipulation and agreement by acquiescence and **by operation of Law** to **waive the filing of tort action by Dean-Allen: Steeves,** and **UNITED STATES MARSHALS SERVICE** consent, stipulation, and agreement by acquiescence and **by operation of Law** to accept liability and a claim lodged against the Bond, Underwriters Policy, Corporate Assets, Accounts, and Property of **UNITED STATES MARSHALS SERVICE**, without objection, protest, or opposition, for all injury and damages and believes that none exists,

10. Affiant has seen no evidence that failure to rebut as required by **UNITED STATES MARSHALS SERVICE does not establish** and constitute **UNITED STATES MARSHALS SERVICE** consent, stipulation and agreement by acquiescence and **by operation of Law** to the filing of a **UCC-1** Lien and Security Interest against the Corporate Assets, Accounts, and Property of **UNITED STATES MARSHALS SERVICE** for debt incurred listing Dean-Allen: Steeves as Secured Party Creditor and UNITED STATES MARSHALS SERVICE as Debtor, and believes that none exists,

11. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE** is **not** listed with Dun & Bradstreet as a Corporation conducting a "trade or business within the United States (District of Columbia)" as a Taxpayer subject to Public Law 88-243 and Public Law 88-244, and believes that none exists,

12. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE** has immunity, and is **not** liable for the acts, actions, or failure to act of their Officers and employees within their Corporate charter, prohibitions, and restrictions or "*ultra vires*", and believes that none exists,

13. Affiant has seen no evidence **UNITED STATES MARSHALS SERVICE does not** have a duty to investigate and confirm the record of settlement in this instant case, and provide to the Secured Party Creditor, Dean-Allen: Steeves, notification of any defect or deficiency, in the instrument tendered or procedure

followed for settlement to the Court or Department of Treasury, that would void the claims made in this Notice of Fault, and believes that none exists,

14. Affiant has seen no evidence that failure of **UNITED STATES MARSHALS SERVICE** to investigate and notify Secured Party Creditor of any deficiency or defect as noted at Number 13 above, is **not** their confession, admission, agreement, and stipulation by acquiescence and **by operation of Law** that there is no defect or deficiency in the procedure, process, presentment, or instrument tendered that would void the claims of Dean-Allen: Steeves as Secured Party Creditor, and believes that none exists,

15. Affiant has seen no evidence that the failure to rebut as required by **UNITED STATES MARSHALS SERVICE does not establish** and constitute the **UNITED STATES MARSHALS SERVICE consent, stipulation, and agreement by acquiescence** and **by operation of Law to waive** the required filing of tort action by Dean-Allen: Steeves, and the **UNITED STATES MARSHALS SERVICE** consent, stipulation and agreement by acquiescence and **by operation of Law** to the surrender of **UNITED STATES MARSHALS SERVICE** Corporate Assets, Accounts, Property, Bond or Underwriters Policy to a claim for injury and damages of $75,000.00 US Dollars per day for every day **UNITED STATES MARSHALS SERVICE** fails to Respond with evidence of defect or deficiency as noted above, or fails to Notify Dean-Allen: Steeves that **UNITED STATES MARSHALS SERVICE** has ceased and desisted in their acts and actions to apprehend the physical body of the Secured Party Creditor Dean-Allen: Steeves, and believes that none exists,

16. Affiant has seen no evidence that failure to rebut as required by **UNITED STATES MARSHALS SERVICE does not establish** and constitute the **UNITED STATES MARSHALS SERVICE consent, stipulation, and agreement by acquiescence** and **by operation of Law to accept** due presentment of a 30 day monthly billing Invoice for any day or portion thereof that reflects a claim for injury and damages and **UNITED STATES MARSHALS SERVICE** consent, stipulation and agreement to process and tender the claim to their Bondholder or Underwriter for immediate settlement within 20 days of receipt, and believes that none exists,

17. Affiant has seen no evidence that failure to rebut as required by **UNITED STATES MARSHALS SERVICE does not establish** and constitute the **UNITED STATES MARSHALS SERVICE** consent, stipulation, and agreement by acquiescence, and **by operation of Law** to waive any defense or objections to the filing of Entry of Default Judgment by Stipulation of the Parties, and the filing of a Declaratory Judgment for settlement of any incurred damages and injuries as listed above, and believes that none exists.

