## DUE PRESENTMENT UNDER NOTARY SEAL
### FIVE (5) DAY NOTICE

**From:**  Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

**Respondent:**  U.S. Marshall Randy Paul Ely
c/o Northern District of Texas
THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
Federal Building
1100 Commerce Street, Room 1657
Dallas, Texas 75242

07m 0554

**Re.**  **FIVE (5) DAY NOTICE**   NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Service:**  Certified Mail No. 7007 0710 0001 9436 7042; Return Receipt Requested
Notary's Certificate of Service

Dear U.S. Marshall Randy Paul Ely,

Under [1]authority of N.Y. Exec Law §135, M.R.C.P. Rule 45, O.R.C. § 107.07, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ [2]8205, 8208, 8209; and at the request of Dean-Allen: Steeves, reportedly an intervening party in this matter, **due presentment** under notary seal is hereby made of the following:

01. **FIVE (5) DAY NOTICE**
02. Reference Copy of Notary Certificate of Service (signed original on file)
03. **DUE PRESENTMENT UNDER NOTARY SEAL**

Non-performance will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

_____
Richard W. Fry, NOTARY PUBLIC

December 19, 2007
DATE

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

SEAL

---

[1] In the constitutional provision that full faith and credit shall be given in each state to the **public acts**, records, and judicial proceedings of every other state, this phrase means that a judgment or record shall have the same faith, credit, conclusive effect, and obligatory force in the other states as it has by law or usage in the state from whence taken.

[2] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, government, or country, may be performed by notaries.

# FIVE[1] (5) DAY NOTICE

Dean-Allen: Steeves, Secured Party Creditor　　　　　　　19th of December 2007
c/o　Richard W. Fry, Notary Acceptor
　　　4153 Bryan Street
　　　Oceanside, California state

To:　Northern District of Texas
　　　TO THE OFFICE OF THE UNITED STATES MARSHAL SERVICE
　　　Federal Building
　　　1100 Commerce St. Rm 1657
　　　Dallas, Texas 75242
　　　**U.S. Marshal Randy Paul Ely (Respondent)**

　　　<u>**CERTIFIED MAIL/RR # 7007 0710 0001 9436 7042**</u>

**Ref:**　**Notice of Fault and Waiver of Tort by Stipulated Entry of Default
　　　Judgment Dated 29th of November, 2007
　　　Case Number 3:06-CV-0293-L**

cc:　　Gerald M. Auerbach, General Counsel
　　　UNITED STATES MARSHALS SERVICE
　　　Washington, DC 20530-1000

　　　<u>**CERTIFIED MAIL/RR # 7007 0710 0001 9436 7073**</u>

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**

THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM, DISTRESS OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE HONORABLE PUBLIC PERFORMANCE. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

---

[1] Notice: Clerical error in previous Notice dated 29th November 2007 specified "California Notary" verification for a responsive affidavit. The Notice should have said "Texas" Notary, therefore, two extra days are provided to allow for time and correction. See Attached.

The time for performance has elapsed and your default on the requirement to respond may cause a substantial liability.

Documents in Court filings for **Case Number 3:06-CV-0293-L**, unrebutted to date, evidence as fact the following statements:

1. **Dean Allen Steeves is the Secured Party Creditor and Superior Priority Claimant; and,**
2. **Dean Allen Steeves is the Owner of all Proceeds, Products, Accounts, Contracts, Securities, Orders, Warrants, Policies and Derivatives therefrom; and,**
3. **Dean Allen Steeves Bond, that covers all liability for Case Number 3:06-CV-0293-L, is tendered to Secretary of Treasury Henry M. Paulson Jr.; and,**
4. **Secretary of Treasury Henry M. Paulson Jr., is the only Person who can dishonor the tendered Bond; and,**
5. **There is no evidence Secretary of Treasury Henry M. Paulson Jr., has dishonored Dean Allen Steeves Bond; and,**
6. **The bonded instrument tendered for settlement in Case Number 3:06-CV-0293-L is held by the Clerk of Court Karen Mitchell, Sam A. Lindsay and Michael J. Quilling; and,**
7. **The Secretary of Treasury, Henry M. Paulson Jr., is the only Person who can dishonor the bonded instrument tendered for settlement in this Case Number 3:06-CV-0293-L; and,**
8. **There is no evidence Secretary of Treasury Henry M. Paulson Jr., has dishonored the bonded instrument tendered to the Court for settlement Case Number 3:06-CV-0293-L; and,**
9. **There is no evidence the Clerk of Court did not have a duty to process the bonded instrument tendered for settlement in Case Number 3:06-CV-0293-L; and,**
10. **There is no evidence the Clerk of Court Karen Mitchell, Sam A. Lindsay and Michael J. Quilling, as beneficiaries and holders of the bonded instrument tendered for settlement, are not the sureties for the debt, incurred by their failure to present the instrument to the Secretary of Treasury for honor or dishonor;**

<u>**This is your opportunity to avoid liability and to cease and desist in the unlawful TRESPASS upon my liberty and property, specifically any Order or Warrant, that is a Derivative and property of this case.**</u>

## NOTICE: FIVE (5) DAY OFFER OF IMMUNITY

YOU, Randy Paul Ely, ARE OFFERED FIVE (5) DAYS TO RESPOND WITH A STATEMENT, CERTIFIED UNDER NOTARY SEAL, STATING YOU HAVE CEASED AND DESISTED YOUR ACTIONS AGAINST MY LIBERTY AND PROPERTY. UPON RECEIPT OF THIS STATEMENT, ALL CLAIMS AGAINST YOU, UNITED STATES MARSHAL SERVICE, ITS OFFICERS, EMPLOYEES, AGENTS, ASSIGNS, ET AL., FOR INJURY AND DAMAGES UP TO THE POINT OF RECEIPT, WILL BE CERTIFED BY THE NOTARY AS WAIVED, AND SITPULATED AS SETTLED. THIS IS MY GOOD FAITH EFFORT TO SETTLE THIS MATTER. YOUR FAILURE TO PROVIDE A STATEMENT WILL BE "TAKEN FOR CONFESSION" WHICH PROHIBITS ANY FUTURE RESPONSE, AND SHALL BE DEEMED AND CONSTRUED AS YOUR CONSENT, AGREEMENT AND STIPULATION TO ACCEPT THE NOTARY'S ENTRY OF DEFAULT JUDGMENT AND YOUR ACCEPTANCE OF ALL LIABILITY AS ESTABLISHED THEREBY.