Further Affiant sayeth naught.

**SEVERABILITY:** In the event any item is successfully rebutted, it shall not affect the validity of any claims in the balance of this document.

# **COMMERCIAL AFFIDAVIT OATH AND VERIFICATION**

State: California        )
                         ) Sworn and Subscribed
County: San Diego    )

"I, Dean-Allen: Steeves, on my own unlimited commercial liability, certify that Affiant has read the above affidavit and do know that the facts contained therein are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

Signed and Sealed this 29th day of November, 2007.

All rights reserved and without recourse to any of my rights.
        No Liability accepted.

*[signature]*
Dean-Allen: Steeves, Secured Party Creditor


State: California       )    **JURAT**
                        )    Sworn and Subscribed
County: San Diego   )    For verification purposes only

SUBSCRIBED AND SWORN TO before me by Dean-Allen: Steeves, who proved to me on the basis of satisfactory evidence, to be the Sovereign man signing this document this 29th day of November, 2007. WITNESS my hand and official seal.

*[signature]*
Richard W. Fry, Notary Public

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

## DUE PRESENTMENT UNDER NOTARY SEAL
### NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT

**From:** Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

**Respondent:** U.S. Marshall Randy Paul Ely
c/o Northern District of Texas
THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
Federal Building
1100 Commerce Street, Room 16F57
Dallas, Texas 75242

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**Re.** **NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT**

**Service:** Certified Mail No. 7007 0710 0002 8424 3409; Return Receipt Requested
Notary's Certificate of Service

Dear U.S. Marshall Randy Paul Ely,

Under [1]authority of N.Y. Exec Law §135, M.R.C.P. Rule 45, O.R.C. § 107.07, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ [2]8205, 8208, 8209;

at the request of Dean-Allen: Steeves, reportedly an intervening party in this matter, **due presentment** under notary seal is hereby made of the following:

01. **NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT WITH AFFIDAVIT OF FACTS BY SPECIFIC NEGATIVE AVERMENT**
02. Certificate of Non-Response Notarial Fault
03. Copy of Evidence of Service
04. Copy of Notary Certificate of Service
05. DUE PRESENTMENT UNDER NOTARY SEAL

---

[1] In the constitutional provision that full faith and credit shall be given in each state to the **public acts**, records, and judicial proceedings of every other state, this phrase means that a judgment or record shall have the same faith, credit, conclusive effect, and obligatory force in the other states as it has by law or usage in the state from whence taken.

[2] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, government, or country, may be performed by notaries.

Page 1 of 2

**RISK MANAGEMENT.** I have also been requested to secure, **<u>under notary seal</u>**, that you provide all necessary contact and policy information on your risk management carrier through me so it is received no later than December 7, 2007, without charge.

You may honor the presentment by demonstrating your acceptance thereof by confirming the requested filing of documents into the above-noted case under notary seal so it is received by the maker no later than 5 P.M. PST ten days after the postmark of this presentment in care of the undersigned notary public at the address noted above. Non-performance will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

_____          RICHARD W. FRY
Richard W. Fry, NOTARY PUBLIC                Commission # 1551972
                                             Notary Public - California
                                             San Diego County
                                             My Comm. Expires Feb 12, 2009

November 29, 2007   (Seal)
DATE

## CERTIFICATE OF NON-RESPONSE
## NOTARIAL FAULT

**AS A NOTARY PUBLIC** for the County of San Diego, and for the Republic/Commonwealth/state of California, I hereby issue and certify this official Certificate of Non-Response pursuant to both Uniform Commercial Code 3-505, 3-510, and 3-910, and California Civil Code, and such other relevant California law as pertains to the other Uniform Commercial Code equivalent procedures aforementioned, the Article I, Section 8, Clause 3 equal rights in commerce requirement for federally regulated commerce purposes being, at all times, given the greater definition and application where there shall be any conflict between federal and state statutes, Issued and Certified in favor of **Dean-Allen: Steeves**, and declare, certify, and warrant **Dean-Allen: Steeves'** Honor regarding the presentments of **Dean-Allen: Steeves**, which were dishonored by Randy Paul Ely's non-response. I confirm the Dishonor and Non-Response myself. As of this date set forth below, the associated default, non-response has not been cured.