The purpose and intent of this **OFFER** is my good faith effort to settle any verified claims in this instant case, establish the facts by stipulation of the parties, and offer a five (5) day extension of time to eliminate controversy or contention, insure all parties have adequate notice, and time to respond for due process. This is an offer of immunity from commercial, corporate, and personal liability, and possible **Grand Jury Investigations involving federal actors** for violations of **Statutes, Codes, Rules, Regulations, or Corporate Charter** that may have occurred in relation to their acts, actions, or failure to act, in relation to the Secured Party Creditor, Dean Allen Steeves.

On or about **November 29, 2007,** you, **Randy Paul Ely, federal corporate actor holding the Office of U. S. Marshal, as Officer and Beneficiary of the United States,** were served **NOTICE OF FAULT AND WAIVER OF TORT BY STIPULATED ENTRY OF DEFAULT JUDGMENT** under notary seal, with the **NOTICE** of liabilities for injuries and damages stipulated to and incorporated therein. You, **Randy Paul Ely, the corporate Officer with the duty to respond and the duty to investigate the record,** have the opportunity to limit the liability and cure the **Default** (see attached). **As a courtesy to ensure your opportunity to rebut errors and memorialize the integrity of the public record, you are hereby offered a five (5) day extension of time to review and respond before you incur full liability through entry of Default Judgment as stipulated in the attached Notice.**

Your response within five (5) days, in the form of a "statement", on corporate letterhead certified under penalty of perjury, that you have ceased and desisted in your actions upon the property and liberty rights of Dean Allen Steeves, as described in the Notice of Fault, will be accepted as settlement in this matter for any past acts. Any further acts upon the part of Randy Paul Ely, successor, employees, and assigns of UNITED STATES MARSHAL SERVICE relating to this matter shall be deemed a dishonor with full liability incurred immediately.

I am providing you with this disclosure as a good faith opportunity for you to perform your public duties lawfully and without discrimination, or identify your first hand knowledge of the <u>specific</u> violations of law or public policy to which the Notice specifically ascribes by language contained therein. <u>In addition, your public hazard bond or underwriters policy may be attached, thereby rendering you uninsurable for public service.</u> Absent a Statement of Cease and Desist, or a Rebuttal by Affidavit, verified and certified true, correct and complete and delivered to the Notary above no later than 5:00 PM, EST five (5) days after verified receipt of this notice, shall be construed as your consent to seizure of your bond, and your admissions, confessions, and stipulations established in the Notice, Fault, and Default documents, which will be certified through Notary witness, and filed into the Record. As the parameters of public policy are often not well understood, you may wish to consult outside counsel familiar with the peculiarities of the U.S. bankruptcy and the special maritime jurisdiction.

It is <u>not</u> the intent of this process to charge you or cause you anxiety, distress or alarm or impede public procedures, but to provide you with every administrative opportunity to execute your public responsibilities lawfully.

        Very truly,

        */s/ Dean Allen Steeves*
        Dean Allen Steeves, in rerum natura, Maker
        Real party in interest under injury
        Secured Party Creditor to legal fiction, DEAN ALLEN STEEVES
        Prepaid Private Offset Account No. 530645277
        All property exempt from levy.
        Void where prohibited by law.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on December 19, 2007, Richard W. Fry, the undersigned Notary Public mailed to:

> U.S. Marshall Randy Paul Ely
> c/o Northern District of Texas
> THE OFFICE OF THE UNITED STATES MARSHALL SERVICE
> Federal Building
> 1100 Commerce Street, Room 1657
> Dallas, Texas  75242

hereinafter, "Recipient," the documents and sundry papers pertaining to Dean-Allen: Steeves unless indicated otherwise and herein identified as follows:

01. **FIVE (5) DAY NOTICE**
02. **DUE PRESENTMENT UNDER NOTARY SEAL**
03. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7007 0710 0001 9436 7042 RRR by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____          December 19, 2007
Richard W. Fry, Notary Public              DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California

County of San Diego       } ss.

I, __Dean-Allen: Steeves_____, hereby swear (or affirm) that the attached reproduction
   *Name of Custodian of Original Document*

of __FIVE (5) DAY NOTICE_____ is a true, correct, and complete
   *Description of Original Document*

photocopy of a document in my possession.

_Dean allen Steeves_
Signature of Custodian of Original Document

C/O 4153 Bryan ST
Address

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on this __19th__ day of __December__, 2007, by
Date           Month

__Dean-Allen: Steeves__,
Name of Custodian of Original Document

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence to be one of the People who appeared before me.

_____
Signature of Notary Public

———————— OPTIONAL ————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document:  FIVE (5) DAY NOTICE

Document Date: _____  Identifying No.: _____  No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual  ☐ Attorney  ☐ Trustee  ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☒ One of the People (Sovereign, sentient being)

Custodian Is Representing: _____

**Right Thumbprint Of Custodian**

Top of thumb here

© 2006 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)