Said presentments were mailed, served, and deposited by me directly to Randy Paul Ely in his capacity as a UNITED STATES MARSHAL at the c/o Northern District of Texas OFFICE OF THE UNITED STATES MARSHAL SERVICE, Federal Building, 1100 Commerce Street Room 16F57, Dallas, Texas 75242, by Certified Mail Receipt # 7006 0100 0000 1829 8682 RRR, as follows:

01. NOTICE OF LIABILITY AND OPPORTUNITY TO LIMIT YOUR EXPOSURE
02. DUE PRESENTMENT <u>UNDER NOTARY SEAL</u>
03. Reference copy **Notary's Certificate of Service** (signed original on file)

## Jurat

State of California         )
                            ) Subscribed, sworn, and sealed
County of San Diego         )

I, Richard W. Fry, HEREBY make these presents known in my capacity as a Notary Public for the State of California on Thursday, November 29, 2007 A.D.

_Richard W. Fry, Notary Public_

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

# EVIDENCE OF SERVICE

Attached find the true and unaltered original receipt(s)

- [ ] Registered Mail Receipt
- [x] Certified Mail Receipt
- [ ] Express Mail Receipt
- [ ] Postal Service Receipt for Currency
- [x] Return Receipt Request

**Instructions for the principal**
01. Take this original "EVIDENCE OF SERVICE" and two (2) "Copy Certification By Document Custodian" forms and have the notary execute both copies of the "Copy Certification By Document Custodian."
02. Keep the original and if called upon, use the notary executed "Copy Certification By Document Custodian" as proof of service upon the party(ies).

**Instructions for the California Notary!**
01. Attach the proper documents and check the
02. Complete the AFFIRMATION OF SERVICE
03. Return this completed document to the prin
04. Attach two (2) blank "Copy Certification By D

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Sent To: US Marshal - Randy Paul Ely Fed Bldg
Street, Apt No.: 1100 Commerce St Rm 16F47
City, State, ZIP+4: Dallas, TX 75242

PS Form 3800, June 2002    See Reverse for Instructions

7006 0100 0000 1829 8982

2. Article Number (Transfer from service label): 7006 0100 0000 1829 8982

1. Article Addressed to:
Northern District of Texas
TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
Federal Building
1100 Commerce St. Rm 16F47
Dallas, Texas 75242
U.S. Marshal Randy Paul Ely

3. Service Type: [x] Certified Mail
4. Restricted Delivery? (Extra Fee) [ ] Yes

[For Steeves]

State of California    )
                       )ss.   **AFFIRMATION OF SERVICE**
County of San Diego    )

On November 2, 2007, for the purpose of verification, I, the undersigned Notary Public, commissioned by the State noted above, affirm that I mailed the document(s) under cover of "Notary Certificate of Service" evidenced by the attached receipts. I affix my seal solely for the purpose of validating my duly authorized commission.

_____    November 2, 2007
Notary Public              Date

Page 1 of 1

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California  
County of San Diego  } ss.

I, **Dean-Allen: Steeves** _____, hereby swear (or affirm) that the attached reproduction
<br>*Name of Custodian of Original Document*

of <u>NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT</u> is a true, correct, and complete
<br>*Description of Original Document*

photocopy of a document in my possession.

_____
<br>*Signature of Custodian of Original Document*

C/O 4153 Bryan Street
<br>*Address*

Subscribed and sworn to (or affirmed) before me on this __29th__ day of ___November___, 2007, by

**Dean-Allen: Steeves**
<br>*Name of Custodian of Original Document*

☒ personally known to me  
☐ proved to me on the basis of satisfactory evidence  
to be one of the People who appeared before me.

_____
<br>*Signature of Notary Public*

[Notary Seal: RICHARD W. FRY, Commission # 1551972, Notary Public - California, San Diego County, My Comm. Expires Feb 12, 2009]

*Place Notary Seal Above*

───────────────── **OPTIONAL** ─────────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**  
Title or Type of Document:

Document Date: _____  Identifying No.: _____  No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual  ☐ Attorney  ☐ Trustee  ☐ Business Proprietor or Manager  
☐ Corporate Officer - Title: _____  
☐ University or School Officer - Title: _____  
☐ Governmental Officer or Agent - Title: _____  
☒ One of the People (Sovereign, sentient being)  
Custodian Is Representing: _____

**Right Thumbprint Of Custodian**  
Top of thumb here

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)